**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. **24-59580**

_Qhejzia McPherson_
NAME OF DEBTOR

TELEPHONE NO. _____

_12073 Crosswicks rd_
ADDRESS

_Union City Gia 3029_
CITY, STATE, ZIP

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:   YES ☐      NO ☒**

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____
CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:   YES ☐   NO ☒   IF "YES", HOW MUCH ($_____)**

Have you filed a bankruptcy case in the past?
**ANSWER:   YES ☐      NO ☒**

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the _11th_ day of _Sept._, _2024_

_____          _____
NOTARY PUBLIC                                      DEPUTY CLERK

**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

*Felix wyley*
_____
NAME OF DEBTOR

CASE NO. **24-59580**

*12073 Crosswicks Rd*
_____
ADDRESS

TELEPHONE NO. _____

*Union city Ga 30291*
_____
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?

ANSWER:    YES ☐          NO ☒

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____
CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?

ANSWER:    YES ☐    NO ☒    IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?

ANSWER:    YES ☐          NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the __11th__ day of __Sept__, __2024__

_____
NOTARY PUBLIC

_____
DEPUTY CLERK

F61 (psafdt) 04/04