# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

### ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2024 SEP 11  PM 12: 38

VANIA S. ALLEN
CLERK
BY: _____

In re

Chyria McPherson

Debtor(s)

Case No. _____

Chapter 13

## 24-59580

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1.     In accordance with Fed. R. Bankr. P. 1006 and General Order No. 43-2020 (Bankr. N.D. GA.) I apply for permission to pay the filing fee amounting to $ 313.00 in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.

2.     I am unable to pay the filing fee except in installments.

3.     I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4.     I propose the following terms for the payment of the filing fee:

- First Installment of $ 78.00 , with the filing of the petition.
- Second Installment of at least one-half of the unpaid balance of the filing fee in the amount of $ 117.50 , on or before 30 days from the date the bankruptcy petition was filed.
- Final Installment of the remaining unpaid balance of the filing fee in the amount of $ 117.50 , on or before 60 days from the date the bankruptcy petition was filed.

5.     **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, in accordance with Local Rules.**

_____
Signature of Attorney      Date

Signature of Debtor      Date 09/11/2024

(In a joint case, both Debtors must sign)

_____
Name of Attorney

Signature of Joint Debtor      Date 09/11/2024

1

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2020)