**Fill in this information to identify your case:**

Debtor 1 _Quetzia_ _McPherson_
First Name    Middle Name    Last Name

Debtor 2 _Felix_ _Wyley_
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____

District of _____ (State)

Case number (If known) **24-59580**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2024 SEP 11 PM 12: 38

VANIA S. ALLEN
CLERK

BY: _____

## Official Form 101A

# Initial Statement About an Eviction Judgment Against You

12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

■ you rent your residence; and

■ your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name _Summerwell Deerhaven_

Landlord's address _7076 Crosswicks Rd_
Number    Street

_Union City_    _Ga_    _30291_
City    State    ZIP Code

If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.

### Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that: _unsure (will consult w/ attorney)_

☐ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

✗ _Quetzia McPherson_
Signature of Debtor 1

✗ _[signature]_
Signature of Debtor 2

Date _09 / 11 / 2024_
MM / DD / YYYY

Date _09 / 11 / 2024_
MM / DD / YYYY

Stay of Eviction: (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules ( http://www.uscourts.gov/rules-policies/current-rules-practice-procedure) **and the local court's website (to find your court's website, go to** http://www.uscourts.gov/court-locator) **for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)**

Official Form 101A                     Initial Statement About an Eviction Judgment Against You