Filed in U.S. Bankruptcy Court
Northern District of Georgia
Vania S. Allen, Clerk

SEP 1 3 2024

By: _____
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:                                                    CASE NO. 24-59580-BEM

QUEJZIA MCPHERSON,
FELIX WYLEY,                                             CHAPTER 13

      Debtor(s).

## NOTICE TO LANDLORD/LESSOR CONCERNING APPLICABILITY OF EXCEPTION TO AUTOMATIC STAY PROVIDED UNDER 11 U.S.C. § 362(b)(22)

Debtor or Debtors (hereinafter "Debtor") in this case has identified you as a Landlord/Lessor who has obtained a judgment for possession of residential property in which Debtor resides as a tenant. In accordance with 11 U.S.C. § 362(l)(4)(B) you are hereby notified that the exception to the automatic stay as provided under 11 U.S.C. § 362(b)(22) may be applicable because:

1.

    ☒    Debtor has not filed a certification that under applicable nonbankruptcy law there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, or

    ☒    Debtor has not filed a certification that Debtor(s) has deposited with the Court the rent that would become due during the 30-day period after the filing of the petition; or

    ☒    Debtor has not made the appropriate deposit with the Court.

2.

    ☐    Debtor has not filed a certification that Debtor has cured, under nonbankruptcy law applicable in this jurisdiction, the entire monetary default that gave rise to the judgment under which possession is sought by the Landlord/Lessor.

Where applicable, certified copies of the case docket and/or certification are enclosed. This Notice will be served upon Landlord/Lessor and Debtor and their counsel, if any.

Dated: September 13, 2024

United States Bankruptcy Court
Room 1340
75 Ted Turner Drive, SW
Atlanta, GA 30303

_____
VANIA S. ALLEN, Clerk of Court

Notice to LandLord - 02/2016

Northern District of Georgia (Atlanta)

**Bankruptcy Petition #: 24-59580-bem**

*Date filed:* 09/11/2024
*341 meeting:* 10/24/2024
*Deadline for filing claims:* 11/20/2024
*Deadline for filing claims (govt.):* 03/10/2025

*Assigned to:* Chief Judge Barbara Ellis-Monro
Chapter 13
Voluntary
Asset

*Debtor*
**Quejzia McPherson**
12073 Crosswicks Rd
Union City, GA 30291
FULTON-GA
SSN / ITIN: xxx-xx-3317

represented by **Quejzia McPherson**
PRO SE

*Joint Debtor*
**Felix Wyley**
12073 Crosswicks Rd
Union City, GA 30291
FULTON-GA
SSN / ITIN: xxx-xx-4701

represented by **Felix Wyley**
PRO SE

*Trustee*
**K. Edward Safir**
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
404-525-1110

Filed in Clerk's Office and
a true copy certified this
13ᵀᴴ day of Sept. ,2024
VANIA S. ALLEN, CLERK
By:_____
Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 09/11/2024 | 1 (10 pgs) | Voluntary Petition (Chapter 13) for Individuals Filed by Quejzia McPherson , Felix Wyley . Government Proof of Claim due by 3/10/2025. (hd) Additional attachment(s) added on 9/11/2024 (rfs). |
| 09/11/2024 | 2 (1 pg) | Statement of Social Security Number (Official Form B121) (Document is restricted and can only be viewed by Court staff.) filed by Quejzia McPherson , Felix Wyley . (rfs) |
| 09/11/2024 | 3 (2 pgs) | Pro Se Affidavit filed by Quejzia McPherson , Felix Wyley . (rfs) |
| 09/11/2024 | 4 (1 pg) | Application to Pay Filing Fee in Installments filed by Quejzia McPherson , Felix Wyley . (rfs) |
| 09/11/2024 | 5 (1 pg) | Initial Statement About an Eviction Judgment Against You filed by Quejzia McPherson , Felix Wyley . (rfs) |
| 09/12/2024 | 6 (1 pg) | Order Regarding the List of Creditors with deficiencies noted. Failure to comply will result in dismissal of case without further notice. Service by BNC. List of all creditors due 9/19/2024. Entered on 9/12/2024. (crfl) |
| 09/12/2024 | 7 (1 pg) | Order Setting Deadlines for Debtor to Correct Filing Deficiencies (Individual). Service by BNC. Statement of Financial Affairs due 9/25/2024. Schedule(s) due by 9/25/2024. Declaration About Debtors Schedules (B106) due 9/25/2024. Summary of Assets and Liabilities due 9/25/2024.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 Form Due: 9/25/2024. Chapter 13 Plan due by 9/25/2024. Credit Counseling Certificate due 9/25/2024. Debtor Payment Advices due: 9/25/2024. (crfl) |

| | | |
|---|---|---|
| 09/12/2024 | 8 (1 pg) | Order Granting Application by Debtor(s) to Pay Filing Fees in Installments. Debtor shall pay initial filing fee within 10 days from the filing of the petition or case will be DISMISSED. Service by BNC. Entered on 9/12/2024. (related document(s)4) (crfl) ℹ |
| 09/12/2024 | 9 (2 pgs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, and Confirmation Hearing. 341 Meeting to be held on 10/24/2024 at 11:30 AM via Zoom (Safir): Meeting ID 839 256 7298, Passcode 3093373824, Phone 1 (470) 944-7893. Confirmation Hearing to be held on 12/4/2024 at 09:30 AM Courtroom 1402, Atlanta. If applicable, a hearing on the Allowance and Approval of Debtor's Counsel Attorney Fees will be held with the Confirmation Hearing. (Admin) Objections for Discharge due by 12/23/2024 Non-Government Proof of Claims due by 11/20/2024. |

In re: 24-59580-bem

## Certificate of Mailing

I certify that the foregoing document was served by US Mail to the following parties:

Quejzia McPherson
Felux Wyley
12073 Crosswicks Rd
Union City, GA 30291

Summerwell Deerhaven
12076 Crosswicks Rd.
Union City, GA 30291

Date: September 13, 2024        VANIA S. ALLEN
                                Clerk of Court


By: _____
Deputy Clerk