**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:   **Quejzia McPherson**

    **Felix Wyley**

Case No.: **24–59580–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

## *ORDER SETTING DEADLINES FOR DEBTOR TO CORRECT*
## *FILING DEFICIENCY(IES)*

The Debtor filed a petition under the United States Bankruptcy Code on 9/11/24 . This case contains one or more filing deficiencies that must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov.

**To be filed by 9/18/24**

None Apply

**To be Filed by 9/25/24**

Statement of Financial Affairs (Official Form B107)

Schedules A/B thru J (Official Forms B106A/B – B106J)

Summary of Assets and Liabilities (Official Form B106 Summary)

Declaration About Debtor's Schedules (Official Form B106)

Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B122 C–1) and, if applicable, Chapter 13 Calculation of Your Disposable Income (Form B122 C–2)

Chapter 13 Plan, complete with signatures (to be served by debtor's counsel, if applicable)

Certificate of Credit Counseling

Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the Debtor 1 did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

**To be filed by 10/11/24**

None Apply

**If, by the dates set forth above, i) the Debtor fails to file the required papers or correct the deficiencies; ii) no request for an extension of time is pending; or iii) neither the debtor nor any party in interest has requested a hearing thereon, the Court may dismiss this case without further notice or hearing.**

**The Clerk will serve this order on Debtor, Debtor's counsel, and Trustee.**

SO ORDERED, on September 12, 2024.

Form 430b December 2018

Barbara Ellis–Monro
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                      Case No. 24-59580-bem

Quejzia McPherson                                                                           Chapter 13

Felix Wyley

   Debtors

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 430b | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

**Recip ID                    Recipient Name and Address**
db/jtdb                  +  Quejzia McPherson, Felix Wyley, 12073 Crosswicks Rd, Union City, GA 30291-1175

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

**Name                              Email Address**

K. Edward Safir

                                   info@atlch13tt.com

TOTAL: 1