Case #: 24-59580

## LIST OF CREDITORS

The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed.

**Guidelines:**
- Creditor name and mailing address ONLY
- Enter one creditor per box
- Creditor's name must be on the first line
- City, state and zip code must be on the last line
- No more than five lines of information per creditor
- Do NOT include: account numbers, phone numbers or amounts owed

| | |
|---|---|
| Summerwell Deerhaven<br>18076 Crosswicks Rd<br>union City Georgia, 30291 | |
| American Credit Assurance<br>5486 Old Dixie Hwy,<br>Forest Park Ga, 30297 | American Credit Acceptance<br>961 E Main St.<br>Spartanburg, SC 29302 |
| Greystone Power INC. | |
| Capital one<br>1680 Capital one Dr McLean<br>Viginia 22102 | Filed in U.S. Bankruptcy Court<br>Northern District of Georgia<br>Vania S. Allen, Clerk<br>4:04 PM<br>SEP 1 8 2024<br>By: _____ Deputy Clerk |
| First Premier Bank<br>601 S. MINNESOTA AVG<br>SIOUX Falls, SD 57104 | |
| Credence Resource Mana<br>17000 Dallas PKWY STE 20<br>Dallas TX 75248 | |
| Rent-Debt Auto Col<br>304 Northcreek BLVD<br>Goodlettsville, TN 37072 | |