**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:  QUEJZIA MCPHERSON,               }        CHAPTER 13
        FELIX WYLEY,                             }
                                                 }        CASE NO. A24-59580-BEM
        DEBTORS                                  }
                                                 }        JUDGE ELLIS-MONRO

**CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**
**CASE PURSUANT TO 11 U.S.C. § 109(h)**

COMES NOW K. EDWARD SAFIR, the Chapter 13 Trustee herein, and files this Motion to Dismiss Case Pursuant to 11 U.S.C. § 109(h), respectfully showing the Court the following.

1.

The Debtors filed for relief under Chapter 13 of Title 11 on September 11, 2024.

2.

Section 109(h), as added to the United States Bankruptcy Code by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, requires that an individual obtain credit counseling within the 180-day period preceding the date of filing in order to be eligible for relief under Title 11 of the United States Code. 11 U.S.C. § 109(h).

3.

The above-referenced counseling must be obtained from a nonprofit budget and credit counseling agency approved by the United States Trustee and a certificate from the approved agency that provided the credit counseling must be filed with the Court. 11 U.S.C. §§ 111 and 521(b).

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

4.

Section 109(h)(3) provides a waiver of the credit counseling requirement to individuals with exigent circumstances. 11 U.S.C. § 109(h)(3). To obtain this waiver, an individual must file a certification with the Court that:

i.      describes the exigent circumstances that merit a waiver;

ii.     states that he or she requested credit counseling services from an approved credit counseling agency, but was unable to obtain said services during the five-day period beginning on the date on which he or she made the request; and

iii.    is satisfactory to the Court.

5.

According to the Court's docket, neither a certificate from an approved agency nor a certificate of exigent circumstances has been filed with the Court.

6.

As the requirements of 11 U.S.C. § 109(h) have not been met, the Debtors are not eligible for relief under Title 11 of the United States Code.

_____/s_____
Sonya Buckley Gordon, Attorney
for the Chapter 13 Trustee
Georgia Bar Number 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  QUEJZIA MCPHERSON,  } CHAPTER 13
   FELIX WYLEY, } 
    } CASE NO. A24-59580-BEM
   DEBTORS } 
    } JUDGE ELLIS-MONRO

## <u>NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion at **10:00 a.m. on December 4, 2024**, in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, which may be attended in person or via the Court's Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the Judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the Judge's webpage for further information about the hearing.  You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 75 Ted Turner Drive, SW, Suite 1340, Atlanta, GA, 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully submitted,

    /s/
   Sonya Buckley Gordon, Attorney
   for the Chapter 13 Trustee
   Georgia Bar Number 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com

A24-59580-BEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Quejzia McPherson
12073 Crosswicks Road
Union City, GA 30291

Felix Wyley
12073 Crosswicks Road
Union City, GA 30291

This 30th  day of September, 2024

Respectfully submitted,

    /s/
Sonya Buckley Gordon, Attorney
for the Chapter 13 Trustee
Georgia Bar Number 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., Suite 1600
Atlanta, Georgia 30303
(404) 525-1110
sonyab@atlch13tt.com