**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-59580-bem |
| | : | |
| **QUEJZIA MCPHERSON,** | : | CHAPTER 13 |
| Debtor. | : | |
| **FELIX WYLEY,** | : | JUDGE (Barbara Ellis-Monro) |
| Joint Debtor. | : | |
| ------------------------------------------------------------ | : | |
| GBFR DEERHAVEN LLC, d/b/a | : | |
| SUMMERWELL DEERHAVEN, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | **CONTESTED MATTER** |
| | : | |
| QUEJZIA MCPHERSON, Debtor, | : | |
| FELIX WYLEY, Joint Debtor, | : | |
| K. EDWARD SAFIR, Chapter 13 Trustee, | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that GBFR Deerhaven LLC, d/b/a Summerwell Deerhaven,

has filed a *Motion for Relief from Automatic Stay* (the **"Motion"**) and related papers with the

Court seeking an order **granting relief from the automatic stay.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion**

at **10:15 A.M.** on **October 23, 2024** in Courtroom **1402,** United States Courthouse, 75 Ted

Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's

Virtual Hearing Room.  You may join the Virtual Hearing Room through the "Dial-in and

Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website,

www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the

Court's website. Please also review the "Hearing Information" tab on the judge's webpage for

further information about the hearing.  You should be prepared to appear at the hearing via

1

video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the Motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: October 8, 2024

/s/ J. Mike Williams
J. Mike Williams
Counsel for Movant
Georgia Bar No. 765209
Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road, Suite 220
Atlanta, GA  30329
404-633-5114 Telephone
404-325-9721 Facsimile
mwilliams@apartmentlaw.com

2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-59580-bem |
| | : | |
| **QUEJZIA MCPHERSON,** | : | CHAPTER 13 |
| Debtor. | : | |
| **FELIX WYLEY,** | : | JUDGE (Barbara Ellis-Monro) |
| Joint Debtor. | : | |
| ------------------------------------------------------------ | : | |
| GBFR DEERHAVEN LLC, d/b/a | : | |
| SUMMERWELL DEERHAVEN, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | **CONTESTED MATTER** |
| | : | |
| QUEJZIA MCPHERSON, Debtor, | : | |
| FELIX WYLEY, Joint Debtor, | : | |
| K. EDWARD SAFIR, Chapter 13 Trustee, | : | |
| | : | |
| Respondent. | : | |

## <u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

**COMES NOW** GBFR Deerhaven LLC, d/b/a Summerwell Deerhaven, by and through

counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC 1471 and 11

USC 362 and 363.

2.

The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on September 11,

2024.

3.

Movant is the  lessor of the premises where the Debtor and Joint Debtor reside at 12073

Crosswicks Road, Union City, GA  30291 (the "Premises").

3

4.

Debtor and Joint Debtor leased said property from Movant under a written lease agreement at a monthly rental rate of $2,325.00 with a late fee of $50.00 plus utilities. Attached hereto as Exhibit No. 1 is a true and accurate copy of the Lease.

5.

Debtor and Joint Debtor owe pre-petition rent and fees for the months of July, August and September, 2024 in the amount of $7,561.26 and post-petition rent for the month of October, 2024 in the amount of $2,470.42, including utilities. Attached hereto and marked as Exhibit No. 2 is a true and accurate copy of the Ledger.

6.

Debtor and Joint Debtor's lease commenced on March 27, 2024.

7.

Pursuant to 11 USC 362, Movant is stayed from the commencement or continuation of any court or other proceeding against Debtor to recover the leased premises.

8.

Debtor and Joint Debtor have a mere possessory interest in the property.

9.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

10.

Debtor and Joint Debtor are still in possession of the premises, and Movant is not adequately protected. Therefore, Debtor and Joint Debtor are required to return possession to the lessor.

4

**WHEREFORE,** Petitioner prays for:

1. An Order terminating the automatic stay and authorizing Movant to commence and/or continue with eviction proceedings in State Court;

2. A waiver of Bankruptcy Rule 4001(a)(3);

3. Reasonable attorney's fees; and/or

4. Such other and further relief as is just and proper.


This the 8th day of October, 2024.


/s/ J. Mike Williams
J. Mike Williams
State Bar No. 765209
Attorney for Movant

Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114 Telephone
404-325-9721 Facsimile
mwilliams@apartmentlaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 24-59580-bem |
| | : | |
| **QUEJZIA MCPHERSON,** | : | CHAPTER 13 |
| Debtor. | : | |
| **FELIX WYLEY,** | : | JUDGE (Barbara Ellis-Monro) |
| Joint Debtor. | : | |
| ------------------------------------------------------------ | : | |
| GBFR DEERHAVEN LLC, d/b/a | : | |
| SUMMERWELL DEERHAVEN, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | **CONTESTED MATTER** |
| | : | |
| QUEJZIA MCPHERSON, Debtor, | : | |
| FELIX WYLEY, Joint Debtor, | : | |
| K. EDWARD SAFIR, Chapter 13 Trustee, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing

**Motion for Relief from Stay and Notice of Hearing** with the Clerk of Court using the CM/ECF

system which will automatically send an e-mail notification of such filing to the parties or

attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-

class United States mail, postage prepaid, addressed to the recipients not participating in the

CM/ECF system. All parties served are as follows:

**Via U.S. Mail:**

Quejzia McPherson
12073 Crosswicks Road
Union City, GA 30291

Felix Wyley
12073 Crosswicks Road
Union City, GA 30291

6

**Via CM/ECF Electronic Service**:

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303

Sonya Buckley Gordon
K. Edward Safir, Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Avenue, N.E.
Atlanta, GA  30303

Dated: October 8, 2024

/s/ J. Mike Williams
J. Mike Williams
Georgia Bar No. 765209
Counsel for Movant
Fowler, Hein, Cheatwood & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114 Telephone
404-325-9721 Facsimile
mwilliams@apartmentlaw.com

 **Equal Housing Opportunity Provider**

APARTMENT LEASE CONTRACT



**EXHIBIT 1**

Date of Lease Contract: _____ **March 27, 2024** _____
(when the Lease Contract is filled out)

*This is a binding document. Read carefully before signing.*

## Moving In — General Information

**1. PARTIES.** This Lease Contract (sometimes referred to as the "lease") is between *you*, the resident(s) *(list all people signing the Lease Contract)*:

**Felix Wyley Wyley, Quejzia McPherson**

and *us*, the owner: **GBFR DEERHAVEN LLC**

*(name of apartment community or title holder)*. You've agreed to rent apartment No. _____ **46** _____, at **12073 Crosswicks Road** _____ *(street address)* in **Union City** *(city)*, Georgia, _____ **30291** _____ *(zip code)* (the "apartment" or the "premises") for use as a private residence only. The terms "you" and "your" refer to all residents listed above. The terms "we," "us," and "our" refer to the owner listed above (or any of owner's successors' in interest or assigns). Written or electronic notice to or from our managers constitutes notice to or from us. If anyone else has guaranteed performance of this Lease Contract, a separate Lease Contract Guaranty for each guarantor is attached.

**2. OCCUPANTS.** The apartment will be occupied only by you and *(list all other occupants not signing the Lease Contract)*:

**Queli Wyley, Quelix Wyley**

No one else may occupy the apartment. Persons not listed above must not stay in the apartment for more than **14** consecutive days without our prior written consent, and no more than twice that many days in any one month. If the previous space isn't filled in, two days per month is the limit.

**3. LEASE TERM.** The initial term of the Lease Contract begins on the **19th** day of **April**, **2024** and ends at 11:59 p.m. the **18th** day of **April**, **2025**.

**Renewal.** This Lease Contract will automatically renew month-to-month unless either party gives at least **60** days written notice of termination or intent to move-out as required by paragraph 46 (Move-Out Notice). If the number of days isn't filled in, at least 30 days notice is required. In the event this Lease Contract has renewed on a month-to-month basis, it shall continuously renew each month thereafter until either party provides the other with a written notice of termination at least 30 days before the end of any such renewal term in accordance with the requirements set forth in Paragraph 46 (Move-Out Notice).

**4. SECURITY DEPOSIT.** Unless modified by addenda, the total security deposit at the time of execution of this Lease Contract for all residents in the apartment is $ _____ **0.00** _____, due on or before the date this Lease Contract is signed.

Your security deposit will be *(check one)*
☐ placed in an account at (state the bank's name) _____

located at (state the bank's address) _____

**OR**

☐ secured by a bond which is on file with the _____ (County) Clerk of Superior Court.

In the event interest is earned on the security deposit, Owner may keep the interest.

**5. KEYS.** You will be provided _____ apartment key(s), **2** mailbox key(s), _____ FOB(s), and/or _____ other access device(s) for access to the building and amenities at no additional cost at move-in. If the key, FOB, or other access device is lost or becomes damaged during your tenancy or is not returned or is returned damaged when you move out, you will be responsible for the costs for the replacement and/or repair of the same.

**6. RENT AND CHARGES.** Unless modified by addenda, you will pay $ _____ **2325.00** _____ per month for rent, payable in advance and without demand:

☐ at the on-site manager's office, or
☒ at our online payment site, or
☐ at _____

Prorated rent of $ _____ **930.00** _____ is due for the remainder of *[check one]*: ☒ 1st month or ☐ 2nd month, on _____ **April 19**, **2024**.

Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. Cash is unacceptable without our prior written permission. You must not withhold or offset rent unless authorized by statute. We may, at our option, require at any time that you pay all rent and other sums in cash, certified or cashier's check, money order, or one monthly check rather than multiple checks. At our discretion, we may convert any and all checks via the Automated Clearing House (ACH) system for the purposes of collecting payment. Rent is not considered accepted, if the payment/ACH is rejected, does not clear, or is stopped for any reason. If you don't pay all rent on or before the **3rd** day of the month, you'll pay a late charge. Your late charge will be *(check one)*: ☐ a flat rate of $ _____ **50.00** _____ or ☐ _____ **0** _____ % of your total monthly rent payment. Regardless of the calculation method chosen above, the total amount of your late charges shall not exceed ten percent (10%) of your monthly rent payment. You'll also pay a charge of $ _____ **75.00** _____ (or the maximum amount allowed by law as of the time the check is rendered) for each returned check or rejected electronic payment, plus a late charge. If you don't pay rent on time, you'll be delinquent and all remedies under state law and this Lease Contract will be authorized. We'll also have all other remedies for such violation.

The failure to pay rent timely or the violation of the animal restrictions will result in added administrative and other expenses to us. Since such additional expenses are difficult to determine, late fees and animal violation charges are considered liquidated damages. The amount of such fees and charges are reasonable estimates of the administrative and other expenses we would incur. Animal violation charges do not cover damages to the premises and don't limit your liability for same. All payment obligations under this Lease Contract shall constitute rent under this Lease Contract.

**7. UTILITIES.** We'll pay for the following items, if checked:
☐ water   ☐ gas   ☐ electricity   ☐ master antenna
☐ wastewater   ☐ trash   ☐ cable TV
☐ other _____

© 2024, National Apartment Association, Inc. · 2/2024, Georgia

*Felix Wyley Wyley*       *Quejzia McPherson*       *Tameka Gay*

You'll pay for all other utilities, related deposits, and any charges, fees, or services on such utilities. You must not allow utilities other than cable TV not provided by us to be disconnected for any reason—including disconnection for not paying your bills—until the lease term or renewal period ends. Cable channels that are provided may be changed during the Lease Contract term if the change applies to all residents. If the property is currently providing cable to the resident, the property may, with 30 days notice to the resident, cease providing cable and the resident will contract directly with the cable provider for such services. Utilities may be used only for normal household purposes and must not be wasted. If your electricity is ever interrupted, you must use only battery-powered lighting. If any utilities are submetered for the apartment, or prorated by an allocation formula, we will attach an addendum to this Lease Contract in compliance with state or local law. You must not heat the apartment using gas-operated stoves or ovens which were intended for use in cooking.

**Important Disclosure Regarding Management's Right to Select the Natural Gas Marketer (Provider).** Resident (the Tenant) authorizes Management (the Landlord) to act as Resident's agent for the limited purpose of selecting the Resident's natural gas marketer, to authorize the natural gas marketer to obtain credit information on the Resident, if required by the marketer, and to enroll the Resident on the marketer's standard variable price plan for which the Resident is eligible, unless the Resident chooses another price plan for which the resident is eligible. Resident acknowledges that Management may have business relationship with the natural gas marketer that may provide for a financial or other benefit to Management in exchange for the Resident's enrollment with the Marketer.

8. **INSURANCE.** We do not maintain insurance to cover your personal property or personal injury. We are not responsible to any resident, guest, or occupant for damage or loss of personal property or personal injury from (including but not limited to) fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, earthquake, interruption of utilities, theft, hurricane, negligence of other residents, occupants, or invited/uninvited guests or vandalism unless otherwise required by law.

In addition, we urge all residents, and particularly those residing in coastal areas, areas near rivers, and areas prone to flooding, to obtain flood insurance. Renter's insurance may not cover damage to your property due to flooding. A flood insurance resource which may be available includes the National Flood Insurance Program managed by the Federal Emergency Management Agency (FEMA).

We urge you to get your own insurance for losses to your personal property or injuries due to theft, fire, water damage, pipe leaks and the like.

Additionally, you are [check one] ☒ required to purchase personal liability insurance ☐ not required to purchase personal liability insurance. If no box is checked, personal liability insurance is not required. If required, this policy must list Owner as an additional insured and failure to maintain personal liability insurance throughout your tenancy, including any renewal periods and/or lease extensions, is an incurable breach of this Lease Contract and may result in the termination of tenancy and eviction and/or any other remedies as provided by this Lease Contract or state law.

You acknowledge that no portion of the rent paid by you under this agreement will be specifically allocated for the purchase of the owner's structural fire insurance, though the owner may use a portion of gross rental proceeds obtained from all rental units in the community to purchase such structural fire insurance, and in such an event, that you are in no way a co-insured under any such policy.

9. **LOCKS AND LATCHES.** Keyed lock(s) will be rekeyed after the prior resident moves out. The rekeying will be done before you move in to your apartment. You agree to not install additional or different locks or latches on any doors or windows of the premises, unless we have consented in writing to such installation.

You may at any time ask us to change or rekey locks or latches during the Lease Term. We must comply with those requests, but you must pay for them, unless otherwise provided by law.

**Payment for Rekeying, Repairs, Etc.** You must pay for all repairs or replacements arising from misuse or damage to devices by you or your occupants, or guests during your occupancy. You may be required to pay in advance if we notify you within a reasonable time after your request that you are more than 30 days delinquent in reimbursing us for repairing or replacing a device which was misused or damaged by you, your guest or an occupant; or if you have requested that we repair or change or rekey the same device during the 30 days preceding your request and we have complied with your request. Otherwise, you must pay immediately after the work is completed.

## Special Provisions and "What If" Clauses

10. **SPECIAL PROVISIONS.** The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Lease Contract and will supersede any conflicting provisions of this printed Lease Contract form.

_____
_____
_____
_____

See any additional special provisions.

11. **EARLY MOVE-OUT.** You'll be liable to us for a reletting charge of $ __2325.00__ (not to exceed 100% of the highest monthly rent during the Lease Contract term) if you:
   (1) fail to give written move-out notice as required in paragraphs 24 (Military Transfer and Lease Termination) or 46 (Move-Out Notice); or
   (2) move out without paying rent in full for the entire Lease Contract term or renewal period; or
   (3) move out at our demand because of your default; or
   (4) are judicially evicted.

The reletting charge is not a cancellation fee and does not release you from your obligations under this Lease Contract.

**Not a Release.** The reletting charge is not a Lease Contract cancellation fee or buyout fee. It is an agreed-to liquidated amount covering only part of our damages; that is, our time, effort, and expense in finding and processing a replacement resident. These damages are uncertain and difficult to ascertain—particularly those relating to inconvenience, paperwork, advertising, showing apartments, utilities for showing, checking prospects, office overhead, marketing costs, and locator-service fees. You agree that the reletting charge is a reasonable estimate of such damages and that the charge is due whether or not our reletting attempts succeed. If no amount is stipulated, you must pay our actual reletting costs so far as they can be determined. The reletting charge does not release you from continued liability for: future or past-due rent; charges for cleaning, repairing, repainting, or unreturned keys; or other sums due.

12. **REIMBURSEMENT.** You must promptly reimburse us for loss, damage, government fines, or cost of repairs or service in the apartment or apartment community due to a violation of the Lease Contract or rules, improper use, or negligence by you or your guests or occupants. Unless the damage or wastewater stoppage is due to our negligence, we're not liable for—and you must pay for—repairs, replacement costs, and damage to the following that result from your or your invitees, guests, or occupants' negligence or intentional acts: (1) damage to doors, windows, or screens; (2) damage from windows or doors left open; and (3) damage from wastewater stoppages caused by improper objects in lines exclusively serving your apartment. We may require payment at any time, including advance payment of repairs for which you're liable. Delay in demanding sums you owe is not a waiver.

13. **CONTRACTUAL LIEN AND PROPERTY LEFT IN APARTMENT. All property in the apartment is subject to a contractual lien to secure payment of delinquent rent. For this purpose, "apartment" excludes common areas but includes interior living areas and exterior patios, balconies, attached garages, and storerooms for your exclusive use.**

**Removal After Surrender, Abandonment, or Eviction.** We or law officers may remove and/or store all property remaining in the apartment or in common areas (including any vehicles you or any occupant or guest owns or uses) if you are judicially evicted or if you surrender or abandon the apartment (see definitions in paragraph 51 - Deposit Return, Surrender, and Abandonment).

© 2024, National Apartment Association, Inc. · 2/2024, Georgia

_Felix Wyley Wyley_    _Queyzia McPherson_    _Tameka Gay_

**Storage.** We may store, but have no duty to store, property removed after judicial eviction, surrender, or abandonment of the apartment. We're not liable for casualty loss, damage, or theft of such property. You must pay reasonable charges for our packing, removing, storing, and selling any property. We have a lien on all property removed and stored after surrender, abandonment, or judicial eviction for all sums you owe.

**Redemption.** If we've removed and stored property after surrender, abandonment, or judicial eviction, you may redeem only by paying all sums you owe, including rent, late charges, reletting charges, storage, damages, etc. We may return redeemed property at the place of storage, the management office, or the apartment (at our option). We may require payment by cash, money order, or certified check.

**Disposition or Sale.** Except for animals and property removed after the death of a sole resident, we may throw away or give to a charitable organization all items of personal property that are: (1) left in the apartment after surrender or abandonment; or (2) left outside more than 24 hours after a writ of possession is executed, following a judicial eviction. Animals removed after surrender, abandonment, or eviction may be kenneled or turned over to local authorities or humane societies. Property not thrown away or given to charity may be disposed of only by sale, which must be held no sooner than 30 days after written notice of date, time, and place of sale is sent by both regular mail and certified mail (return receipt requested) to your last known address. The notice must itemize the amounts you owe and the name, address, and phone number of the person to contact about the sale, the amount owed, and your right to redeem the property. Sale may be public or private, is subject to any third-party ownership or lien claims, must be to the highest cash bidder, and may be in bulk, in batches, or item-by-item. Proceeds exceeding sums owed must be mailed to you at your last known address within 30 days after sale.

14. **FAILING TO PAY FIRST MONTH'S RENT.** If you don't pay the first month's rent when or before the Lease Contract begins, we may end your right of occupancy and recover damages, future rent, reletting charges, attorney's fees, court costs, and other lawful charges. Our mitigation duties under paragraph 33 (Default by Resident) still apply.

15. **RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or Lease Contract changes are allowed before the initial Lease Contract term ends, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a written addendum or amendment signed by you and us, or by reasonable changes of apartment rules allowed under paragraph 19 (Community Policies or Rules). If, at least 5 days before the advance notice deadline referred to in paragraph 3 (Lease Term), we give you written notice of rent increases or Lease Contract changes effective when the Lease Contract term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or Lease Contract changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 46 (Move-Out Notice).

16. **DELAY OF OCCUPANCY.** If occupancy is or will be delayed for construction, repairs, cleaning, or a previous resident's holding over, we're not responsible for the delay. The Lease Contract will remain in force subject to: (1) abatement of rent on a daily basis during delay; and (2) your right to terminate as set forth below. Termination notice must be in writing. After termination, you are entitled only to refund of deposit(s) and any rent paid. Rent abatement or Lease Contract termination does not apply if delay is for cleaning or repairs that don't prevent you from occupying the apartment.

If there is a delay and we haven't given notice of delay as set forth immediately below, you may terminate up to the date when the apartment is ready for occupancy, but not later.

(1) If we give written notice to any of you when or after the initial term as set forth in paragraph 3 (Lease Term)—and the notice states that occupancy has been delayed because of construction or a previous resident's holding over, and that the apartment will be ready on a specific date—you may terminate the Lease Contract within 3 days of your receiving the notice, but not later.

(2) If we give written notice to any of you before the initial term as set forth in paragraph 3 (Lease Term) and the notice states that construction delay is expected and that the apartment will be ready for you to occupy on a specific date, you may terminate the Lease Contract within 7 days after any of you receives written notice, but not later. The readiness date is considered the new initial term as set forth in paragraph 3 (Lease Term) for all purposes. This new date may not be moved to an earlier date unless we and you agree.

17. **AD VALOREM TAXES/FEES AND CHARGES - ADDITIONAL RENT.** Unless otherwise prohibited by law, if, during the term of this Agreement, any locality, city, state, or Federal Government imposes upon Us, any fee, charge, or tax, which is related to or charged by the number of occupants, or by the apartment itself, such that we are charged a fee, charge, or tax, based upon your use or occupancy of the apartment, we may add this charge as Additional Rent, during the term of the Lease Contract, with thirty (30) days advance written notice to you. After this written notice (the amount or approximate amount of the charge, will be included), you agree to pay, as Additional Rent, the amount of the charge, tax or fee imposed upon us, as a result of your occupancy. As examples, these charges can include, but are not limited to: any charges we receive for any zoning violation, sound, noise or litter charge; any charge under any nuisance or chronic nuisance type statute, 911 or other life safety, per person, or per unit charge or tax and any utility bill unpaid by you, which is then assessed to us for payment.

18. **DISCLOSURE RIGHTS.** If someone requests information on you or your rental history for law-enforcement, governmental, or business purposes, we may provide it.

## While You're Living in the Apartment

19. **COMMUNITY POLICIES OR RULES.** You and all guests and occupants must comply with any written apartment rules and community policies, including instructions for care of our property. Our rules are considered part of this Lease Contract. We may make reasonable changes to written rules, effective immediately, if they are distributed and applicable to all units in the apartment community and do not change dollar amounts on page 1 of this Lease Contract.

20. **LIMITATIONS ON CONDUCT.** The apartment and other areas reserved for your private use must be kept clean and free of trash, garbage, and other debris. Trash must be disposed of at least weekly in appropriate receptacles in accordance with local ordinances. Passageways may be used only for entry or exit. You agree to keep all passageways and common areas free of obstructions such as trash, storage items, and all forms of personal property. No person shall ride or allow bikes, skateboards, or other similar objects in the passageways. Any swimming pools, saunas, spas, tanning beds, exercise rooms, storerooms, laundry rooms, and similar areas must be used with care in accordance with apartment rules and posted signs. Glass containers are prohibited in all common areas. You, your occupants, or guests may not anywhere in the apartment community: use candles or use kerosene lamps or kerosene heaters without our prior written approval; cook on balconies or outside; or solicit business or contributions. Conducting any kind of business (including child care services) in your apartment or in the apartment community is prohibited—except that any lawful business conducted "at home" by computer, mail, or telephone is permissible if customers, clients, patients, or other business associates do not come to your apartment for business purposes. We may regulate: (1) the use of patios, balconies, and porches; (2) the conduct of furniture movers and delivery persons; and (3) recreational activities in common areas. You'll be liable to us for damage caused by you or any guests or occupants.

We may exclude from the apartment community guests or others who, in our judgment, have been violating the law, violating this Lease Contract or any apartment rules, or disturbing other residents, neighbors, visitors, or owner representatives. We may also exclude from any outside area or common area a person who refuses to show photo identification or refuses to identify himself or herself as a resident, occupant, or guest of a specific resident in the community.

You agree to notify us if you or any occupants are convicted of any felony, or misdemeanor involving a controlled substance, violence to another person or destruction of property. You also agree to notify us if you or any occupant registers as a sex offender in any state. Informing us of criminal convictions or sex offender registry does not waive our right to evict you.

*3* *Felix Wyley Wyley*    *53* *Quejzia McPherson*    *103* *Tameka Gay*

21. **PROHIBITED CONDUCT.** You and your occupants or guests may not engage in the following activities: behaving in a loud or obnoxious manner; disturbing or threatening the rights, comfort, health, safety, or convenience of others (including our agents and employees) in or near the apartment community; disrupting our business operations; manufacturing, delivering, possessing with intent to deliver, or otherwise possessing a controlled substance or drug paraphernalia; engaging in or threatening violence; possessing a weapon prohibited by state law; unlawfully discharging a firearm in the apartment community; unlawfully displaying or possessing a gun, knife, or other weapon; storing anything in closets having gas appliances; tampering with utilities or telecommunications; bringing hazardous materials into the apartment community; or injuring our reputation by making bad faith allegations against us to others.

22. **PARKING.** We may regulate the time, manner, and place of parking cars, trucks, motorcycles, bicycles, boats, trailers, and recreational vehicles by anyone, including the number of vehicles allowed and location for parking. We may remove unauthorized or illegally parked vehicles from the apartment community at your expense under the terms of this Lease Contract or by appropriate statute. A vehicle is unauthorized or illegally parked in the apartment community if it:

(1) has a flat tire or other condition rendering it inoperable; or
(2) is on jacks, blocks or has wheel(s) missing; or
(3) has no current license plate or no current registration and/or inspection sticker; or
(4) takes up more than one parking space; or
(5) belongs to a resident or occupant who has surrendered or abandoned the apartment; or
(6) is parked in a marked handicap space without the legally required handicap insignia; or
(7) is parked in space marked for manager, staff, or guest at the office; or
(8) blocks another vehicle from exiting; or
(9) is parked in a fire lane or designated "no parking" area; or
(10) is parked in a space marked for other resident(s) or unit(s); or
(11) is parked on the grass, sidewalk, or patio; or
(12) blocks garbage trucks from access to a dumpster; or
(13) belongs to a resident and is parked in a visitor or retail parking space.

23. **RELEASE OF RESIDENT.** Unless you're entitled to terminate your tenancy as pertains to a Family Violence Order under this paragraph or under paragraphs 10 (Special Provisions), 16 (Delay of Occupancy), 24 (Military Transfer and Lease Termination), 32 (Responsibilities of Owner), or 46 (Move-Out Notice), you won't be released from this Lease Contract for any reason—including but not limited to voluntary or involuntary school withdrawal or transfer, voluntary or involuntary job transfer, marriage, separation, divorce, reconciliation, loss of co-residents, loss of employment, bad health, or death.

**Release or Termination Due to a Family Violence Court Order.** You may terminate the Lease Contract by giving us a 30 day written notice and a copy of the family violence order as provided in O.C.G.A. § 44-7-23 if a Court has issued a civil or criminal family violence order protecting you or your minor child. If you obtained an ex parte temporary protective order (TPO) you must also provide a copy of the police incident report on which the order was based.

The termination will take effect 30 days after providing us your written Lease Contract termination notice accompanied by a copy of the family violence order; however, you may continue to occupy the apartment until the termination date. You will continue to be responsible for any past due rent and rent that comes due prorated through the date your Lease Contract termination is effective. Also, you are responsible for all other sums that come due or are incurred through the Lease Contract termination date.

If you signed the Lease Contract but have not yet taken possession of the apartment you may terminate the Lease Contract prior to taking possession by giving us at least 14 days written notice and providing a copy of the family violence order and a copy of the police incident report if the order was an ex parte TPO. If you give us a proper 14 day termination notice based on a family violence order prior to taking possession of the apartment you are not liable for payment of any rent or other fees, and the Lease Contract will terminate.

24. **MILITARY TRANSFER AND LEASE TERMINATIONS.**
A resident (including a resident's spouse) who is a service member on active duty or is called to active duty in the regular or the reserve component of the U.S. Armed Forces, U.S. Coast Guard or

national Guard shall have the right to end this Apartment Rental Contract early by giving 30 days written notice, paying all rent due through the notice date, and providing a copy of the official military orders or written verification signed by the service member's commanding officer or by providing base housing orders as provided in O.C.G.A. § 44-7-22, if the service member is:

(1) Ordered to federal duty for a period of 90 days or longer;
(2) Receives a permanent change of station orders to move at least 35 miles away from the rental housing;
(3) Is released from active duty after leasing housing and must move 35 miles or more away from the service member's home of record prior to entering active duty;
(4) After entering into this rental agreement, the service member becomes eligible to live in government quarters or the failure to move to government quarters will result in a forfeiture of the member's basic allowance for housing;
(5) Receives temporary duty orders or temporary change of station orders or state active duty orders for a period exceeding 60 days that is at least 35 miles away from the location of the rental housing; or
(6) Receives orders after signing the lease but before taking possession of the rental housing.

After you deliver to us your written termination notice, the Lease Contract will be terminated under this military clause 30 days after the date on which your next rental payment is due. You must furnish us a copy of your military orders, such as permanent change-of-station orders, call-up orders, or deployment orders or written notification from your commanding officer. Military permission for base housing does not constitute change-of-station order. After you move out, we'll return your security deposit, less lawful deductions. For the purposes of this Lease Contract, orders described in (2) above will only release the resident who qualifies under (1) and (2) above and receives the orders during the Lease Contract term and such resident's spouse or legal dependents living in the resident's household. A co-resident who is not your spouse or dependent cannot terminate under this military clause. Unless you state otherwise in paragraph 10 (Special Provisions), you represent when signing this Lease Contract that: (1) you do not already have deployment or change-of-station orders; (2) you will not be retiring from the military during the Lease Contract term; and (3) the term of your enlistment or obligation will not end before the Lease Contract term ends. Even if you are entitled to terminate this Lease Contract under this paragraph, liquidated damages for making a false representation of the above will be the amount of unpaid rent for the remainder of the lease term when and if you move out, less rents from others received in mitigation under paragraph 33 (Default by Resident). You must immediately notify us if you are called to active duty or receive deployment or permanent change-of-station orders.

25. **RESIDENT SAFETY AND PROPERTY LOSS.** You and all occupants and guests must exercise due care for your own and others' safety and security, especially in the use of smoke detectors and carbon monoxide detectors, keyed deadbolt locks, keyless bolting devices, window latches, and access control devices.

**Smoke Detectors and Carbon Monoxide Detectors.** We'll furnish smoke detectors and carbon monoxide detectors only if required by statute or ordinance, and we'll test them and provide working batteries when you first take possession. After that, you must test the smoke detectors and the carbon monoxide detectors on a regular basis, and must pay for and replace batteries as needed, unless the law provides otherwise. We may replace dead or missing batteries at your expense, without prior notice to you. You must immediately report smoke detector and carbon monoxide detector malfunctions to us. Neither you nor others may disable neither the smoke detectors nor the carbon monoxide detectors. If you damage or disable the smoke detector or carbon monoxide detector or remove a battery without replacing it with a working battery, you will be liable to us for $100 plus one month's rent, actual damages, and attorney's fees. If you disable or damage the smoke detector or carbon monoxide detector, or fail to replace a dead battery or report malfunctions to us, you will be liable to us and others for any loss, damage, or fines from fire, smoke, or water. We both must comply with any local smoke detector and carbon monoxide detector ordinances.

**Casualty Loss.** We're not liable to any resident, guest, or occupant for personal injury or damage or loss of personal property from any cause, including but not limited to: fire, smoke, rain, flood, water and pipe leaks, hail, ice, snow, lightning, wind, explosions, interruption of utilities, theft, or vandalism unless

⁴ *Felix Wyley Wyley*     ⁵⁴ *Quejzia McPherson*     ¹⁰⁴ *Tameka Gay*

otherwise required by law. We have no duty to remove any ice, sleet, or snow but may remove any amount with or without notice. During freezing weather, you must ensure that the temperature in the apartment is sufficient to make sure that the pipes do not freeze (the appropriate temperature will depend upon weather conditions and the size and layout of your unit). If the pipes freeze or any other damage is caused by your failure to properly maintain the heat in your apartment, you'll be liable for damage to our and other's property. If you ask our representatives to perform services not contemplated in this Lease Contract, you will indemnify us and hold us harmless from all liability for those services.

**Crime or Emergency.**   Dial 911 or immediately call local medical emergency, fire, or police personnel in case of accident, fire, smoke, or suspected criminal activity, or other emergency involving imminent harm. You should then contact our representative. We're not obliged to furnish security personnel, security lighting, security gates or fences, or other forms of security. If we provide any access control devices or security measures upon the property, they are not a guarantee to prevent crime or to reduce the risk of crime on the property. You agree that no access control or security measures can eliminate all crime and that you will not rely upon any provided access control or security measures as a warranty or guarantee of any kind. We're not responsible for obtaining criminal-history checks on any residents, occupants, guests, or contractors in the apartment community. If you or any occupant or guest is affected by a crime, you must make a written report to our representative and to the appropriate local law-enforcement agency. You also must furnish us with the law-enforcement agency's incident report number upon request.

26. **CONDITION OF THE PREMISES AND ALTERATIONS.**
You accept the apartment, fixtures, and furniture as is. We disclaim all implied warranties. You'll be given an Inventory and Condition form on or before move-in. Prior to move-in, you must sign and note on the form all defects or damage and return it to our representative. Otherwise, everything will be considered to be in a clean, safe, and good working condition.

You must use customary diligence in maintaining the apartment and not damaging or littering the common areas. Unless authorized by statute or by us in writing, you must not perform any repairs, painting, wallpapering, carpeting, electrical changes, or otherwise alter our property. No holes or stickers are allowed inside or outside the apartment. But we'll permit a reasonable number of small nail holes for hanging pictures on sheetrock walls and in grooves of wood-paneled walls, unless our rules state otherwise. No water furniture, washing machines, additional phone or TV-cable outlets, alarm systems, or lock changes, additions, or rekeying is permitted unless statutorily allowed or we've consented in writing. You may install a satellite dish or antenna provided you sign our satellite dish or antenna lease addendum which complies with reasonable restrictions allowed by federal law. You agree not to alter, damage, or remove our property, including alarm systems, smoke detectors and carbon monoxide detectors, furniture, telephone and cable TV wiring, screens, locks, and access control devices. To the extent we provide permission to add an alarm system or where there is an alarm system in place, you agree to immediately (within 24 hours) provide Us with the alarm code for purposes of access to the premises in the event of an emergency or to perform requested or routine maintenance. When you move in, we'll supply light bulbs for fixtures we furnish, including exterior fixtures operated from inside the apartment; after that, you'll replace them at your expense with bulbs of the same type and wattage. Your improvements to the apartment (whether or not we consent) become ours unless we agree otherwise in writing.

27. **REQUESTS, REPAIRS, AND MALFUNCTIONS. IF YOU OR ANY OCCUPANT NEEDS TO SEND A NOTICE OR REQUEST— FOR EXAMPLE, FOR REPAIRS, INSTALLATIONS, SERVICES, OR SECURITY-RELATED MATTERS—IT MUST BE SUBMITTED THROUGH EITHER THE ONLINE RESIDENT/MAINTENANCE PORTAL, OR SIGNED AND IN WRITING AND DELIVERED TO OUR DESIGNATED REPRESENTATIVE (except in case of fire, smoke, gas, explosion, overflowing sewage, uncontrollable running water, electrical shorts, or crime in progress).** Our written notes on your oral request do not constitute a written request from you.

Our complying with or responding to any oral request regarding security or non-security matters doesn't waive the strict requirement for written notices under this Lease Contract. You must promptly notify us in writing of: water leaks; electrical problems; malfunctioning lights; broken or missing locks or latches; and other conditions that pose a hazard to property, health, or safety. We may change or install utility lines or equipment serving the apartment if the work is done reasonably without substantially increasing your utility costs. We may turn off equipment and interrupt utilities as needed to avoid property damage or to perform work. If utilities malfunction or are damaged by fire, water, or similar cause, you must notify our representative immediately. Air conditioning problems are not emergencies. If air conditioning or other equipment malfunctions, you must notify our representative as soon as possible on a business day. We'll act with customary diligence to make repairs and reconnections. Rent will not abate in whole or in part.

If we believe that fire or catastrophic damage is substantial, or that performance of needed repairs poses a danger to you, we may terminate this Lease Contract within a reasonable time by giving you written notice. If the Lease Contract is so terminated, we'll refund prorated rent and all deposits, less lawful deductions.

28. **ANIMALS.**   Unless otherwise provided under federal, state, or local law, no animals (including mammals, reptiles, birds, fish, rodents, and insects) are allowed, even temporarily, anywhere in the Apartment or Apartment Community unless we've so authorized in writing. You must remove an illegal or unauthorized animal within 24 hours of notice from us, or you will be considered in default of this Lease Contract. If we allow an animal as a pet, you must execute a separate animal addendum which may require additional deposits, rents, fees or other charges. An animal deposit is considered a general security deposit. We will authorize an assistance animal for a disabled person. When allowed by applicable laws, before we authorize an assistance animal, if the disability is not readily apparent, we may require a written statement from a qualified professional verifying the disability-related need for the assistance animal. If we authorize an assistance animal, we may require you to execute a separate animal and/or assistance animal addendum.   Animal deposits, additional rents, fees or other charges will not be required for an assistance animal needed due to disability, including an emotional support or service animal, as authorized under federal, state, or local law. You must not feed stray or wild animals.

If you or any guest or occupant violates animal restrictions (with or without your knowledge), you'll be subject to charges, damages, eviction, and other remedies provided in this Lease Contract. If an animal has been in the apartment at any time during your term of occupancy (with or without our consent), we'll charge you for defleaing, deodorizing, and shampooing. Initial and daily animal-violation charges and animal-removal charges are liquidated damages for our time, inconvenience, and overhead (except for attorney's fees and litigation costs) in enforcing animal restrictions and rules. We may remove an unauthorized animal by (1) leaving, in a conspicuous place in the apartment, a 24-hour written notice of intent to remove the animal, and (2) following the procedures of paragraph 29 (When We May Enter). We may keep or kennel the animal or turn it over to a humane society or local authority. When keeping or kenneling an animal, we won't be liable for loss, harm, sickness, or death of the animal unless due to our negligence. We'll return the animal to you upon request if it has not already been turned over to a humane society or local authority. You must pay for the animal's reasonable care and kenneling charges. We have no lien on the animal for any purpose.

29. **WHEN WE MAY ENTER.**   If you or any guest or occupant is present, then repairers, servicers, contractors, our representatives or other persons listed in (2) below may peacefully enter the apartment at reasonable times for the purposes listed in (2) below. If nobody is in the apartment, such persons may enter peacefully and at reasonable times by duplicate or master key (or by breaking a window or other means when necessary in emergencies) if:

(1) written notice of the entry is left in a conspicuous place in the apartment immediately after the entry; and
(2) entry is for: responding to your request; making repairs or replacements; estimating repair or refurbishing costs; performing pest control; doing preventive maintenance; changing filters; testing or replacing smoke-detector and carbon monoxide detector batteries; retrieving unreturned tools, equipment or appliances; preventing waste of utilities; exercising our contractual lien; leaving notices; delivering, installing, reconnecting, or replacing appliances, furniture, equipment, or access control devices; removing or rekeying unauthorized access control devices; removing unauthorized window coverings; stopping excessive noise; removing health or safety hazards (including hazardous materials), or items prohibited under our rules; removing perishable foodstuffs if your electricity is disconnected; removing unauthorized animals; cutting off electricity according to statute; retrieving property owned or leased by former residents; inspecting when immediate danger to person

*Felix Wyley Wyley*       *Quejzia McPherson*       *Tameka Gay*

or property is reasonably suspected; allowing persons to enter as you authorized in your rental application (if you die, are incarcerated, etc.); allowing entry by a law officer with a search or arrest warrant, or in hot pursuit; showing apartment to prospective residents (after move-out or vacate notice has been given); or showing apartment to government inspectors for the limited purpose of determining housing and fire ordinance compliance by us and to lenders, appraisers, contractors, prospective buyers, or insurance agents.

**30. JOINT AND SEVERAL RESPONSIBILITY.** Each resident is jointly and severally liable for all Lease Contract obligations. If you or any guest or occupant violates the Lease Contract or rules, all residents are considered to have violated the Lease Contract. Our requests and notices (including sale notices) to any resident constitute notice to all residents and occupants. Notices and requests from any resident or occupant (including notices of tenancy termination, repair requests, and entry permissions) constitute notice from all residents. In eviction suits, each resident is considered the agent of all other residents in the apartment for service of process. Security-deposit refunds and deduction itemizations of multiple residents will comply with paragraph 51 (Deposit Return, Surrender, and Abandonment).

## Replacements

**31. REPLACEMENTS AND SUBLETTING.** Replacing a resident, subletting, assignment, or granting a right or license to occupy is allowed only when we expressly consent in writing. If departing or remaining residents find a replacement resident acceptable to us before moving out and we expressly consent, in writing, to the replacement, subletting, assignment, or granting a right or any license to occupy, then:

(1) a reletting charge *will not* be due;

(2) a reasonable administrative (paperwork) and/or transfer fee *will* be due, and a rekeying fee *will* be due if rekeying is requested or required; and

(3) the departing and remaining residents will remain liable for all lease obligations for the rest of the original lease term.

**Procedures for Replacement.** If we approve a replacement resident, then, at our option: (1) the replacement resident must sign this Lease Contract with or without an increase in the total security deposit; *or* (2) the remaining and replacement residents must sign an entirely new Lease Contract. Unless we agree otherwise in writing, your security deposit will automatically transfer to the replacement resident as of the date we approve. The departing resident will no longer have a right to occupancy or a security deposit refund, but will remain liable for the remainder of the original Lease Contract term unless we agree otherwise in writing—even if a new Lease Contract is signed.

## Responsibilities of Owner and Resident

**32. RESPONSIBILITIES OF OWNER.** We'll act with customary diligence to:

(1) keep common areas reasonably clean, subject to paragraph 26 (Condition of the Premises and Alterations);

(2) maintain fixtures, furniture, hot water, heating and A/C equipment;

(3) comply with applicable federal, state, and local laws regarding safety, sanitation, and fair housing; and

(4) make all reasonable repairs, subject to your obligation to pay for damages for which you are liable.

If we violate any of the above, you may terminate your tenancy and exercise other remedies under state statute only as follows:

(a) you must make a written request for repair or remedy of the condition, and all rent must be current at the time;

(b) after receiving the request, we have a reasonable time to repair, considering the nature of the problem and the reasonable availability of materials, labor, and utilities;

(c) if we haven't diligently tried to repair within a reasonable time, you must then give us written notice of intent to terminate your tenancy unless the repair is made within 7 days;

(d) if repair hasn't been made within 7 days, you may terminate your tenancy and exercise other statutory remedies. Security deposits and prorated rent will be refunded as required by law;

(e) you may terminate your tenancy under this provision only if the repair or condition is so material and substantial as to render the apartment unfit for habitation, and

(f) you must move out of the apartment on or before the termination date specified in your notice.

**33. DEFAULT BY RESIDENT.** You'll be in default if you or any guest or occupant violates any terms of this Lease Contract including but not limited to the following violations: (1) you don't pay rent or other amounts that you owe when due; (2) you or any guest or occupant violates the apartment rules, or fire, safety, health, or criminal laws, regardless of whether or where arrest or conviction occurs; (3) you abandon the apartment; (4) you give incorrect, misleading, or false answers in a rental application; (5) you or any occupant is arrested, convicted, or given deferred adjudication for a felony offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (6) any illegal drugs or drug paraphernalia are found in your apartment; (7) you or your occupants or guests sell, distribute, solicit, possess, or control any illegal drugs or drug paraphernalia in your vehicle, your apartment, anywhere in the apartment community, or on your person; (8) you or any guest or occupant engages in any of the prohibited conduct described in

paragraph 21 (Prohibited Conduct); or (9) you or any occupant, in bad faith, makes an invalid complaint to an official or employee of a utility company or the government.

**Eviction.** If you default, we may end your right of occupancy by giving you a 24-hour written notice to vacate. Notice may be by: (1) regular mail; (2) certified mail, return receipt requested; (3) personal delivery to any resident; (4) personal delivery at the apartment to any occupant over 16 years old; (5) affixing the notice to the inside of the apartment's main entry door. Termination of your possession rights or subsequent reletting doesn't release you from liability for future rent or other lease obligations.

**Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: (1) the rental value of your apartment while you hold over is due in advance on a monthly basis and shall be delinquent without notice or demand; (2) the rental value for the holdover period will be increased by 25% over the then-existing rent, without notice; (3) you'll be liable to us for all rent for the full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and (4) at our option, we may extend the lease term-- for up to one month from the date of notice of lease extension-- by delivering written notice to you or your apartment while you continue to hold over.

**Other Remedies.** We may report unpaid amounts to credit agencies. If you default and move out early, you will pay us any amounts stated to be rental discounts in paragraph 10 (Special Provisions), in addition to other sums due. Upon your default, we have all other legal remedies, including tenancy termination. The prevailing party may recover from the non-prevailing party 15% attorney's fees and all other litigation costs. Late charges are liquidated damages for our time, inconvenience, and overhead in collecting late rent (but are not for attorney's fees and litigation costs). All unpaid amounts bear 16% interest per year from due date, compounded annually. You must pay all collection-agency fees if you fail to pay all sums due within 10 days after we mail you a letter demanding payment and stating that collection agency fees will be added if you don't pay all sums by that deadline.

**Remedies Cumulative.** Any remedies set forth herein shall be cumulative, in addition to, and not in limitation of, any other remedies available to Landlord under any applicable law.

**Mitigation of Damages.** If you move out early, you'll be subject to paragraph 11 (Early Move-Out) and all other remedies. We'll exercise customary diligence to relet and mitigate damages. We'll credit all subsequent rent that we actually receive from subsequent residents against your liability for past-due and future rent and other sums due.

© 2024, National Apartment Association, Inc. - 2/2024, Georgia

*6* *Felix Wyley Wyley*   *56* *Quejzia McPherson*   *106* *Tameka Gay*

**Lease Renewal When A Breach or Default Has Occurred.** In the event that you enter into a subsequent Lease prior to the expiration of this Lease, and you breach or otherwise commit a default under this Lease, We may, at our sole and absolute discretion, terminate the subsequent Lease, even if the subsequent Lease term has yet to commence. We may terminate said subsequent Lease by sending you written notice of our desire to terminate said subsequent Lease.

## General Clauses

**34. ENTIRE AGREEMENT.** Neither we nor any of our representatives have made any oral promises, representations, or agreements. This Lease Contract is the entire agreement between you and us.

**35. NO AUTHORITY TO AMEND UNLESS IN WRITING.** Our representatives (including management personnel, employees, and agents) have no authority to waive, amend, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

**36. NO WAIVER.** No action or omission of our representative will be considered a waiver of any subsequent violation, default, or time or place of performance. Our not enforcing or belatedly enforcing written-notice requirements, rental due dates, acceleration, liens, or other rights isn't a waiver under any circumstances.

**37. NOTICE.** Except when notice or demand is required by statute, you waive any notice and demand for performance from us if you default. Written notice to or from our managers constitutes notice to or from us. Any person giving a notice under this Lease Contract should retain a copy of the memo, letter or fax that was given. Fax signatures are binding.

**38. MISCELLANEOUS.**
A. Exercising one remedy won't constitute an election or waiver of other remedies.
B. Unless prohibited by law or the respective insurance policies, insurance subrogation is waived by all parties.
C. All remedies are cumulative.
D. No employee, agent, or management company is personally liable for any of our contractual, statutory, or other obligations merely by virtue of acting on our behalf.
E. This Lease Contract binds subsequent owners.
F. Neither an invalid clause nor the omission of initials on any page invalidates this Lease Contract.
G. All provisions regarding our non-liability and non-duty apply to our employees, agents, and management companies.
H. This Lease Contract is subordinate or superior to existing and future recorded mortgages, at lender's option.
I. All Lease Contract obligations must be performed in the county where the apartment is located.
J. All discretionary rights reserved for us within this Lease Contract or any accompanying addenda are at our sole and absolute discretion.
K. Resident agrees and understands that the terms and conditions of this agreement, including any and all rules and regulations or other documents or policies referred to herein, will be construed and applied under and according to the laws of the state of Georgia.
L. You affirmatively state that you are not a criminal sex offender.

**39. WAIVER OF JURY TRIAL.** To minimize legal expenses and, to the extent allowed by law, you and we agree that a trial of any lawsuit based on statute, common law, and/or related to this Lease Contract shall be to a judge and not a jury.

**40. LIMITATIONS ON ACTIONS.** To the extent allowed by law, Resident also agrees and understands that any legal action against Management or Owner must be instituted within one year of the date any claim or cause of action arises and that any action filed after one year from such date shall be time barred as a matter of law.

**41. CONTACTING YOU.** By signing this lease, you are agreeing that we, our representative(s) or agent(s) may contact you. You agree that we may contact you using any contact information relating to your lease including any number (i) you have provided to us (ii) from which you called us, or (iii) which we obtained and through which we reasonably believe we can reach you. You agree we may use any means to contact you. This may include calls made to your cellular telephone using an automatic telephone dialing system, artificial or prerecorded voice messages, text messages, mail, e-mail, and calls to your phone or Voice over Internet Protocol (VoIP) service, or any other data or voice transmission technology. You agree to promptly notify us if you change any contact information you provide to us. You are responsible for any service provider charges as a result of us contacting you.

**42. OBLIGATION TO VACATE.** If we provide you with a notice to vacate, or if you provide us with a written notice to vacate or intent to move-out in accordance with paragraph 3 (Lease Term), and we accept such written notice, then you are required to vacate the premises and remove all of your personal property therefrom at the expiration of the Lease term without further notice or demand from us.

**43. FORCE MAJEURE:** If we are prevented from completing performances of any obligations hereunder by an act of God, strikes, epidemics, war, acts of terrorism, riots, flood, fire, hurricane, tornado, sabotage, or other occurrence which is beyond the control of the parties, then we shall be excused from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

Furthermore, if such an event damages the property to materially affect its habitability by some or all residents, we reserve the right to vacate any and all leases and you agree to excuse us from any further performance of obligations and undertakings hereunder, to the full extent allowed under applicable law.

**44. PAYMENTS.** Payment of all sums is an independent covenant. At our option and without notice, we may apply money received (other than sale proceeds under paragraph 13 (Contractual Lien and Property Left in Apartment) or utility payments subject to governmental regulations) first to any of your unpaid obligations, then to current rent—regardless of notations on checks or money orders and regardless of when the obligations arose. All sums other than rent are due upon our demand. If you fail to pay rent on time (on or before the 1st) on more than one occasion during your lease term, we do not have to accept the rent or any other payments thereafter.

**45. ASSOCIATION MEMBERSHIP.** We represent that either: (1) we or; (2) the management company that represents us, is at the time of signing this Lease Contract or a renewal of this Lease Contract, a member of both the National Apartment Association and any affiliated state and local apartment (multi-housing) associations for the area where the apartment is located.

## When Moving Out

**46. MOVE-OUT NOTICE.** Before moving out, either at the end of the lease term, any extension of the lease term, or prior to the end of the lease term, you must give our representative advance written notice of your intention to vacate as required by paragraph 3 (Lease Term). If you move out prior to the end of the lease term, your notice does not act as a release of liability for the full term of the Lease Contract. You will still be liable for the entire Lease Contract term if you move out early (see paragraph 23 - Release of Resident) except if you are able to terminate the Lease Contract under the statutory rights explained under paragraph 11 (Early Move-Out), paragraph 23 (Release of Resident), and paragraph 24 (Military Transfer and Lease Termination). All notices to vacate must be in writing and must provide the date by which you intend to vacate. If the notice does not comply with the time requirements of paragraph 3 (Lease Term), even if you move by the last date in the lease term, you will be responsible for an additional month's rent. If you fail to vacate by the date set forth in your notice, your notice is void and you must submit a new written notice. If you fail to provide proper notice and vacate, you will be responsible for an additional month's rent. The one month's rent represents the period that the apartment sits vacant and constitutes actual damages for loss of rent.

**47. MOVE-OUT PROCEDURES.** The move-out date can't be changed unless we and you both agree in writing. You won't move out before the lease term or renewal period ends unless all rent for the entire lease term or renewal period is paid in full. Early move-out may result in reletting charges and liability for future

© 2024, National Apartment Association, Inc. - 2/2024, Georgia

*Felix Wyley Wyley*    *Quezzia McPherson*    *Tameka Gay*

rent under paragraphs 11 (Early Move-Out) and 33 (Default by Resident). You're prohibited by law from applying any security deposit to rent. You won't stay beyond the date you are supposed to move out. All residents, guests, and occupants must vacate the apartment before the 30-day period for deposit refund begins. You must give us and the U.S. Postal Service, in writing, each resident's forwarding address.

48. **CLEANING.** You must thoroughly clean the apartment, including doors, windows, furniture, bathrooms, kitchen appliances, patios, balconies, garages, carports, and storage rooms. You must follow move-out cleaning instructions if they have been provided. If you don't clean adequately, you'll be liable for reasonable cleaning charges.

49. **MOVE-OUT INSPECTION.** Within 3 business days after the Lease Contract terminates and you vacate the premises or within 3 business days after you surrender and we accept back possession of the apartment - whichever occurs first - we'll inspect your unit and prepare a comprehensive list of damage done during your occupancy (over and above normal wear) and the estimated dollar value of the damage.

Upon your request within 5 business days after the Lease Contract terminates and you vacate the premises or upon your request within 5 business days after you surrender and we accept back possession of the apartment - whichever occurs first - you have the right to inspect the premises and inspect our list of damages and estimated dollar value of the damages.

If you are present with us at the time of the inspection we will both sign the damage list which will become conclusive evidence of the accuracy of the list. If you refuse to sign the list, you must state specifically in writing the items on the list with which you object or dissent. You may note your objections or dissent on the list we prepare, or you may submit a separate list of your objections and dissent to our list.

In accordance with O.C.G.A. § 44-7-34 within 30 days after obtaining possession of your unit once the Lease Contract terminates and you vacate the premises or within 30 days after you surrender and we accept possession of the premises - whichever occurs first - we will either: 1) return your full security deposit; or 2) return the remaining portion (if any) of your security deposit less any amounts we deducted for damages exceeding wear and tear, unpaid rent, or other charges or fees you owe us under the Lease Contract. If we do not return your full security deposit we will send you the remaining balance of the deposit (if any) along with a copy of the damage list and estimated value from our inspection.

If you vacate or surrender the premises without notifying us, we will inspect the premises and compile the list of damages and estimated value within a reasonable time after we discover you surrendered the premises or vacated.

If you are present at the move out inspection after vacating and sign the final damage list or if you are present at the move out inspection and do not object or dissent in writing to the items on the list, you are not entitled to recover your security deposit or other damages in accordance with O.C.G.A. § 44-7-35.

If you did not request a copy of the final damage list and you did not inspect the premises after vacating you still will have the right to dispute the damages we assessed against your security deposit.

If you did not request a copy of the final damage list and were not present for our inspection after vacating you still will have the right to dispute the damages we assessed against your security deposit.

50. **SECURITY DEPOSIT DEDUCTIONS AND OTHER CHARGES.** You'll be liable for the following charges, if applicable: unpaid rent; unpaid utilities; unreimbursed service charges; repairs or damages caused by negligence, carelessness, accident, or abuse, including stickers, scratches, tears, burns, stains, or unapproved holes; replacement cost of our property that was in or attached to the apartment and is missing; replacing dead or missing smoke-detector or carbon monoxide detectors batteries; utilities for repairs or cleaning; trips to let in company representatives to remove your telephone or TV cable services or rental items (if you so request or have moved out); trips to open the apartment when you or any guest or occupant is missing a key; unreturned keys; missing or burned-out light bulbs; removing or rekeying unauthorized access control devices or alarm systems; agreed reletting charges; packing, removing, or storing property removed or stored under paragraph 13 (Contractual Lien and Property Left in Apartment); removing illegally parked vehicles; special trips for trash removal caused by parked vehicles blocking dumpsters; false security-alarm charges unless due to our negligence; animal-related charges under paragraph 28 (Animals); government fees or fines against us for violation (by you, your occupants, or guests) of local ordinances relating to smoke detectors and carbon monoxide detectors, false alarms, recycling, or other matters; late-payment and returned-check charges; a charge (not to exceed $100) for owner/manager's time and inconvenience in our lawful removal of an animal; attorney's fees, court costs, and filing fees actually paid or incurred with respect to an eviction proceeding, your default, or as otherwise provided by law or in this Lease Contract; and other sums due under this Lease Contract.

You'll be liable to us for: (1) charges for replacing all keys and access devices referenced in paragraph 5 (Keys) if you fail to return them on or before your actual move-out date; (2) all delinquent and future rent if you have violated paragraph 33 (Default by Resident); and (3) a reletting fee if you have violated paragraph 11 (Early Move-Out).

51. **DEPOSIT RETURN, SURRENDER, AND ABANDONMENT.**
**Deposit Return and Forwarding Address.** In accordance with O.C.G.A. § 44-7-34 you are required to provide us written notice of your forwarding address, on or before termination of this Lease Contract. We'll mail you, to the forwarding address you provide, your security deposit refund (less lawful deductions) and an itemized accounting of any deductions within the time provided by law to either the forwarding address if notice is provided, or if unknown, to the last known address.

**Surrender.** You have surrendered the apartment when: (1) the move-out date has passed and no one is living in the apartment in our reasonable judgment; or (2) all apartment keys and access devices listed in paragraph 5 (Keys) have been turned in where rent is paid—whichever date occurs first.

**Abandonment.** You have abandoned the apartment when all of the following have occurred: (1) everyone appears to have moved out with the intention to give up all rights to occupy or use the apartment in our reasonable judgment; (2) you've been in default for non-payment of rent for 5 consecutive days or water, gas, or electric service for the apartment that we are not responsible for paying for under paragraph 7 (Utilities) has been terminated; and (3) you've not responded for 2 days to our notice left on the inside of the main entry door, stating that we consider the apartment abandoned.

Surrender, abandonment, and judicial eviction end your right of possession for all purposes and gives us the immediate right to: clean up, make repairs in, and relet the apartment; determine any security deposit deductions; and remove property left in the apartment. Surrender, abandonment, and judicial eviction affect your rights to property left in the apartment (paragraph 13 - Contractual Lien and Property Left in Apartment), but do not affect our mitigation obligations (paragraph 33 - Default by Resident).

## Severability, Originals and Attachments, and Signatures

52. **SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

53. **ORIGINALS AND ATTACHMENTS.** This Lease Contract has been executed in multiple originals, with original signatures. We will provide you with a copy of the Lease Contract. Your copy of the Lease Contract may be in paper format, in an electronic format at your request, or sent via e-mail if we have communicated by e-mail about this Lease. Our rules and community policies, if any, will be attached to the Lease Contract and provided to you at signing. When an Inventory and Condition form is completed, you should retain a copy, and we should retain a copy. Any addenda or amendments you sign as a part of executing this Lease Contract are binding and hereby incorporated into and made part of the Lease Contract between you and us. This lease is the entire agreement between you and us. You acknowledge that you are NOT relying on any oral representations. A copy or scan of this Lease Contract and related addenda, amendments, and agreements may be used for any purpose and shall be treated as an original.

© 2024, National Apartment Association, Inc. · 2/2024, Georgia

*8* *Felix Wyley Wyley*    *58* *Quezzia McPherson*    *103* *Tameka Gay*

**54. DISCLOSURE NOTICE.** Name and address of the company or party authorized to manage the apartment community:

_____
_____
_____

Name and address of the company or party authorized to receive notices or lawsuits: _____
_____
_____

Management's corporate name and license number as required by the rules of the Georgia Real Estate Commission (Ga. R. & Reg. 520-1-.10 are _____
_____
_____

(Corporate Name of Licensed Managing Agent) and _____

(GREC corporate license number of Managing Agent).

| Resident or Residents (all sign below) | Date Signed |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**Owner or Owner's Representative** (signing on behalf of owner)     **Date Signed**

_____    _____

Name, address and phone number of managing agent for the property for notice purposes. This person or entity is authorized to receive services of process and to manage the property.

Summerwell Deerhaven
12006 Crosswicks Rd.
Union City, GA 30291

Name and address of locator service (if applicable)

_____
_____
_____

> You are legally bound by this document.
> Read it carefully before signing.

SPECIAL PROVISIONS (CONTINUED FROM PAGE 2) _____



**Equal Housing Opportunity Provider**

_Felix Wyley Wyley_     _Queizia McPherson_     _Tameka Gay_

**INVENTORY AND CONDITION FORM**

NAA
NATIONAL APARTMENT ASSOCIATION

**MOVE IN.** Before you take possession of the dwelling, we're providing you with this move-in condition form which is a comprehensive list of any existing damage to the premises. If you sign the move-in list as prepared by us without disputing its accuracy, the accuracy of the list shall be conclusive of the damages and conditions noted. By statute, if you refuse to sign the move-in list as prepared by us or you disagree with or dispute the accuracy of the list, you must either (1) sign and note on this form the item with which you disagree; or (2) refuse to sign our list and give us a signed, written notice of your objections or additions to the list with which you disagree, dissent, or dispute; and then return it to us before taking possession. If you fail to sign the list we prepared (either with or without the items with which you disagree) or you fail to provide us your own signed, written list of the items with which you disagree, you cannot recover your security deposit or any other damages to which you would have otherwise been entitled under OCGA 44-7-35. Unless damages or defects are noted below, the area of the premises is presumed to be in an undamaged, clean, safe, and good working condition. Blank spaces mean there are no damages.

**MOVE OUT.** Within 3 business days after the Lease Contract terminates and you vacate the premises or within 3 business days after you surrender and we accept back possession of the apartment - whichever occurs first - we'll inspect the apartment and provide you a comprehensive list of damage done during your occupancy (over and above normal wear) and the estimated dollar value of the damage. Upon your request within 5 business days after the Lease Contract terminates and you vacate the premises or *upon your request* within 5 business days after you surrender and we accept back possession of the apartment - whichever occurs first - you have the right to inspect the premises and inspect our list of damage and estimated dollar value of the damage within.

**If You *Are* Present at the Move-Out Inspection:** If you *are* present at the move-out inspection and sign the move-out list as prepared by us without disputing its accuracy, then the accuracy of the list shall be conclusive of the damages and conditions noted.

By statute if you *are* present at the move-out inspection and *refuse* to sign the move-out list as prepared by us or you disagree with or dispute the accuracy of the list, you must either (1) sign and note on this form the items with which you disagree; (2) refuse to sign our list and give us a signed, written notice of the items (damages or their estimated amount) with which you disagree, dissent, or dispute, and return the list or notice to us.

If you *are* present at the move-out inspection and fail to sign the list we prepared (either with or without the items with which you disagree) or you fail to provide us your own signed, written list of the items with which you disagree, you cannot recover your security deposit or any other damages to which you would have otherwise been entitled under OCGA 44-7-35.

**If You Are *Not* Present at the Move-Out Inspection:** If you are *not present at the move-out inspection* after vacating and do *not* request a copy of our move-out damage list you may still dispute the damages we assessed.

If you *do not inspect the premises after vacating* and do *not* request a copy of our move-out damage list you may still dispute the damages we assessed.

**DWELLING UNIT DESCRIPTION.** Unit No. _____**46**_____ , **12073 Crosswicks Road** _____

_____ _(street address)_ in

_____**Union City**_____ _(city)_, Georgia, _____**30291**_____ _(zip code)_.

**LEASE CONTRACT DESCRIPTION.** Lease Contract date: _____ **March 27, 2024** _____

Owner's name: **GBFR DEERHAVEN LLC** _____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson** _____

Resident's Name: **Felix Wyley Wyley**
Home Phone: (_____)_____  Work Phone: (_____)_____

Resident's Name: **Quejzia McPherson**
Home Phone: (_____)_____  Work Phone: (_____)_____

Resident's Name: _____
Home Phone: (_____)_____  Work Phone: (_____)_____

Resident's Name: _____
Home Phone: (_____)_____  Work Phone: (_____)_____

Resident's Name: _____
Home Phone: (_____)_____  Work Phone: (_____)_____

Resident's Name: _____
Home Phone: (_____)_____  Work Phone: (_____)_____

☒ **Move-In** or ☐ **Move-Out Condition** *(Check one)*

**Living Room**
Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Closets, Rods, Shelves _____
Closet Lights, Fixtures _____
Lamps, Bulbs _____
Water Stains on Walls or Ceilings _____
Other _____

**Kitchen**
Walls _____

Wallpaper _____
Plugs, Switches, A/C Vents _____
Woodwork/Baseboards _____
Ceiling _____
Light Fixtures, Bulbs _____
Floor/Carpet _____

Doors, Stops, Locks _____
Windows, Latches, Screens _____
Window Coverings _____
Cabinets, Drawers, Handles _____
Countertops _____
Stove/Oven, Trays, Pans, Shelves _____
Vent Hood _____
Refrigerator, Trays, Shelves _____
Refrigerator Light, Crisper _____
Dishwasher, Dispensers, Racks _____

© 2018, National Apartment Association, Inc. · 11/2018, Georgia

Page 1 of 3

Sink/Disposal _____

Microwave _____

Plumbing Leaks or Water Stains on Walls or Ceilings _____

Other _____

**General Items**

Thermostat _____

Cable TV or Master Antenna _____

A/C Filter _____

Washer/Dryer _____

Garage Door _____

Ceiling Fans _____

Exterior Doors, Screens/Screen Doors, Doorbell _____

Fireplace _____

Other _____

**Dining Room**

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Floor/Carpet _____

Doors, Stops, Locks _____

Windows, Latches, Screens _____

Window Coverings _____

Closets, Rods, Shelves _____

Closet Lights, Fixtures _____

Water Stains on Walls or Ceilings _____

Other _____

**Halls**

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Floor/Carpet _____

Doors, Stops, Locks _____

Closets, Rods, Shelves _____

Closet Lights, Fixtures _____

Water Stains on Walls or Ceilings _____

Other _____

**Exterior** *(if applicable)*

Patio/Yard _____

Fences/Gates _____

Faucets _____

Balconies _____

Other _____

**Bedroom** *(describe which one):* _____

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Floor/Carpet _____

Doors, Stops, Locks _____

Windows, Latches, Screens _____

Window Coverings _____

Closets, Rods, Shelves _____

Closet Lights, Fixtures _____

Water Stains on Walls or Ceilings _____

Other _____

**Bedroom** *(describe which one):* _____

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Floor/Carpet _____

Doors, Stops, Locks _____

Windows, Latches, Screens _____

Window Coverings _____

Window Coverings _____

Closets, Rods, Shelves _____

Closet Lights, Fixtures _____

Water Stains on Walls or Ceilings _____

Other _____

**Bath** *(describe which one):* _____

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Exhaust Fan/Heater _____

Floor/Carpet _____

Doors, Stops, Locks _____

Windows, Latches, Screens _____

Window Coverings _____

Sink, Faucet, Handles, Stopper _____

Countertops _____

Mirror _____

Cabinets, Drawers, Handles _____

Toilet, Paper Holder _____

Bathtub, Enclosure, Stopper _____

Shower, Doors, Rods _____

Tile _____

Plumbing Leaks or Water Stains on Walls or Ceilings _____

Other _____

**Half Bath**

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Exhaust Fan/Heater _____

Floor/Carpet _____

Doors, Stops, Locks _____

Windows, Latches, Screens _____

Window Coverings _____

Sink, Faucet, Handles, Stopper _____

Countertops _____

Mirror _____

Cabinets, Drawers, Handles _____

Toilet, Paper Holder _____

Tile _____

Plumbing Leaks or Water Stains on Walls or Ceilings _____

Other _____

**Bedroom** *(describe which one):* _____

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

Ceiling _____

Light Fixtures, Bulbs _____

Floor/Carpet _____

Doors, Stops, Locks _____

Windows, Latches, Screens _____

Window Coverings _____

Closets, Rods, Shelves _____

Closet Lights, Fixtures _____

Water Stains on Walls or Ceilings _____

Other _____

**Bath** *(describe which one):* _____

Walls _____

Wallpaper _____

Plugs, Switches, A/C Vents _____

Woodwork/Baseboards _____

*i* *Felix Wyley Wyley*   *ii* *Quezzia McPherson*   *iii* *Tameka Gay*

| | |
|---|---|
| Ceiling_____ | Safety-Related Items (Put "none" if item does not exist) |
| Light Fixtures, Bulbs_____ | Door Knob Locks_____ |
| Exhaust Fan/Heater_____ | Keyed Deadbolt Locks_____ |
| Floor/Carpet_____ | Keyless Deadbolts_____ |
| | Keyless Bolting Devices_____ |
| Doors, Stops, Locks_____ | Sliding Door Latches_____ |
| Windows, Latches, Screens_____ | Sliding Door Security Bars_____ |
| Window Coverings_____ | Sliding Door Pin Locks_____ |
| Sink, Faucet, Handles, Stopper_____ | Doorviewers_____ |
| Countertops_____ | Window Latches_____ |
| Mirror_____ | Porch and Patio Lights_____ |
| Cabinets, Drawers, Handles_____ | Smoke Detectors (push button to test)_____ |
| Toilet, Paper Holder_____ | Alarm System_____ |
| Bathtub, Enclosure, Stopper_____ | Fire Extinguishers (look at charge level BUT DON'T TEST!)_____ |
| Shower, Doors, Rods_____ | |
| Tile_____ | Garage Door Opener_____ |
| Plumbing Leaks or Water Stains on Walls or Ceilings_____ | Gate Access Card(s)_____ |
| | Other_____ |
| Other_____ | |

Date of Move-In: **04/19/2024**_____

*or*

Date of Move-Out: _____

**SPECIAL PROVISIONS.**   The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Acknowledgment.** You acknowledge that you have inspected and tested all of the safety-related items (if in the dwelling) and that they are working, except as noted above. All items will be assumed to be in good condition unless otherwise noted on this form. You acknowledge receiving written operating instructions on the alarm system and gate access entry systems (if there are any). You acknowledge testing the smoke detector(s) and verify that they are operating correctly. You acknowledge that you and management have inspected the dwelling unit and that no signs of bedbugs or other pests are present. This unit is in a decent, safe and sanitary condition.

*In signing below, you accept this inventory as part of the Lease Contract and agree that it accurately reflects the condition of the premises for purposes of determining any refund due to you when you move out.*

**Resident or Resident's Agent:** _____    **Date of Signing** _____

**Owner or Owner's Representative:** _____    **Date of Signing** _____

 

*Felix Wyley Wyley*        *Quejzia McPherson*        *Tameka Gay*

**UTILITY AND SERVICES ADDENDUM**

This Utility Addendum is incorporated into the Lease Contract (referred to in this addendum as "Lease Contract" or "Lease") dated _____March 27, 2024_____ between **GBFR DEERHAVEN LLC**

("We" and/or "we" and/or "us") and **Felix Wyley Wyley, Queizia McPherson**

("You" and/or "you") of Apt. No. **46** located at **12073 Crosswicks Road**

(street address) in **Union City, GA 30291**
and is in addition to all terms and conditions in the Lease. This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

1. Responsibility for payment of utilities, and the method of metering or otherwise measuring the cost of the utility, will be as indicated below.

   a) **Water** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ water bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   b) **Sewer** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ sewer bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   c) **Gas** service to your dwelling will be paid by you either:
      ☐ directly to the utility service provider; or
      ☐ gas bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   d) **Trash** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ trash bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   e) **Electric** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ electric bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   f) **Stormwater** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ stormwater bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   g) **Cable TV** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ cable TV bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   h) **Master Antenna** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ master antenna bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   i) **Internet** service to your dwelling will be paid by you either:
      ☒ directly to the utility service provider; or
      ☐ internet bills will be billed by the service provider to us and then allocated to you based on the following formula: **10**_____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

   j) **Pest Control** service to your dwelling will be paid by you either:
      ☐ directly to the utility service provider; or
      ☒ pest control bills will be billed by the service provider to us and then allocated to you based on the following formula: **10**_____
         ☐ If flat rate is selected, the current flat rate is $ _____ per month.
         ☐ 3rd party billing company if applicable _____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

13  *Felix Wyley Wyley*      63  *Queizia McPherson*      113  *Tameka Gay*

k)  (Other) __Smart Bundle__ _____ service to your dwelling will be paid by you either:
   ☐ directly to the utility service provider; or
   ☒ bills will be billed by the service provider to us and then allocated to you based on the following formula: __10__
      ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      ☐ 3rd party billing company if applicable _____

l)  (Other) _____ service to your dwelling will be paid by you either:
   ☐ directly to the utility service provider; or
   ☐ bills will be billed by the service provider to us and then allocated to you based on the following formula: _____
      ☐ If flat rate is selected, the current flat rate is $ _____ per month.
      ☐ 3rd party billing company if applicable _____

METERING/ALLOCATION METHOD KEY

"1"   - Sub-metering of all of your water/gas/electric use
"2"   - Calculation of your total water use based on sub-metering of hot water
"3"   - Calculation of your total water use based on sub-metering of cold water
"4"   - Flat rate per month
"5"   - Allocation based on the number of persons residing in your dwelling unit
"6"   - Allocation based on the number of persons residing in your dwelling unit using a ratio occupancy formula
"7"   - Allocation based on square footage of your dwelling unit
"8"   - Allocation based on a combination of square footage of your dwelling unit and the number of persons residing in your dwelling unit
"9"   - Allocation based on the number of bedrooms in your dwelling unit
"10"  - Allocation based on a lawful formula not listed here
      (Note: if method "10" is selected, a separate sheet will be attached describing the formula used)

2.  Allocation formulas are used when the apartment has no sub-meter. The formula may be based on factors such as, the interior square footage of the apartment, number of bedrooms, number of occupants, number of bathrooms, presence of washing machine, and average water usage for that floor plan. The allocation is an estimate of usage by the resident. If an allocation method is used, we or our billing company will calculate your allocated share of the utilities and services provided and all costs in accordance with state and local statutes. Under any allocation method, Resident may be paying for part of the utility usage in common areas or in other residential units as well as administrative fees. Both Resident and Owner agree that using a calculation or allocation formula as a basis for estimating total utility consumption is fair and reasonable, while recognizing that the allocation method may or may not accurately reflect actual total utility consumption for Resident. Where lawful, we may change the above methods of determining your allocated share of utilities and services and all other billing methods, in our sole discretion, and after providing written notice to you. More detailed descriptions of billing methods, calculations and allocation formulas will be provided upon request.

    If a flat fee method for trash or other utility service is used, Resident and Owner agree that the charges indicated in this Agreement (as may be amended with written notice as specified above) represent a fair and reasonable amount for the service(s) provided and that the amount billed is not based on a monthly per unit cost.

3.  When billed by us directly or through our billing company, you must pay utility bills within __3__ days of the date when the utility bill is issued at the place indicated on your bill, or the payment will be late. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

| | | |
|---|---|---|
| New Account Fee: | $ __0.00__ | (not to exceed $ __0.00__ ) |
| Monthly Administrative Billing Fee: | $ __0.00__ | (not to exceed $ __0.00__ ) |
| Late Fee: | $ __0.00__ | (not to exceed $ __0.00__ ) |
| Final Bill Fee: | $ __0.00__ | (not to exceed $ __0.00__ ) |

    If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

4.  You will be charged for the full period of time that you were living in, occupying, or responsible for payment of rent or utility charges on the dwelling. If you breach the Lease, you will be responsible for utility charges for the time period you were obliged to pay the charges under the Lease, subject to our mitigation of damages. In the event you fail to timely establish utility services, we may charge you for any utility service billed to us for your dwelling and may charge a reasonable administration fee for billing for the utility service in the amount of $ __50.00__ .

5.  When you move out, you will receive a final bill which may be estimated based on your prior utility usage. This bill must be paid at the time you move out or it will be deducted from the security deposit.

6.  We are not liable for any losses or damages you incur as a result of outages, interruptions, or fluctuations in utility services provided to the dwelling unless such loss or damage was the direct result of negligence by us or our employees. You release us from any and all such claims and waive any claims for offset or reduction of rent or diminished rental value of the dwelling due to such outages, interruptions, or fluctuations.

7.  You agree not to tamper with, adjust, or disconnect any utility sub-metering system or device. Violation of this provision is a material breach of your Lease and may subject you to eviction or other remedies available to us under your Lease, this Utility Addendum and at law.

8.  Where lawful, all utilities, charges and fees of any kind under this lease shall be considered additional rent, and if partial payments are accepted by the Owner, they will be allocated first to non-rent charges and to rent last.

9.  You represent that all occupants that will be residing in the Unit are accurately identified in the Lease. You agree to promptly notify Owner of any change in such number of occupants.

10. You agree that you may, upon thirty (30) days prior written notice from Owner to you, begin receiving a bill for additional utilities and services, at which time such additional utilities and services shall for all purposes be included in the term Utilities.

*14* *Felix Wyley Wyley*      *64* *Quejzia McPherson*      *114* *Tameka Gay*

11. This Addendum is designed for use in multiple jurisdictions and no billing method, charge, or fee mentioned herein will be used in any jurisdiction where such use would be unlawful. If any provision of this addendum or the Lease is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this addendum or the Lease. Except as specifically stated herein, all other terms and conditions of the Lease shall remain unchanged. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

12. The following special provisions and any addenda or written rules furnished to you at or before signing will become a part of this Utility Addendum and will supersede any conflicting provisions of this printed Utility Addendum and/or the Lease Contract.

Method 10: Smart bundle will be billed each month in the amount of $125.00 and includes HOA, Pest Control, Landscaping, and Smart Home Features.

Resident Signature _____ Date _____

Resident Signature _____ Date _____

Resident Signature _____ Date _____

Resident Signature _____ Date _____

Resident Signature _____ Date _____

Resident Signature _____ Date _____

Management _____ Date _____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*Felix Wyley Wyley*    *Quejzia McPherson*    *Tameka Gay*

## MOLD INFORMATION AND PREVENTION ADDENDUM

**NAA**
NATIONAL APARTMENT ASSOCIATION
The Lead the Way Home

*Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize any mold growth in your dwelling. That is why this addendum contains important information for you, and responsibilities for both you and us.*

**1. DWELLING UNIT DESCRIPTION.**
Unit No. ____46____, __12073__
__Crosswicks Road__
_____ *(street address)* in
_____Union City_____
*(city)*, Georgia, ____30291____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: __March 27, 2024__
Owner's name: __GBFR DEERHAVEN LLC__
_____
_____
_____

Residents *(list all residents)*:
__Felix Wyley Wyley, Quejzia McPherson__
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ABOUT MOLD.** Mold is found virtually everywhere in our environment—both indoors and outdoors and in both new and old structures. Molds are naturally occurring microscopic organisms which reproduce by spores and have existed practically from the beginning of time. All of us have lived with mold spores all our lives. Without molds we would all be struggling with large amounts of dead organic matter.

Mold breaks down organic matter in the environment and uses the end product for its food. Mold spores (like plant pollen) spread through the air and are commonly transported by shoes, clothing and other materials. When excess moisture is present inside a dwelling, mold can grow. A 2004 Federal Centers for Disease Control and Prevention study found that there is currently no scientific evidence that the accumulation of mold causes any significant health risks for person with normally functioning immune systems. Nonetheless, appropriate precautions need to be taken.

**4. PREVENTING MOLD BEGINS WITH YOU.** In order to minimize the potential for mold growth in your dwelling, you must do the following:

- Keep your dwelling clean—particularly the kitchen, the bathroom(s), carpets and floors. Regular vacuuming, mopping and using a household cleaner to clean hard surfaces is important to remove the household dirt and debris that harbor mold or food for mold. Immediately throw away moldy food.

- Remove visible moisture accumulation on windows, walls, ceilings, floors and other surfaces as soon as reasonably possible. Look for leaks in washing machine hoses and discharge lines—especially if the leak is large enough for water to infiltrate nearby walls. Turn on any exhaust fans in the bathroom and kitchen before you start showering or

cooking with open pots. When showering, be sure to keep the shower curtain inside the tub or fully close the shower doors. Also, the experts recommend that after taking a shower or bath, you: (1) wipe moisture off of shower walls, shower doors, the bathtub and the bathroom floor; (2) leave the bathroom door open until all moisture on the mirrors and bathroom walls and tile surfaces has dissipated; and (3) hang up your towels and bath mats so they will completely dry out.

- Promptly notify us in writing about any air conditioning or heating system problems you discover. Follow our rules, if any, regarding replacement of air filters. Also, it is recommended that you periodically open windows and doors on days when the outdoor weather is dry (i.e., humidity is below 50 percent) to help humid areas of your dwelling dry out.

- Promptly notify us in writing about any signs of water leaks, water infiltration or mold. We will respond in accordance with state law and the Lease Contract to repair or remedy the situation, as necessary.

- Keep the thermostat set to automatically circulate air in the event temperatures rise to or above 80 degrees Fahrenheit.

**5. IN ORDER TO AVOID MOLD GROWTH,** it is important to prevent excessive moisture buildup in your dwelling. Failure to promptly pay attention to leaks and moisture that might accumulate on dwelling surfaces or that might get inside walls or ceilings can encourage mold growth. Prolonged moisture can result from a wide variety of sources, such as:

- rainwater leaking from roofs, windows, doors and outside walls, as well as flood waters rising above floor level;

- overflows from showers, bathtubs, toilets, lavatories, sinks, washing machines, dehumidifiers, refrigerator or A/C drip pans or clogged up A/C condensation lines;

- leaks from plumbing lines or fixtures, and leaks into walls from bad or missing grouting/caulking around showers, tubs or sinks;

- washing machine hose leaks, plant watering overflows, pet urine, cooking spills, beverage spills and steam from excessive open-pot cooking;

- leaks from clothes dryer discharge vents (which can put lots of moisture into the air); and

- insufficient drying of carpets, carpet pads, shower walls and bathroom floors.

**6. IF SMALL AREAS OF MOLD HAVE ALREADY OCCURRED ON *NON-POROUS* SURFACES** (such as ceramic tile, formica, vinyl flooring, metal, wood or plastic), the federal Environmental Protection Agency (EPA) recommends that you first clean the areas with soap (or detergent) and water, let the surface dry, and then within 24 hours apply a pre-mixed, spray-on-type household biocide, such as Lysol Disinfectant®, Pine-Sol Disinfectant® (original pine-scented), Tilex Mildew Remover® or Clorox Cleanup®. (Note: Only a few of the common household cleaners will actually kill mold). Tilex® and Clorox® contain bleach which can discolor or stain. **Be sure to follow the instructions on the container.** Applying biocides without first cleaning away the dirt and oils from the surface is like painting over old paint without first cleaning and preparing the surface.

Always clean and apply a biocide to an area 5 or 6 times larger than any visible mold because mold may be adjacent in quantities not yet visible to the naked eye. A vacuum cleaner with a high-efficiency particulate air (HEPA) filter can be

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*Felix Wyley Wyley*    *Quejzia McPherson*    *Tameka Gay*

used to help remove non-visible mold products from porous items, such as fibers in sofas, chairs, drapes and carpets—provided the fibers are completely dry. Machine washing or dry cleaning will remove mold from clothes.

7. **DO NOT CLEAN OR APPLY BIOCIDES TO:** (1) visible mold on *porous surfaces*, such as sheetrock walls or ceilings, or (2) *large areas* of visible mold on *non-porous* surfaces. Instead, notify us in writing, and we will take appropriate action.

8. **COMPLIANCE.** Complying with this addendum will help prevent mold growth in your dwelling, and both you and we will be able to respond correctly if problems develop that could lead to mold growth. If you have questions regarding this addendum, please contact us at the management office or at the phone number shown in your Lease Contract.

**If you fail to comply with this Addendum, you can be held responsible for property damage to the dwelling and any health problems that may result. We can't fix problems in your dwelling unless we know about them.**

**SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

**Resident or Residents**
*(All residents must sign here)*

**Owner or Owner's Representative**
*(Signs here)*

**Date of Lease Contract**

**March 27, 2024**

© 2019, National Apartment Association, Inc. · 6/2019, Georgia

*Felix Wyley Wyley*   *Quejjia McPherson*   *Tameka Gay*

# BED BUG ADDENDUM

**NAA**
NATIONAL APARTMENT ASSOCIATION

Date: **March 27, 2024**
(when this Addendum is filled out)

> *Please note: It is our goal to maintain a quality living environment for our residents. To help achieve this goal, it is important to work together to minimize the potential for any bed bugs in your dwelling or surrounding dwellings. This addendum contains important information that outlines your responsibility and potential liability with regard to bed bugs.*

**1. DWELLING UNIT DESCRIPTION.**
Unit No. **46**, **12073**
**Crosswicks Road**
_____ (street address) in
**Union City**
(city), Georgia, **30291** (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024**
Owner's name: **GBFR DEERHAVEN LLC**

Residents (list all residents):

**Felix Wyley Wyley, Quejzia McPherson**

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE.** This Addendum modifies the Lease Contract and addresses situations related to bed bugs *(cimex lectularius)* which may be discovered infesting the dwelling or personal property in the dwelling. You understand that we relied on your representations to us in this Addendum.

**4. INSPECTION AND INFESTATIONS.** BY SIGNING THIS ADDENDUM, YOU REPRESENT THAT:

- YOU HAVE INSPECTED THE DWELLING PRIOR TO MOVING IN, OR PRIOR TO SIGNING THIS ADDENDUM, AND YOU DID NOT FIND ANY EVIDENCE OF BED BUGS OR A BED BUG INFESTATION;

OR

- YOU WILL INSPECT THE DWELLING WITHIN 48 HOURS AFTER MOVING IN, OR WITHIN 48 HOURS AFTER SIGNING THIS ADDENDUM AND WILL NOTIFY US OF ANY BED BUGS OR BED BUG INFESTATIONS.

You agree that you have read the information provided in this Addendum and that you are not aware of any infestation or presence of bed bugs in your current or previous dwellings, furniture, clothing, personal property, or possessions. You also acknowledge that you have fully disclosed to us any previous bed bug infestations or bed bug issues that you have experienced.

If you disclose to us a previous experience with bed bug infestations or other bed bug related issues, we can review documentation of the previous treatment(s) and inspect your personal property and possession to confirm the absence of bed bugs.

**5. ACCESS FOR INSPECTION AND PEST TREATMENT.** You must allow us and our pest control agents access to the dwelling at reasonable times to inspect for or treat bed bugs as allowed by law. You and your family members, occupants, guests, and invitees must cooperate and will not interfere with inspections or treatments. We have the right to select any licensed pest control professional to treat the dwelling and building. We can select the method of treating the dwelling, building and common areas for bed bugs. We can also inspect and treat adjacent or neighboring dwellings to the infestation even if those dwellings are not the source or cause of the known infestation. Unless otherwise prohibited by law, you are responsible for and must, at your own expense, have your own personal property, furniture, clothing and possessions treated according to accepted treatment methods established by a licensed pest control firm that we approve. You must do so as close as possible to the time we treated the dwelling. If you fail to do so, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract. You agree not to treat the dwelling for a bed bug infestation on your own.

**6. NOTIFICATION.** You must promptly notify us:
- of any known or suspected bed bug infestation or presence in the dwelling, or in any of your clothing, furniture or personal property.
- of any recurring or unexplained bites, stings, irritations, or sores of the skin or body which you believe is caused by bed bugs, or by any condition or pest you believe is in the dwelling.
- if you discover any condition or evidence that might indicate the presence or infestation of bed bugs, or of any confirmation of bed bug presence by a licensed pest control professional or other authoritative source.

**7. COOPERATION.** If we confirm the presence or infestation of bed bugs, you must cooperate and coordinate with us and our pest control agents to treat and eliminate the bed bugs. You must follow all directions from us or our agents to clean and treat the dwelling and building that are infested. You must remove or destroy personal property that cannot be treated or cleaned as close as possible to the time we treated the dwelling. Any items you remove from the dwelling must be disposed of off-site and not in the property's trash receptacles. If we confirm the presence or infestation of bed bugs in your dwelling, we have the right to require you to temporarily vacate the dwelling and remove all furniture, clothing and personal belongings in order for us to perform pest control services. If you fail to cooperate with us, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract.

**8. RESPONSIBILITIES.** You may be required to pay all reasonable costs of cleaning and pest control treatments incurred by us to treat your dwelling unit for bed bugs. If we confirm the presence or infestation of bed bugs after you vacate your dwelling, you may be responsible for the cost of cleaning and pest control treatments. If we must move other residents in order to treat adjoining or neighboring dwellings to your dwelling unit, you may be liable for payment of any lost rental income and other expenses incurred by us to relocate the neighboring residents and to clean and perform pest control treatments to eradicate infestations in other dwellings. If you fail to pay us for any costs you are liable for, you will be in default, and we will have the right to terminate your right of occupancy and exercise all rights and remedies under the Lease Contract, and obtain immediate possession of the dwelling. If you fail to move out after your right of occupancy has been terminated, you will be liable for holdover rent under the Lease Contract.

© 2020, National Apartment Association, Inc. - 2/2020, Georgia

*Felix Wyley Wyley*       *Quejzia McPherson*       *Tameka Gay*

**9. TRANSFERS.** If we allow you to transfer to another dwelling in the community because of the presence of bed bugs, you must have your personal property and possessions treated according to accepted treatment methods or procedures established by a licensed pest control professional. You must provide proof of such cleaning and treatment to our satisfaction.

**10. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**You are legally bound by this document. Please read it carefully.**

| **Resident or Residents** | **Owner or Owner's Representative** |
| *(All residents must sign)* | *(Signs below)* |

_____
_____          _____
_____
_____                **Date of Signing Addendum**
_____
_____          _____

*You are entitled to receive an original of this Addendum after it is fully signed. Keep it in a safe place.*

© 2020, National Apartment Association, Inc. - 2/2020, Georgia

Page 2 of 3

*Felix Wyley Wyley*          *Quezzia McPherson*          *Tameka Gay*

Bed bugs, with a typical lifespan of 6 to 12 months, are wingless, flat, broadly oval-shaped insects. Capable of reaching the size of an apple seed at full growth, bed bugs are distinguishable by their reddish-brown color, although after feeding on the blood of humans and warm-blooded animals—their sole food source—the bugs assume a distinctly blood-red hue until digestion is complete.

### Bed bugs don't discriminate

Bed bugs increased presence across the United States in recent decades can be attributed largely to a surge in international travel and trade. It's no surprise then that bed bugs have been found time and time again to have taken up residence in some of the fanciest hotels and apartment buildings in some of the nation's most expensive neighborhoods.

Nonetheless, false claims that associate bed bugs presence with poor hygiene and uncleanliness have caused rental housing residents, out of shame, to avoid notifying owners of their presence. This serves only to enable the spread of bed bugs.

While bed bugs are, by their very nature, more attracted to clutter, they're certainly not discouraged by cleanliness.

Bottom line: bed bugs know no social and economic bounds; claims to the contrary are false.

### Bed bugs don't transmit disease

There exists no scientific evidence that bed bugs transmit disease. In fact, federal agencies tasked with addressing pest of public health concern, namely the U.S. Environmental Protection Agency and the Centers for Disease Control and Prevention, have refused to elevate bed bugs to the threat level posed by disease transmitting pests. Again, claims associating bed bugs with disease are false.

### Identifying bed bugs

*Bed bugs can often be found in, around and between:*

- Bedding
- Bed frames
- Mattress seams
- Upholstered furniture, especially under cushions and along seams
- Around, behind and under wood furniture, especially along areas where drawers slide
- Curtains and draperies
- Along window and door frames
- Ceiling and wall junctions
- Crown moldings
- Behind and around wall hangings and loose wallpaper
- Between carpeting and walls (carpet can be pulled away from the wall and tack strip)
- Cracks and crevices in walls and floors
- Inside electronic devices, such as smoke and carbon monoxide detectors

- Because bed bugs leave some persons with itchy welts strikingly similar to those caused by fleas and mosquitoes, the origination of such markings often go misdiagnosed. However, welts caused by bed bugs often times appear in succession and on exposed areas of skin, such as the face, neck and arms. In some cases, an individual may not experience any visible reaction resulting from direct contact with bed bugs.
- While bed bugs typically prefer to act at night, they often do not succeed in returning to their hiding spots without leaving traces of their presence through fecal markings of a red to dark brown color, visible on or near beds. Blood stains tend also to appear when the bugs have been squashed, usually by an unsuspecting host in their sleep. And, because they shed, it's not uncommon for skin casts to be left behind in areas typically frequented by bed bugs.

### Preventing bed bug encounters when traveling

Because humans serve as bed bugs' main mode of transportation, it is extremely important to be mindful of bed bugs when away from home. Experts agree that the spread of bed bugs across all regions of the United States is largely attributed to an increase in international travel and trade. Travelers are therefore encouraged to take a few minutes upon arriving to their temporary destination to thoroughly inspect their accommodations, so as to ensure that any uninvited guests are detected before the decision is made to unpack.

Because bed bugs can easily travel from one room to another, it is also recommended that travelers thoroughly inspect their luggage and belongings for bed bugs before departing for home.

### Bed bug do's and don'ts

- **Do not bring used furniture from unknown sources into your dwelling.** Countless bed bug infestations have stemmed directly from the introduction into a resident's unit of second-hand and abandoned furniture. Unless the determination can be made with absolute certainty that a piece of second-hand furniture is bed bug-free, residents should assume that the reason a seemingly nice looking leather couch, for example, is sitting curbside, waiting to be hauled off to the landfill, may very well be due to the fact that it's teeming with bed bugs.
- **Do address bed bug sightings immediately.** Rental housing residents who suspect the presence of bed bugs in their unit must immediately notify the owner.
- **Do not attempt to treat bed bug infestations.** Under no circumstance should you attempt to eradicate bed bugs. Health hazards associated with the misapplication of traditional and non-traditional, chemical-based insecticides and pesticides poses too great a risk to you and your neighbors.
- **Do comply with eradication protocol.** If the determination is made that your unit is indeed playing host to bed bugs, you must comply with the bed bug eradication protocol set forth by both your owner and their designated pest management company.



*Felix Wyley Wyley*    *Queizia McPherson*    *Tameka Gay*

## FIRE SAFETY INFORMATION ADDENDUM

**NAA**
NATIONAL APARTMENT ASSOCIATION

**Dwelling Unit Description.** Unit No. _____46_____ , _12073 Crosswicks Road_____
_____ *(street address)* in
_____Union City_____ *(city)*, Georgia _____30291_____ *(zip code)*.

**Lease Contract Description.** Lease Contract Date: _____March 27, 2024_____

Owner's name: **GBFR DEERHAVEN LLC**_____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson**_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

# "SAFETY TIPS"

1. <u>Never</u> smoke in bed.

2. Locate fire exits on this floor. (Note: Do **NOT** consider elevators as exits.)

3. Count the number of doors to the nearest exit, and check for any possible obstructions.

4. (When applicable: Locate fire alarm pull stations on this floor.)

5. (When applicable: Locate fire extinguishers on this floor.)

6. Check any windows to see if they can be opened; if so determine how they open.

7. Keep your room key on a table next to your bed.

8. If you leave your room, keep door closed and take your key.

9. Write down the number for the local fire department and keep it next to the phone.

**THE LOCAL FIRE DEPARTMENT NUMBER IS** _____ .

## "IN CASE OF FIRE"

1. **DON'T PANIC**; remain calm.

2. Report fire to front desk or fire department as appropriate.

3. If room is smoky, get on hands and knees (or stomach) and crawl to door.

4. Feel door knob; If **HOT**, do **NOT** open door; if cool, open slowly.

5. If hallway is smoky, stay next to wall and count the doors as you crawl to exit.

6. Do **NOT** use any elevators.

7. Do **NOT** prop open doors to exit staircase.

8. Hang on to handrail and **WALK DOWN** exit staircase.

9. (When applicable: Pull fire alarm as you evacuate.)

## "IF YOU CANNOT LEAVE THIS ROOM"

1. Notify (or Call) front desk (or manager, fire department, or other appropriate person) and let them know where you are.

2. Wet sheets, towels or clothing and stuff them in all cracks around doors and vents.

3. (When applicable: Turn on bathroom fan.)

4. Check to see if there is smoke **OUTSIDE** window; if **NO** smoke and if any window can be opened, hang a sheet or light colored material outside.

5. (When applicable: Fill bathtub (or sink) with cold water for firefighting.)

6. Using ice bucket or other container, keep doors and walls wet.

7. If room is smoky, fold a wet towel in a triangle and tie over your nose and mouth; stay low.

8. Make yourself visible to rescue personnel through any window or balcony; **DO NOT JUMP!**

9. Keep fighting fire until help arrives; **DON'T GIVE UP!**

© 2018, National Apartment Association, Inc. - 7/2018, Georgia

*Felix Wyley Wyley*    *Quejzia McPherson*    *Tameka Gay*

**FOR YOUR SAFETY, THIS BUILDING HAS THE FOLLOWING:**

*(Applicable items are marked with an "☒")*

- ❏ Automatic sprinkler protection in every room.
- ❏ Automatic sprinkler protection in every hallway.
- ☒ Automatic smoke detectors in every room.
- ❏ Automatic smoke detectors in every hallway.
- ❏ Fire extinguishers on every floor.
- ❏ Fire alarm pull stations at every exit.
- ❏ Posted evacuation plans in every room.
- ❏ Pressurized staircase with self-closing doors. (NOTE: In case of fire, do NOT prop doors open.)
- ❏ Fire safety staircase with self-closing doors. (NOTE: In case of fire, do NOT prop doors open.)
- ❏ Emergency lighting and exit lights.
- ❏ Fire resistant drapery and bedding.
- ❏ An alternative fire exit to the roof. (NOTE: To be used ONLY if heavy smoke is encountered when walking DOWN the exit staircase.)
- ❏ Other: _____
- ❏ Other: _____

**SPECIAL PROVISIONS:** _____

_____
_____
_____
_____
_____
_____
_____
_____

You acknowledge receipt of this Fire Safety Information Addendum and agree to make this information available to any of your occupants, guests, invitees or visitors by posting it in a prominent, visible location in the apartment.

| Resident or Residents<br>*(all residents must sign)* | Date of Signing Addendum |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

© 2018, National Apartment Association, Inc. - 7/2018, Georgia



*Felix Wyley Wyley*    *Quejzia McPherson*    *Tameka Gay*

## LEASE CONTRACT BUY-OUT AGREEMENT

**1. DWELLING UNIT DESCRIPTION.**
Unit No. ____46____, 12073 Crosswicks Road
_____ _(street address)_ in
_____
Union City
_(city)_, Georgia, ___30291___ _(zip code)_.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: March 27, 2024
Owner's name: GBFR DEERHAVEN LLC
_____
_____
_____
_____

Residents _(list all residents)_:
Felix Wyley Wyley, Quejzia McPherson
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**3.** The purpose of this Buy-Out Agreement is to give you the right to buy out of your Lease Contract early—subject to any special provisions in paragraph 9 below. In order to buy out early, your notice must be signed by all residents listed in paragraph 1 of the Lease Contract and you must comply with all provisions of this Buy-Out Agreement.

**4. BUY-OUT PROCEDURES.** You may buy out of the Lease Contract prior to the end of the lease term and cut off all liability for paying rent for the remainder of the lease term _if all of the following occur:_

(a) you give us written notice of buy-out at least ___60___ days prior to the new termination date (i.e., your new move-out date), which _(check one)_ ❏ must be the last day of a month or ☒ may be during a month;

(b) you specify the new termination date in the notice, i.e., the date by which you'll move out;

(c) you are not in default under the Lease Contract on the date you give us the notice of buy-out;

(d) you are not in default under the Lease Contract on the new termination date (move-out date);

(e) you move out on or before the new termination date and do not hold over;

(f) you pay us a buy-out fee (consideration) of $__4650.00__;

(g) you pay us the amount of any concessions you received when signing the Lease Contract; and

(h) you comply with any special provisions in paragraph 9 below.

**5. WHEN PAYABLE.** The buy-out fee in paragraph 4(f) is due and payable no later than ___30___ days after you give us your buy-out notice. The total dollar amount of any concessions regarding rent or other monetary lease obligations for the entire lease term is $_____ and is due payable on the same day as the buy-out fee, subject to any special provisions in paragraph 9 regarding the amount, calculation method, or payment date.

**6. SHOWING UNIT TO PROSPECTIVE RESIDENTS.** After you give us notice of buy-out, the Lease Contract gives us the right to begin showing your unit to prospective residents and telling them it will be available immediately after your new termination date.

**7. COMPLIANCE ESSENTIAL.** Our deposit of all amounts due under paragraphs 4(f) and 4(g) constitutes our approval of the new termination date stated in your notice of buy-out. If you fail to comply with any of the procedures or requirements in this agreement after we deposit such monies, your buy-out right and this agreement will be voided automatically; and (1) any amounts you have paid under this agreement will become part of your security deposit, and (2) the lease will continue without buy-out. Then, if you move out early, you are subject to all lease remedies, including reletting fees and liability for all rents for the remainder of the original lease term.

**8. MISCELLANEOUS.** If moving out by the new termination date becomes a problem for you, contact us. An extension may be possible if we have not already relet the dwelling unit to a successor resident. We and any successor residents who may be leasing your unit will be relying on your moving out on or before the new termination date. Therefore, you may not hold over beyond such date without our written consent—even if it means you have to make plans for temporary lodging elsewhere. "Default" as used in paragraphs 4(c) and 4(d) of this agreement means default as defined in the Lease Contract. You will continue to be liable for any damages and any sums accruing and unpaid prior to the new termination date.

**9. SPECIAL PROVISIONS.** Your right of buy-out _(check one)_ ❏ is or ☒ is not limited to a particular fact situation. If limited, buy-out may be exercised only if the following facts (see below) occur and any described documents are furnished to us. Any special provisions below will supersede any conflicting provision of this printed agreement. Any false statements or documents presented to us regarding buy-out will automatically void your right to buy-out of the Lease Contract. The special provisions are:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
_(All residents must sign)_

_____
_____
_____
_____
_____

**Owner or Owner's Representative**
_(Signs below)_

_____

**Date of Lease Contract**

__March 27, 2024__

© 2018, National Apartment Association, Inc. · 11/2018, Georgia

_Felix Wyley Wyley_     _Quejzia McPherson_     _Tameka Gay_

# CRIME/DRUG FREE HOUSING ADDENDUM

NAA
NATIONAL APARTMENT ASSOCIATION

1. **DWELLING UNIT DESCRIPTION.**
Unit No. _____46_____ , ___12073___
**Crosswicks Road**
_____ *(street address)* in
_____Union City_____
*(city)*, Georgia, _____30291_____
*(zip code)*.

2. **LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024**
Owner's name: **GBFR DEERHAVEN LLC**
_____
_____
_____
_____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson**
_____
_____
_____
_____
_____
_____
_____
_____
_____

3. **ADDENDUM APPLICABILITY.** In the event any provision in this Addendum is inconsistent with any provision(s) contained in other portions of, or attachments to, the above-mentioned Lease Contract, then the provisions of this Addendum shall control. For purposes of this Addendum, the term "Premises" shall include the dwelling unit, all common areas, all other dwelling units on the property or any common areas or other dwelling units on or about other property owned by or managed by the Owner. The parties hereby amend and supplement the Lease Contract as follows:

4. **CRIME/DRUG FREE HOUSING.** Resident, members of the Resident's household, Resident's guests, and all other persons affiliated with the Resident:

A. Shall not engage in any illegal or criminal activity on or about the premises. The phrase, "illegal or criminal activity" shall include, but is not limited to, the following:

1. Engaging in any act intended to facilitate any type of criminal activity.

2. Permitting the Premises to be used for, or facilitating any type of criminal activity or drug related activity, regardless of whether the individual engaging in such activity is a member of the household, or a guest.

3. The unlawful manufacturing, selling, using, storing, keeping, purchasing or giving of an illegal or controlled substance or paraphernalia as defined in city, county, state or federal laws, including but not limited to the State of Georgia and/or the Federal Controlled Substances Act.

4. Violation of any federal drug laws governing the use, possession, sale, manufacturing and distribution of marijuana, regardless of state or local laws. (So long as the use, possession, sale, manufacturing and distribution of marijuana remains a violation of federal law, violation of any such federal law shall constitute a material violation of this rental agreement.)

5. Engaging in, or allowing, any behavior that is associated with drug activity, including but not limited to having excessive vehicle or foot traffic associated with his or her unit.

6. Any breach of the Lease Contract that otherwise jeopardizes the health, safety, and welfare of the Owner, Owner's agents, or other Residents, or involving imminent, actual or substantial property damage.

7. Engaging in or committing any act that would be a violation of the Owner's screening criteria for criminal conduct or which would have provided Owner with a basis for denying Resident's application due to criminal conduct.

8. Engaging in any activity that constitutes waste, nuisance, or unlawful use.

B. AGREE THAT ANY VIOLATION OF THE ABOVE PROVISIONS CONSTITUTES A MATERIAL VIOLATION OF THE PARTIES' LEASE CONTRACT AND GOOD CAUSE FOR TERMINATION OF TENANCY. A single violation of any of the provisions of this Addendum shall be deemed a serious violation, and a material default, of the parties' Lease Contract. It is understood that a single violation shall be good cause for termination of the Lease Contract. Notwithstanding the foregoing comments, Owner may terminate Resident's tenancy for any lawful reason, and by any lawful method, with or without good cause.

5. **CRIMINAL CONVICTION NOT REQUIRED.** Unless otherwise provided by law, proof of violation of any criminal law shall not require a criminal conviction.

6. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents** *(sign here)*

_____
_____
_____
_____

**Owner or Owner's Representative** *(signs here)*

_____

**Date of Signing Addendum**

_____
_____
_____
_____

**Date of Signing Addendum**

_____

© 2018, National Apartment Association, Inc. - 11/2018, Georgia

24 *Felix Wyley Wyley*      74 *Quejzia McPherson*      1.24 *Tameka Gay*

**ADDENDUM REGARDING MEDICAL MARIJUANA USE**
and
**LANDLORD'S COMMITMENT TO ENFORCEMENT OF CRIME/DRUG FREE ADDENDUM**

**NAA** NATIONAL APARTMENT ASSOCIATION

**1. DWELLING UNIT DESCRIPTION.**
Unit. No. _____46_____ , **12073 Crosswicks Road** _____
_____ (street address) in
_____ **Union City** _____
(city), Georgia, ____**30291**____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract date: **March 27, 2024** _____
Owner's name: **GBFR DEERHAVEN LLC** _____

Residents (list all residents):

**Felix Wyley Wyley, Quejzia McPherson** _____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

3. Georgia law (OCGA 16-13-35) permits the limited use of low percentage (5%) cannabinol oil derived from marijuana for medical use in specific and limited circumstances. It is legal in Georgia to use or possess low-THC (Tetrahydrocannabinol) oil provided:

1. the oil contains less than 5% THC by weight;
2. you do not possess more than 20 fluid ounces;
3. the label on the container clearly states the percentage of THC it contains;
4. you register with the Georgia Department of Public Health; and
5. you keep the registration in your possession.

However, this is not the case under federal law, and Georgia follows federal law - except for the possession of low-THC oil as described above.

Under federal law, specifically the Controlled Substances Act (CSA), the THC oil is still categorized as a Schedule I substance. This means that under federal law, the manufacture, distribution, or possession of marijuana is strictly prohibited. Because the U.S. Department of Housing and Urban Development is controlled by the federal government, it agrees that the use of marijuana, whether prescribed for medical reasons or not, is a criminal offense and will not be protected under the fair housing laws. Therefore, apartment complexes are not required to accommodate the use of marijuana by a tenant who is a current medical marijuana user. Disabled tenants who are registered medical marijuana users, however, should not feel discouraged to request reasonable accommodations if the need arises.

4. The Premises listed above follows and complies with federal law regarding marijuana use and is, and will continue to be, a drug free community. Possession, use, manufacture or sale of any illegal substance, including marijuana, or any use of marijuana by the tenant and/or guests will result in immediate termination. If you have any questions or concerns about this policy, please speak to management.

5. By signing below, the resident acknowledges his or her understanding of the terms and conditions as stated above, and his or her agreement to comply with those terms and conditions.

6. **SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents** (sign here)          **Date of Signing Addendum**

_____          _____

_____          _____

_____          _____

**Owner or Owner's Representative** (signs here)          **Date of Signing Addendum**

_____          _____

© 2019, National Apartment Association, Inc. - 10/2019, Georgia



*Felix Wyley Wyley*     *Quejzia McPherson*     *Tameka Gay*

**LEASE ADDENDUM FOR RENT CONCESSION
OR OTHER RENT DISCOUNT**



**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____46_____, _12073 Crosswicks
Road_____
_____ *(street address)* in
_____Union City_____
*(city)*, Georgia, ___30291___ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024**_____
Owner's name: **GBFR DEERHAVEN LLC**_____
_____
_____
_____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson**_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. CONCESSION/DISCOUNT AGREEMENT.** As consideration for your agreement to remain in your dwelling and to fulfill your Lease obligations throughout the full term of your Lease, you will receive the following rent Concession and or Discount.

*(Check all that apply)*

☒ **One-Time Concession.** You will receive a One-Time Concession off the rent indicated in the Rent and Charges paragraph of the Lease Contract in the total amount of $ ___2325.00___. This Concession will be credited to your rent due for the month(s) of: **June 2024**_____
_____
_____

☐ **Monthly Discount/Concession.** The rent indicated in the Rent and Charges paragraph of the Lease Contract includes a Monthly Discount of $ _____ per month off of the suggested rental rate for your dwelling.

☐ **Other Discount/Concession.** You will receive the following discount off the rent indicated in the Rent and Charges paragraph of the Lease Contract:
_____
_____
_____
_____

☐ **Non-Monetary Concession.** You will receive the following non-monetary concession during the term of the Lease.
_____
_____
_____
_____
_____

**4. CONCESSION CANCELLATION AND CHARGE-BACK.** The concession and discounts indicated above are provided to you as an incentive and with the understanding that you will fulfill your obligations under the Lease Contract through the entire term of your Lease.

If your lease is terminated early due to your default (for example, if you abandon the premises without paying rent or are evicted), this Concession/Discount Agreement will be immediately terminated, and you will be required to immediately repay to the Owner the amounts of all *(Check all that apply)*

☒ Concessions
☒ Discounts

that you have actually received for the months you resided in the Premises, and without further notice from us.

**5. MARKET RENT.** The market rent for this dwelling is the rent stated in the Lease Contract. You acknowledge that the market rent is a fair representation of what the specific dwelling would actually rent for at the time the Lease Contract was negotiated and executed, and is reflective of the rent for a similar dwelling at comparable properties.

**6. SPECIAL PROVISIONS.** The following special provisions control over any conflicting provisions of this printed Addendum form or the Lease Contract.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

_____
_____
_____
_____
_____
_____

**Owner or Owner's Representative**
*(signs here)*

_____

**Date of Lease Contract**

_____**March 27, 2024**_____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*Felix Wyley Wyley*    *Quejzia McPherson*    *Tameka Gay*

**ASBESTOS ADDENDUM**

**NAA**
NATIONAL APARTMENT ASSOCIATION

Date: __**March 27, 2024**__
(when this Addendum is filled out)

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____ 46 _____ , 12073
**Crosswicks_Road**
_____ (street address) in
_____ Union City _____
(city), Georgia, _____ 30291 _____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024** _____
Owner's name: **GBFR DEERHAVEN LLC** _____
_____
_____
_____

Residents (list all residents):

**Felix Wyley Wyley, Quejzia McPherson**
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. ASBESTOS.** In most dwellings which were built prior to 1981 and in some built after that, asbestos was commonly used as a construction material. In various parts of your dwelling, asbestos materials may have been used in the original construction or in renovations prior to the enactment of federal laws which limit asbestos in certain construction materials.

**4. FEDERAL RECOMMENDATIONS.** The United States Environmental Protection Agency (EPA) has determined that the mere presence of asbestos materials does not pose a health risk to residents and that such materials are safe so long as they are not dislodged or disturbed in a manner that causes the asbestos fibers to be released. Disturbances include sanding, scraping, pounding, or other techniques that produce dust and cause the asbestos particles to become airborne. The EPA does not require that intact asbestos materials be removed. Instead, the law simply requires that we take reasonable precautions to minimize the chance of damage or disturbance of those materials.

**5. COMMUNITY POLICIES AND RULES.** You, your families, other occupants, and guests must not disturb or attach anything to the walls, ceilings, floor tiles, or insulation behind the walls or ceilings in your dwelling unless specifically allowed in owner's rules or community policies that are separately attached to this Lease Contract. The foregoing prevails over other provisions of the Lease Contract to the contrary. Please report any ceiling leaks to management promptly so that pieces of acoustical ceiling material or ceiling tiles do not fall to the floor and get disturbed by people walking on the fallen material.

**6. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident(s)**
(All residents must sign)

**Date of Signing Addendum**

_____          _____
_____          _____
_____          _____
_____          _____

**Owner or Owner's Representative**

**Date of Signing Addendum**

_____          _____

© 2019, National Apartment Association, Inc. • 6/2019, Georgia

27 *Felix Wyley Wyley*    77 *Quejzia McPherson*    127 *Tameka Gay*

## LEASE CONTRACT ADDENDUM FOR
### ENCLOSED GARAGE, CARPORT, OR STORAGE UNIT

1. **DWELLING UNIT DESCRIPTION.**
   Unit No. _____46_____, 12073 Crosswicks Road
   _____ (street address) in
   _____Union City_____
   (city), Georgia, _____30291_____ (zip code).

2. **LEASE CONTRACT DESCRIPTION.**
   Lease Contract Date: March 27, 2024
   Owner's name: GBFR DEERHAVEN LLC
   _____
   _____
   _____
   _____

   Residents (list all residents):
   Felix Wyley Wyley, Quejzia McPherson
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   The term of this Addendum is as follows:
   Begins on _____April 19th_____, _____2024_____ and
   ending on _____April 18th_____, _____2025_____.

   This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

3. **GARAGE, CARPORT, OR STORAGE UNIT.** You are entitled to exclusive possession of: (check as applicable)
   ☒ garage or carport attached to the dwelling;
   ☐ garage space number(s) _____;
   _____;
   ☐ carport space number(s) _____;
   _____;
   and/or
   ☐ storage unit number(s) _____
   _____

   All terms and conditions of the Lease Contract apply to the above areas unless modified by this addendum.

4. **SECURITY DEPOSIT.** An additional security deposit of $ _____ will be charged for the checked areas above. We (check one) ☐ will consider or ☐ will not consider this additional security deposit a general security deposit for all purposes. The security deposit amount in the Security Deposit paragraph of the Lease Contract (check one) ☐ does or ☐ does not include this additional deposit amount. Refund of the additional security deposit will be subject to the terms and conditions set forth in the Lease Contract regardless of whether it is considered part of the general security deposit.

5. **ADDITIONAL MONTHLY RENT.** Your total monthly rent (as stated in the Lease Contract) will be increased by $ _____0.00_____. The monthly rent amount in the Rent and Charges paragraph of the Lease Contract (check one) ☐ includes ☐ does not include this additional rent.

6. **USE RESTRICTIONS.** Garage or carport may be used only for storage of operable motor vehicles unless otherwise stated in our rules or community policies. Storage units may be used only for storage of personal property. No one may sleep, cook, barbeque, or live in a garage, carport, or storage unit. Persons not listed as a resident or occupant in the Lease Contract may not use the areas covered by this addendum. No plants may be grown in such areas.

7. **NO DANGEROUS ITEMS.** Items that pose an environmental hazard or a risk to the safety or health of other residents, occupants, or neighbors in our sole judgment or that violate any government regulation may not be stored. Prohibited items include fuel (other than in a properly capped fuel tank of a vehicle or a closed briquette lighter fluid container), fireworks, rags, piles of paper, or other material that may create a fire or environmental hazard. We may remove from such areas, without prior notice, items that we believe might constitute a fire or environmental hazard. Because of carbon monoxide risks, you may not run the motor of a vehicle inside a garage unless the garage door is open to allow fumes to escape.

8. **NO SMOKE, FIRE, OR CARBON MONOXIDE DETECTORS.** No smoke, fire, or carbon monoxide detectors will be furnished by us unless required by law.

9. **GARAGE DOOR OPENER.** If an enclosed garage is furnished, you ☒ will ☐ will not be provided with a ☐ garage door opener and/or ☐ garage key. You will be responsible for maintenance of any garage door opener, including battery replacement. Transmitter frequency settings may not be changed on the garage door or opener without our prior written consent.

10. **SECURITY.** Always remember to lock any door of a garage or storage unit and any door between a garage and the dwelling. When leaving, be sure to lock all keyed deadbolt locks.

11. **INSURANCE AND LOSS/DAMAGE TO YOUR PROPERTY.** You will maintain liability and comprehensive insurance coverage for any vehicle parked or stored. We are not responsible for pest control in such areas.

12. **COMPLIANCE.** As allowed by law, we may periodically open and enter garages and storerooms to ensure compliance with this addendum. In the event we enter the garage or storerooms, we will comply with the notice provisions set forth in the Lease Contract.

13. **NO LOCK CHANGES, ALTERATIONS, OR IMPROVEMENTS.** Without our prior written consent, locks on doors of garages and storage units may not be rekeyed, added, or changed, and improvements, alterations, or electrical extensions or changes to the interior or exterior of such areas are not allowed. You may not place nails, screws, bolts, or hooks into walls, ceilings, floors, or doors. Any damage not caused by us or our representatives to areas covered by this addendum will be paid for by you.

14. **MOVE-OUT AND REMEDIES.** Any items remaining after you have vacated the dwelling will be removed, sold, or otherwise disposed of according to the Lease Contract, which addresses disposition or sale of property left in an abandoned or surrendered dwelling. All remedies in the Lease Contract apply to areas covered by this addendum.

© 2024, National Apartment Association, Inc. - 3/2024, Georgia

*Felix Wyley Wyley*       *Quejzia McPherson*       *Tameka Gay*

**15. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

**Resident or Residents**
*(All residents must sign here)*

**Owner or Owner's Representative**
*(Signs here)*

**Date of Lease Contract**

**March 27, 2024**

© 2024, National Apartment Association, Inc. - 3/2024, Georgia

*Felix Wyley Wyley*    *Queizia McPherson*    *Tameka Gay*

**RESIDENT PARKING ADDENDUM**

Date: _____ **March 27, 2024** _____
(when this Addendum is filled out)

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____ **46** _____ , **12073** _____
**Crosswicks Road** _____
_____ *(street address)* in
_____ **Union City** _____
*(city)*, Georgia, _____ **30291** _____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024** _____
Owner's name: **GBFR DEERHAVEN LLC** _____
_____
_____
_____
_____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson** _____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

The term of this Parking Addendum is as follows:
Begins on _____ **April 19th** _____ , _____ **2024** _____ and
ending on _____ **April 18th** _____ , _____ **2025** _____ .

**RESIDENT AND OWNER AGREE AS FOLLOWS:**

3. You agree to properly register all vehicles with management. If you get a new or replacement vehicle you must notify us and complete a revised agreement.

4. If you are provided with a parking tag or sticker it must be properly installed and displayed.

5. Unless your vehicle(s) has been assigned a specific space(s) you may park in any available space(s) in the parking areas, with the exception of spaces reserved for a particular use or any marked handicap space, unless you possess a government issued handicap decal or similar signage.

6. If you are assigned a specific parking space(s) we shall assign you the space(s) and retain the right to change assigned space(s) at our sole discretion.

7. You understand and accept that we have the right at any time, without notice, to tow unauthorized or non-registered vehicles from any parking space on the property.

8. You agree to use parking spaces in accord with the terms of the Lease and Community Rules.

9. Any vehicles which are improperly parked or are in violation of this addendum, the terms of the Lease or Community Rules will be towed at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s).

10. You understand that we will not be held liable for any damage or theft that may occur while your vehicle(s) is parked on any part of the property. Upon signing this agreement you knowingly accept the risk of parking any vehicle(s) on the property.

11. Any action by you, any occupant, guest, or visitor that violates this addendum shall constitute a violation of the Lease Contract.

12. You understand and agree that any judgment of possession entered against you shall be a judgment for possession of any parking spaces which you are entitled to under this addendum. Once such judgment is rendered and executed upon you, you shall immediately remove all vehicles from the property parking areas. If you fail to remove your vehicle(s), we shall tow the vehicle(s) at your expense. You agree that we shall not be liable to you for damages related to the physical towing nor any consequential damages you may incur through loss of use of the vehicle(s).

**COST FOR PARKING**

Resident agrees to pay a onetime fee of $ _____ per vehicle on or before the _____ day of _____ . _____ . In alternative resident agrees to pay $ _____ monthly per vehicle due on or before the _____ day of the month. If no amount is filled in parking shall be free for properly registered and authorized vehicles.

Resident understands and accepts that all-parking rights and privileges will immediately be revoked in the case that Resident is _____ days delinquent in paying the required parking fee.

Resident agrees to pay $ _____ NSF fee for all checks returned for non-sufficient funds.

**VEHICLE INFORMATION:**

**Vehicle 1**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**Vehicle 2**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

**Vehicle 3**
Make: _____
Model & Year: _____
State: _____
License Plate: _____
Permit Number: _____
Phone Number: _____
Parking Space: _____

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*30* *Felix Wyley Wyley*    *80* *Quejzia McPherson*    *130* *Tameka Gay*

**13. SPECIAL PROVISIONS.**

**Resident or Residents**
*(All residents must sign)*

**Owner or Owner's Representative**
*(Signs below)*

**Date of Signing Addendum**

*Felix Wyley Wyley*          *Queizia McPherson*          *Tameka Gay*

**LEASE ADDENDUM**
**FOR REMOTE CONTROL, CARD, OR CODE ACCESS GATE**

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____46_____ , _12073_
**Crosswicks Road**
_____ *(street address)* in
_____ **Union City** _____
*(city)*, Georgia, _____30291_____ *(zip code)*.

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024**
Owner's name: **GBFR DEERHAVEN LLC**
_____
_____
_____
_____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. REMOTE CONTROL/CARDS/CODE FOR GATE ACCESS.**
- ☐ **Remote control for gate access.** Each person who is listed as a resident on the lease will be given a remote control at no cost to use during his or her residency. Each additional remote control for you or other occupants will require a $ _____ non-refundable fee.

- ☐ **Cards for gate access.** Each person who is listed as a resident on the lease will be given a card at no cost to use during his or her residency. Each additional card for you or other occupants will require a $_____ non-refundable fee.

- ☐ **Code for gate access.** Each resident will be given, at no cost, an access code (keypad number) for the pedestrian or vehicular access gates. It is to be used only during your residency. We may change the access code at any time and will notify you of any such changes.

**4. DAMAGED, LOST OR UNRETURNED REMOTE CONTROLS, CARDS OR CODE CHANGES.**
- ☒ If a remote control is lost, stolen or damaged, a $ _____50.00_____ fee will be charged for a replacement. If a remote control is not returned or is returned damaged when you move out, there will be a $ _____50.00_____ deduction from the security deposit.

- ☐ If a card is lost, stolen or damaged, a $_____ fee will be charged for a replacement card. If a card is not returned or is returned damaged when you move out, there will be a $_____ deduction from the security deposit.

- ☐ We may change the code(s) at any time and notify you accordingly.

**5. REPORT DAMAGE OR MALFUNCTIONS.** Please immediately report to the office any malfunction or damage to gates, fencing, locks or related equipment.

**6. FOLLOW WRITTEN INSTRUCTIONS.** We ask that you and all other occupants read the written instructions that have been furnished to you regarding the access gates. This is important because if the gates are damaged by you or other occupants, guests or invitees through negligence or misuse, you are liable for the damages under your lease, and collection of damage amounts will be pursued.

**7. PERSONAL INJURY AND/OR PERSONAL PROPERTY DAMAGE.** Except as specifically required by law, we have no duty to maintain the gates and cannot guaranty against gate malfunctions. We make no representations or guarantees to you concerning security of the community. Any measures, devices,or activities taken by us are solely for the benefit of us and for the protection of our property and interests, and any benefit to you of the same is purely incidental. Anything mechanical or electronic is subject to malfunction. Fencing, gates or other devices will not prevent all crime. No security system or device is foolproof or 100 percent successful in deterring crime. Crime can still occur. Protecting residents, their families, occupants, guests and invitees from crime is the sole responsibility of residents, occupants and law enforcement agencies. You should first call 911 or other appropriate emergency police numbers if a crime occurs or is suspected.We are not liable to any resident, family member, guest, occupant or invitee for personal injury, death or damage/loss of personal property from incidents related to perimeter fencing, automobile access gates and/or pedestrian access gates. We reserve the right to modify or eliminate security systems other than those statutorily required. You will be held responsible for the actions of any persons to whom you provide access to the community.

**8. RULES IN USING VEHICLE GATES.**
- Always approach entry and exit gates with caution and at a very slow rate of speed.
- Never stop your car where the gate can hit your vehicle as the gate opens or closes.
- Never follow another vehicle into an open gate. Always use your card to gain entry.
- Report to management the vehicle license plate number of any vehicle that piggybacks through the gate.
- Never force the gate open with your car.
- Never get out of your vehicle while the gates are opening or closing.
- If you are using the gates with a boat or trailer, please contact management for assistance. The length and width of the trailer may cause recognition problems with the safety loop detector and could cause damage.
- Do not operate the gate if there are small children nearby who might get caught in it as it opens or closes.
- If you lose your card, please contact the management office immediately.
- Do not give your card or code to anyone else.
- Do not tamper with gate or allow your occupants to tamper or play with gates.

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

*32* *Felix Wyley Wyley*    *S2* *Quejzia McPherson*    *132* *Tameka Gay*

**9. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Resident or Residents**
*(All residents must sign here)*

**Owner or Owner's Representative**
*(signs here)*

_____
_____
_____
_____
_____

**Date of Lease Contract**

March 27, 2024

© 2019, National Apartment Association, Inc. · 6/2019, Georgia

33 *Felix Wyley Wyley*   83 *Queizia McPherson*   133 *Tameka Gay*

## NO-SMOKING ADDENDUM

**NAA**
NATIONAL APARTMENT ASSOCIATION

Date: _____**March 27, 2024**_____
(when this Addendum is filled out)

*All use of any tobacco product involving smoking, burning, or combustion of tobacco is prohibited in any portion of the apartment community. You are entitled to receive an original of this No-Smoking Addendum after it is fully signed. Keep it in a safe place.*

### 1. DWELLING UNIT DESCRIPTION.
Unit No. _____**46**_____, **12073**
**Crosswicks Road**
_____ *(street address)* in
_____**Union City**_____
*(city)*, Georgia, _____**30291**_____ *(zip code)*.

### 2. LEASE CONTRACT DESCRIPTION.
Lease Contract Date: **March 27, 2024**
Owner's name: **GBFR DEERHAVEN LLC**
_____
_____
_____

Residents *(list all residents)*:

**Felix Wyley Wyley, Quejzia McPherson**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises, and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

### 3. DEFINITION OF SMOKING.
Smoking refers to any use or possession of a cigar, cigarette, e-cigarette, hookah, vaporizer, or pipe containing tobacco or a tobacco product while that tobacco or tobacco product is burning, lighted, vaporized, or ignited, regardless of whether the person using or possessing the product is inhaling or exhaling the smoke from such product. The term tobacco includes, but is not limited to any form, compound, or synthesis of the plant of the genus Nicotiana or the species N. tabacum which is cultivated for its leaves to be used in cigarettes, cigars, e-cigarettes, hookahs, vaporizers, or pipes. Smoking also refers to use or possession of burning, lighted, vaporized, or ignited non-tobacco products if they are noxious, offensive, unsafe, unhealthy, or irritating to other persons.

### 4. SMOKING ANYWHERE INSIDE BUILDINGS OF THE APARTMENT COMMUNITY IS STRICTLY PROHIBITED.
All forms and use of burning, lighted, vaporized, or ignited tobacco products and smoking of tobacco products inside any dwelling, building, or interior of any portion of the apartment community is strictly prohibited. Any violation of the no-smoking policy is a material and substantial violation of this Addendum and the Lease Contract.

The prohibition on use of any burning, lighted, vaporized, or ignited tobacco products or smoking of any tobacco products extends to all residents, their occupants, guests, invitees and all others who are present on or in any portion of the apartment community. The no-smoking policy and rules extend to, but are not limited to, the management and leasing offices, building interiors and hallways, building common areas, dwellings, club house, exercise or spa facility, tennis courts, all interior areas of the apartment community, commercial shops, businesses, and spaces, work areas, and all other spaces whether in the interior of the apartment community or in the enclosed spaces on the surrounding community grounds.

Smoking of non-tobacco products which are harmful to the health, safety, and welfare of other residents inside any dwelling or building is also prohibited by this Addendum and other provisions of the Lease Contract.

### 5. SMOKING OUTSIDE BUILDINGS OF THE APARTMENT COMMUNITY.
Smoking is permitted only in specially designated areas outside the buildings of the apartment community. Smoking must be at least _____ feet from the buildings in the apartment community, including administrative office buildings. If the previous field is not completed, smoking is only permitted at least 25 feet from the buildings in the apartment community, including administrative office buildings. The smoking-permissible areas are marked by signage.

Smoking on balconies, patios, and limited common areas attached to or outside of your dwelling ☐ is ☒ is not permitted.

The following outside areas of the community may be used for smoking: _____
_____
_____

Even though smoking may be permitted in certain limited outside areas, we reserve the right to direct that you and your occupants, family, guests, and invitees cease and desist from smoking in those areas if smoke is entering the dwellings or buildings or if it is interfering with the health, safety, or welfare or disturbing the quiet enjoyment, or business operations of us, other residents, or guests.

### 6. YOUR RESPONSIBILITY FOR DAMAGES AND CLEANING.
You are responsible for payment of all costs and damages to your dwelling, other residents' dwellings, or any other portion of the apartment community for repair, replacement, or cleaning due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees, regardless of whether such use was a violation of this Addendum. Any costs or damages we incur related to repairs, replacement, and cleaning due to your smoking or due to your violation of the no-smoking provisions of the Lease Contract are in excess of normal wear and tear. Smoke related damage, including but not limited to, the smell of tobacco smoke which permeates sheetrock, carpeting, wood, insulation, or other components of the dwelling or building is in excess of normal wear and tear in our smoke free apartment community.

### 7. YOUR RESPONSIBILITY FOR LOSS OF RENTAL INCOME AND ECONOMIC DAMAGES REGARDING OTHER RESIDENTS.
You are responsible for payment of all lost rental income or other economic and financial damages or loss to us due to smoking or smoke related damage caused by you or your occupants, family, guests, or invitees which results in or causes other residents to vacate their dwellings, results in disruption of other residents' quiet enjoyment, or adversely affects other residents' or occupants' health, safety, or welfare.

### 8. LEASE CONTRACT TERMINATION FOR VIOLATION OF THIS ADDENDUM.
We have the right to terminate your Lease Contract or right of occupancy of the dwelling for any violation of this No-Smoking Addendum. Violation of the no-smoking provisions is a material and substantial default or violation of the Lease Contract. Despite the termination of the Lease Contract or your occupancy, you will remain liable for rent through the end of the Lease Contract term or the date on which the dwelling is re-rented to a new occupant, whichever comes first. Therefore, you may be responsible for payment of rent after you vacate the leased premises even though you are no longer living in the dwelling.

© 2019, National Apartment Association, Inc. · 6/2019, Georgia

Page 1 of 2

*Felix Wyley Wyley*     *Quejzia McPherson*     *Tameka Gay*

**9. EXTENT OF YOUR LIABILITY FOR LOSSES FROM SMOKING.** Your responsibility for damages, cleaning, loss of rental income, and loss of other economic damages under this No-Smoking Addendum are in addition to, and not in lieu of, your responsibility for any other damages or loss under the Lease Contract or any other addendum.

**10. YOUR RESPONSIBILITY FOR CONDUCT OF OCCUPANTS, FAMILY MEMBERS, AND GUESTS.** You are responsible for communicating this community's no-smoking policy and for ensuring compliance with this Addendum by your occupants, family, guests, and invitees.

**11. THERE IS NO WARRANTY OF A SMOKE FREE ENVIRONMENT.** Although we prohibit smoking in all interior parts of the apartment community, there is no warranty or guaranty of any kind that your dwelling or the apartment community is smoke free. Smoking in certain limited outside areas is allowed as provided above. Enforcement of our no-smoking policy is a joint responsibility which requires your cooperation in reporting incidents or suspected violations of smoking. You must report violations of our no-smoking policy before we are obligated to investigate and act, and you must thereafter cooperate with us in prosecution of such violations.

This is an important and binding legal document. By signing this Addendum you are agreeing to follow our no-smoking policy and you are acknowledging that a violation could lead to termination of your Lease Contract or right to continue living in the dwelling. If you or someone in your household is a smoker, you should carefully consider whether you will be able to abide by the terms of this Addendum.

**SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

---

**Resident or Residents**
*(All residents must sign here)*

**Owner or Owner's Representative**
*(Signs here)*

© 2019, National Apartment Association, Inc. - 6/2019, Georgia

35  *Felix Wyley Wyley*    55  *Queizia McPherson*    135  *Tameka Gay*

**CONSTRUCTION ADDENDUM**

**NAA** NATIONAL APARTMENT ASSOCIATION

**1. DWELLING UNIT DESCRIPTION.**
Unit No. _____46_____, _12073_____
**Crosswicks Road**
_____ (street address) in
_____Union City_____
(city), Georgia, ____30291____ (zip code).

**2. LEASE CONTRACT DESCRIPTION.**
Lease Contract Date: **March 27, 2024**_____
Owner's name: **GBFR DEERHAVEN LLC**_____

Residents (list all residents):
**Felix Wyley Wyley, Quejzia McPherson**____

This Addendum constitutes an Addendum to the above described Lease Contract for the above described premises and is hereby incorporated into and made a part of such Lease Contract. Where the terms or conditions found in this Addendum vary or contradict any terms or conditions found in the Lease Contract, this Addendum shall control.

**3. PURPOSE OF ADDENDUM.** By signing this Addendum, Resident acknowledges that existing, on-going, or future construction on the property may affect your use, view, and enjoyment of such property.

**4. RESIDENT ACKNOWLEDGMENT OF CONSTRUCTION ON PROPERTY.** Resident acknowledges that the property, including its common areas and apartments, may currently or in the future, be under repair, renovation, improvement, or construction. Owner does not guarantee that the repair, renovation, improvement, or construction will be completed on a set date or time and therefore, is not under any obligation to have said repair, renovation, improvement, or construction completed by a set date or time. Resident also acknowledges that the repair, renovation, improvement, or construction does not represent a breach of Owner's obligations under the Lease Contract.

**5. USE OF AMENITIES AND SERVICES.** Repair, renovation, improvement, or construction at the property may create conditions where Resident's use of the property's amenities and services may be limited or not available.

**6. NOISE AND OTHER DISTURBANCES.** Repair, renovation, improvement, or construction at or near the property may create noise or other disturbances, and the property itself, or portions thereof, may be unfinished for some time with respect to landscaping, building exteriors, interiors, amenities, walkways, lighting and the like. Resident acknowledges that these conditions may create inconveniences that may be beyond the control of the Owner. Resident agrees that despite these inconveniences, the obligations of the Resident, including payment of rent, as set forth in the Lease Contract will still be in effect.

**7. RELEASE OF LIABILITY.** To the extent allowed by state law or local ordinance, by signing this Addendum, Resident agrees to waive all claims related to Resident's inability to access, use, and enjoy the amenities, services, and facilities affected by existing, on-going, or future repair, renovation, improvement, or construction on the property.

The existing, on-going, or future construction at the property includes:

Title/Description: _____
_____
Anticipated Start Date: _____
Anticipated End Date: _____

To the extent allowed by state law or local ordinance, Resident further agrees that any inconvenience associated with the repair, renovation, improvement, or construction, such as, but not limited to, those disclosed herein, will not be deemed to give Resident any offset to rent obligations, or other compensation, nor will they be the basis for a complaint(s) or defense(s) against Owner for rent relief, constructive eviction, fitness and habitability, peaceful and quiet enjoyment, nuisance, or any other claim, right or remedy.

**8. DELAY OF OCCUPANCY.** Resident acknowledges that occupancy of the apartment may be delayed due to repair, renovation, improvement, or construction of the property, including common areas and apartments. Such repair, renovation, improvement, or construction may cause unforeseen delays due to scheduling conflicts, delay in permit issuance, acts of God, and other things beyond the control of Owner. The Lease Contract will remain in effect subject to: (1) the start date of the term of the lease contract shall be changed to the first day that Owner provides Resident the apartment for occupancy, and rent shall be abated until occupancy is provided; and (2) your right to terminate as set forth in your Lease Contract under DELAY OF OCCUPANCY, and in accordance with applicable state law or local ordinance.

Resident hereby knowingly and voluntarily accepts the risks of delays and the apartment not being ready for occupancy on the date set forth in the Lease Contract. Resident agrees that Owner's failure to have the apartment ready on the set date in the Lease Contract due to a repair, renovation, improvement, or construction delay does not constitute a willful failure to deliver possession of the apartment. Resident hereby waives and relinquishes any rights, claims, or causes of action against Owner related to delays in delivering the apartment, including, but not limited to, any holdover rent, or other penalties imposed at Resident's current place of residence, provided however, that Owner agrees that rent will not commence under the Lease Contract until possession is delivered to Resident.

**9. DISPLACEMENT.** In the event Resident must be displaced from the apartment that is the subject of the Lease Contract due to repair, renovation, improvement, or construction in or around the apartment, Owner, at Owner's sole option, shall transfer Resident to another apartment within the apartment community that is not affected by the repair, renovation, improvement, or construction or shall provide appropriate comparable accommodations for Resident. However, in the event of Resident's displacement and subsequent re-location, the terms of the Lease Contract, including but not limited to the payment of rent shall remain in full force and effect.

**10. SEVERABILITY.** If any provision of this Lease Contract is invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease contract and provisions herein in a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

© 2019, National Apartment Association, Inc. - 2/2019, Georgia

36 *Felix Wyley Wyley*    56 *Quejzia McPherson*    136 *Tameka Gay*

**11. SPECIAL PROVISIONS.** The following special provisions control over conflicting provisions of this printed form:

Resident agrees not to enter restricted or
construction areas and will observe and
comply with all signage, to ensure no
entry will be made into any area by
Resident identified as restricted or a
construction area. Resident understands
and agrees that entering restricted or
construction areas, Resident is assuming
the risk of all liability and Resident may
not pursue any claim against Owner. Entry
into restricted or construction areas
shall be a material breach of the lease
and subject Resident to immediate
termination of the lease and Resident
vacating the premises. Owner may at its
election, terminate the lease for entry
into any area deemed restricted or a
construction area at Owner's sole
discretion.

**Resident or Residents**
*(All residents must sign)*

**Owner or Owner's Representative**
*(signs below)*

**Date of Signing Addendum**

*Felix Wyley Wyley*        *Quejzia McPherson*        *Tameka Gay*

# Community Policies/Master Lease Addendum

## 1. Preface

This Master Lease Addendum contains community rules, regulations, and/or policies that are incorporated into and part of your Lease Contract. They apply to you and your occupants, guests, and invitees. Use of "we", "us", and "our" in this Addendum refers collectively to the owner of the community and the owner's authorized agents/representatives. Violation of any provision of this Addendum may result in termination of your right of possession and/or your Lease Contract. The community rules, regulations, and/or policies in this Addendum may be added to, amended or repealed at any time in accordance with your Lease Contract. This Addendum is intended to supplement your Lease Contract. To the extent there is any inconsistency between this Addendum and the Lease Contract, the provisions of the Lease Contract control.

## 2. No Reliance on Security Devices or Measures

You acknowledge that cameras may be installed at some or all of the gates and in various common areas throughout the community. If cameras are installed, these areas may be recorded. Cameras, if installed, are for the sole purpose of protecting our real and personal property. Such cameras are not intended to protect, monitor, provide security for, or give a sense of security to you or any occupant or guest. You acknowledge that, given the limited purpose for which cameras may be installed or used, we have no obligation to cause such cameras to be monitored. We have no obligation to preserve or make available the contents of any recordings to you or others.

## 3. Entry Devices

In the event your community requires an entry device, the following policies apply.
a) **Access Card, Remote or Key Fob:** You and each occupant if you request, will receive one controlled access device of our choice. Additional devices may be available for an additional charge of $_____.
b) **Damaged, Lost or Unreturned Cards, Remotes, or Fobs:** If a controlled access device is lost, misplaced, stolen damaged, or not returned at termination of this Agreement, a fee of $____50.00____ will be charged for each device replacement.
c) **Duplicate, Lost or Unreturned Keys:** A charge of $____50.00____ will be owed for each duplicate, lost or unreturned key.
d) **Re-keying Lock:** If you wish to have your apartment home, storage, mailbox, and/or garage lock(s) re-keyed because you have lost your key or for any other reason you agree to pay a re-keying fee of $____50.00____ which is due prior to changing your locks.
e) **After Hours Lock Outs:** After office hours, you must contact and pay for a locksmith if you have locked yourself out.
f) **Lock Outs During Office Hours:** If you are locked out of your apartment home during business hours, contact us. A picture I.D. may be required to gain access to your apartment home.

## 4. Patios / Balconies / Private Yards

In the event your community has patios, balconies, or private yards, the following policies apply.

**Items Prohibited**

| | | |
|---|---|---|
| Combustible Materials | Flags | Furniture designed for Indoor Use |
| Firewood | Charcoal & Gas Grills | Bicycles hung from ceilings or walls |
| Unsightly or Heavy Items | Propane Tanks | Laundry |
| Motorcycles | Automobile Tires, Parts, Equipment | Signs |

a) **Resident Responsible for Private Yard:** In the event your apartment home has a private yard and you are responsible for maintenance of the yard, maintenance will include, but not be limited to, mowing, edging, shrub trimming, watering, debris removal, weeding, etc. You agree to maintain the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, etc.). If your private yard is not maintained to the community standards, we have the right to maintain it and charge our actual cost each time maintenance is required. Upon move-out, we can deduct any amounts owed for damage to the private yard which exceed ordinary wear and tear from the security deposit as allowable under the Lease Contract.
b) **Community Landscaper Utilized for Private Yard:** In the event your apartment home has a private yard and your community landscaper maintains the private yard, there may be an additional monthly fee of $_____ required. You are still responsible for maintaining the landscaping in a healthy condition (free of weeds, holes, fungus/parasites, pet feces, trash, debris and consistent color in sod, regular watering, etc.). You agree to provide access so that routine yard management maintenance can occur. If your private yard is not maintained to the community standards, we have the right to maintain it and charge our actual cost each time maintenance is required. Upon move-out, we can deduct any amounts owed for damage to the private yard which exceed ordinary wear and tear from the security deposit paid as allowable under the Lease Contract.

## 5. Gardens

In the event your community has a garden for the enjoyment of all residents, the following policies apply.
a) Unless otherwise posted, the hours are from dawn to dusk.
b) Use at your own risk. In case of emergency, call 911.
c) You agree to plant the garden plot within two weeks of being assigned a designated area.
d) You agree to maintain the designated plot and to keep plants within the assigned/designated area.
e) We encourage an organic gardening program. Use of pesticides, herbicides, and insecticides made from synthetic materials as well as use of chemical fertilizers are not advisable. Slug bait is permitted only when used in enclosed containers, which must be removed from the site after use. Use of raw human and/or animal waste is not allowed due to environmental and health concerns. Fully composted manures, such as steer and chicken manure, are allowed.
f) No illegal plants may be grown, including but not limited to any plant listed by the state agencies and weed control board as noxious weeds.
g) Only water your assigned garden plot.
h) Maintain healthy plants and remove dead plants in a timely manner (not to exceed one week duration).
i) Materials other than plants are prohibited, except items that assist in growth.
j) All tools provided by us must remain in designated areas. We are not responsible for injuries due to the use of tools. If you need any additional tools, they are your responsibility.
k) Debris after planting, any remaining soil, fertilizer, etc. must be swept immediately.
l) Garden plots will expire with your lease, and may be renewed at the time of lease renewal. If you decide not to renew usage, the plot must be cleaned out and left in the original condition. Renewal is not guaranteed.
m) We are not responsible for lost, stolen, or damaged plants or other items.
n) Please be respectful of the neighbors who live around the gardens. No smoking, noise disturbances, or horseplay is allowed.
o) Animals are not allowed in the garden plot areas, except assistance animals.

## 6. Inside or Near the Apartment Home

**6.1 Windows and Doors:** Any window treatment installed by you shall present a uniform appearance with the exterior of the building. The use of foil and other similar materials, on windows is strictly prohibited. You will not obstruct any windows or doors.

**6.2 Welcome Mats and Heavy Items:** You may place a welcome mat in front of your entry door subject to our approval. Rugs or carpet remnants are not permitted. You shall not place any unusually heavy objects on the floor of the Premises, such as pool tables, waterbeds, etc. without our prior written permission. You will not obstruct any doorways, stairs, entry passages, breezeways, courtyards, or halls of the community.

**6.3 Soliciting:** Soliciting is not permitted in the community. Unless allowed by law or following our prior written permission, you shall not distribute, post, or hang any signs, flyers, advertisements, or notices in any portion of the community.

 *38* Felix Wyley Wyley     *88* Queizia McPherson     *138* Tameka Gay

**6.4 Fireplace:** In the event your apartment home has a fireplace, you agree to use the fireplace for the intended purpose and at your own risk. Never use flammable liquids to start fires and never burn anything other than seasoned firewood. Clean your hearth of any flammable materials. Do not attempt to clean the inside of the chimney. Report maintenance needs to us immediately. Use a mesh screen and leave glass doors open when burning fires. If applicable, open the flue/damper before lighting a fire. Close the flue/damper only when the fire is completely out, the smoke has ceased to rise, and the wood is cool. Never leave a fire unattended. Put all fires out completely before going to bed or leaving the apartment home.

**6.5 Furniture, Televisions, Appliances:** In the event your apartment home has furniture, televisions, and/or appliances included, you agree to maintain them in a clean condition, reasonable wear and tear excepted. Removal of these items is not allowed. Upon move-out, these items must be placed in the same location they were upon move-in. You will pay the cost to repair, replace, or clean the furniture, televisions, and/or appliances.

**6.6 Wires and Personal Items Outside the Home:** No radio, television other wires are permitted on any part of the apartment home. You shall not store personal items in the outside walkways, breezeways or under stairs.

## 7. Odors

You, your occupants, guests, and invitees acknowledge that we cannot prevent odors in and around your apartment home and community.

**7.1 Resident Responsibilities:** If you create odors, you shall provide proper ventilation so you do not disturb or cause inconvenience to others.

**7.2 Removal of Odors:** If the carpet, walls, A/C ducts, or other items in the apartment home retain odors due to your use or surrounding residents complain about the odors, you will be responsible for the cost for removing unwanted smells and odors.

## 8. Parking and Vehicles

In the event your community has parking for residents, the following policies apply. Guests must park in guest parking only.
  a) **Speed Limit:** Unless otherwise posted, the speed limit is ten (10) miles per hour.
  b) **Posted Signs:** You are responsible for following all posted signs including height restrictions, mounted mirrors, and traffic control devices.
  c) **Unassigned Parking:** In the event parking at your community is unassigned, you can park on a first-come, first-serve basis, except in designated areas. Parking spaces are not guaranteed.
  d) **Assigned Parking:** In the event parking at your community is assigned, you must park only in your assigned space.
  e) **Limitation of Vehicles:** We will advise you if your community has a limitation on the number of vehicles allowed.
  f) **Restricted Vehicles:** Unless specifically allowed in designated areas, including carports and/or garages, the following are not allowed: campers, trailers, boats, buses, large trucks, commercial vehicles, mobile homes, trailers, recreational vehicles and equipment. Violators will be towed away without notice at the vehicle/equipment owner's expense.
  g) **No Vehicle Repairs:** Automobile repair work is not allowed on the community. Washing vehicles is not allowed unless there is a designated car care facility.
  h) **Vehicle Insurance:** All vehicles will be parked at your own or the vehicle's owner's risk, and you will maintain proper insurance on your vehicles.
  i) **No Loitering or Recreational Activities:** You, your occupants, guests, and invitees may not engage in the following activities in parking areas: loitering (standing or waiting around), recreational activities, or disrupting the flow of traffic.
  j) Improperly parked, non-operable, abandoned, or unauthorized vehicles or equipment are not permitted in the community and may be removed by us at your expense or the expense of any other person owning same, for storage or public or private sale, at our option with no right of recourse against us. The definition of improperly parked, non-operable, abandoned, or unauthorized vehicles or equipment shall be liberally construed in our favor. In addition, but not limited to their generally accepted definitions, "improperly parked", "non-operable", "abandoned", and "unauthorized" shall also mean vehicles or equipment which: (1) Are noxious, offensive, unsightly, unpleasant or unkempt such as could reasonably affect the appearance or rental marketability of the community or such as could reasonably cause embarrassment, discomfort, annoyance, or nuisance to us or other residents; (2) Are not displaying any required hangtag, decal, or other identifier provided by us; (3) Are left unattended for a period of not less than thirty (30) days without anyone having claimed ownership of it.

## 9. Parking Tags/Stickers

In the event your community requires parking tags/stickers, the parking tag/sticker must be visibly displayed either on the rear-view mirror or taped next to the vehicle registration. We are not responsible for damage to tint or glass due to the sticker. The vehicle can be towed without notice at the vehicle owner's expense in accordance with state law.
  a) You agree to advise your guests and invitees to park in the designated guest parking spaces only.
  b) If your sticker/tag is lost, stolen, damaged, or not returned upon move-out, a replacement fee of $_____ will be assessed to your account.

## 10. Animals

**10.1 Assistance Animals:** Assistance animals required pursuant to a disability-related need are welcome. Assistance animals must be disclosed to and approved by us. The appropriate reasonable accommodation process will apply.

**10.2 Pet Policies:** No animals of any kind are permitted in your apartment or the community without our prior written consent. In the event your community allows pets, the following policies apply.
  a) **No More Than Two Pets:** A maximum of two pets per apartment home is permitted.
  b) **Weight Limits:** Pets shall not exceed your community's weight limit.
  c) **Restricted Breeds and Prohibited Dogs:** The following breeds are not permitted on the community: Rottweiler, Doberman Pinscher, Pit Bull Terrier/Staffordshire Terrier, Chow, Presa Canarios, Akita, Alaskan Malamutes, Chow-Hybrid, or any mix thereof. Specific communities may have additional breed restrictions. In addition, we prohibit any dog with a history of biting, injuring any person or animal, or damaging property.
  d) **Determination of Breed:** Regardless of your representation as to the breed or classification of any animal, you agree that we shall make the final determination as to the breed or classification of your pet or animal in our sole and absolute discretion. Restricted Breeds shall have the broadest possible meaning, and includes, but is not limited to, any animal displaying physical traits or characteristics of any restricted breed animal, whether by observation or by standards established by the American Kennel Club, or other applicable association, or defined by any law, statute, or ordinance. If applicable, a canine DNA test may be requested at your expense.
  e) **Cats:** Cats must be spayed or neutered.
  f) **Animals Not Allowed in Amenities:** Animals, except Assistance Animals, are not permitted in the pool, pool area, or community amenity areas such as the business and fitness centers. No animals will be allowed in the pool or spa water.
  g) **No Staking Animals:** Animals may not be tied to any fixed object anywhere outside the dwelling units, except in fenced yards (if any) for your exclusive use.
  h) **Aquariums:** Aquariums up to 20 gallons are allowed without a pet deposit or fee. Aquariums over 20 gallons may require a pet deposit or fee in addition to proof of renter's insurance.
  i) **Secure Animals During Service Requests:** Remove animals or place them in a room behind a closed door or kennel/crate with notification to us.

## 11. Trash Removal and Disposal

  a) **Curbside Pick Up:** In the event your community offers curbside trash pick-up, contact us for the scheduled days and times of pick-up. You agree not to leave any trash out on days that are not scheduled for pick-up. We reserve the right to remove curbside trash pick-up service upon written notice to you of the change.
  b) **No Curbside Pick Up:** In the event your community does not offer curbside trash pick-up, you shall dispose of your bagged and tied trash inside the compactor/dumpster facility as instructed by us or by the sign near the compactor/dumpster.
  c) **Trash Chutes:** In the event your community has trash chutes, contact us for the scheduled hours of operation. Securely tied, kitchen-sized bags are required. No loose items can be put in the trash chute. Do not use the chute for recycling. No boxes or large trash can be placed in the chutes. Contact us for details or questions regarding the use of the trash chutes.
  d) **Recycling:** In the event recycling is offered at your community, you are responsible for complying with all recycling regulations.
  e) **Potential Charges:** You may be charged $25 per bag for any trash left outside your apartment home or in breezeways. Please contact us if you require further instruction regarding proper disposal of garbage with the compactors, dumpsters, or chutes.

 *Felix Wyley Wyley*     *Queizia McPherson*     *Tameka Gay*

f) **No Litter:** Do not leave cigarette butts or other trash near or around patios/balconies, under windows, or near entry doors. We reserve the right to assess a line of $25 per incident.
g) **No Furniture as Trash:** No furniture may be left for trash removal.
h) **Dumpster Use for Residents Only:** Only you and your occupants are permitted to use the dumpster/compactor.
i) **No Dumpster Diving:** Do not retrieve items from the dumpster. Digging or scavenging is prohibited.
j) **General:** Please break down empty boxes. Keep the area clean and litter free. If applicable, close the lid after use.
k) **No Parking in Front of Dumpster:** Parking in front of the dumpster/compactor is not allowed.
l) **Prohibited Items:** You understand that you cannot place the following items in or around the trash dumpster or compactor: propane tanks, flammable or toxic materials, furniture, bedding, appliances, auto batteries, tires, and oil/petroleum products.

## 12. Pest Control

**12.1 Extermination:** Unless prohibited by statute or otherwise stated in your Lease Contract, we may have extermination operations conducted in the apartment home several times a year and as needed to prevent insect infestation. If pest control services are provided, you shall pay the amount of $_____ on or before the first day of each month to reimburse us for extermination services to the apartment home. You shall pay such fee in the same time and manner as you pay rent pursuant to your Lease Contract. You must request in writing extermination treatments in addition to those regularly provided by us.

**12.2 Preparations for Extermination:** If the apartment home is not prepared for a scheduled treatment date, we will reschedule treatment at your expense. You agree to perform the tasks necessary to prepare the apartment home for extermination, including:
a) removing people sensitive to the extermination treatment from the apartment home;
b) removing animals or placing them in bedrooms with notification to us;
c) removing animal food bowls;
d) removing all food, utensils, glasses, and dishes and food containers from countertops and floors;
e) removing chain locks or other obstructions on the day of service;
f) removing contents from shelves, cabinets, and floors where pests have been seen;
g) cleaning all cabinets, drawers, and closets in kitchen and pantry; and
h) refraining from wiping out cabinets after the treatment.

**12.3 Notify Us of Health Issues:** You are solely responsible for notifying us in writing prior to extermination of any anticipated health or other concerns related to extermination and the use of pesticides.

**12.4 Your Responsibilities:** To reduce the possibility of pests, you shall: (a) store all food in sealed containers; (b) not leave food or dirty dishes out; (c) empty all cans and bottles and rinse them with water; (d) immediately dispose of unused paper grocery sacks; (e) sweep and mop the kitchen regularly; (vi) vacuum carpets frequently to remove crumbs and other food particles; (f) remove trash immediately; (g) not put wet garbage in the trash; (h) use the garbage disposal if available; (i) not leave windows or doors open allowing pests to enter; and (j) comply with any instructions/protocol from the extermination company.

## 13. Packages / Deliveries

In the event your community accepts packages for residents we do so in our sole discretion and the following policies apply:
a) We will only accept packages from a commercial delivery service (UPS, Federal Express, etc.) and United States Postal Service. We will not accept any package shipped COD or having postage due.
b) In the event your community offers a package locker system, couriers will make all deliveries exclusively through the locker system. Refer to your community for the locker location name to be placed on address delivery label(s), which will instruct couriers of proper delivery.
c) We will not be responsible or liable for any lost or stolen deliveries which we sign for or accept. While your deliveries are in our possession, both during and after office hours, your deliveries are not secured.
d) Pick up your deliveries within 48 hours. If you do not pick up your delivery within 48 hours, we reserve the right to return to sender.
e) Occasionally the number of deliveries may become too great or too cumbersome; therefore, we reserve the right at all times to refuse deliveries.
f) We have no obligation to contact you when accepting packages. This is your and the deliverer's responsibility.
g) Deliveries or service requiring entrance into your apartment home by anyone other than us will be allowed only with your prior written permission.
h) We are not responsible for articles or parcels left at your door or in the office by delivery services.
i) We will not be available after hours to allow you access to your deliveries. You must pick up your packages during regular office hours.
j) You shall not have perishable goods delivered to the office unless your community has approved such delivery in advance or offers refrigerated lockers.
k) We may not accept packages that are over 25 pounds or larger than 2'x2'x2'.
l) You may be required to present a photo ID and/or signature when picking up a package.

## 14. Maintenance Emergencies

Service requests will be handled after office hours if they are emergencies. We define emergencies as the following:
a) Electrical or gas failure of any nature
b) Broken or non-working exterior doors, locks, windows
c) Malfunctioning access gates that are locked and will not open
d) No heat (when outside temperature is below 60 degrees)
e) No air conditioning (when outside temperature is above 85 degrees)
f) No water
g) Overflowing toilet
h) Flooding
i) Broken pipes
j) Fire (call 911 immediately)
k) After business hours, emergency service requests can be reported by calling the office. The on-duty service technician will be notified and will respond as quickly as possible.

## 15. Apartment Home Transfers

When transferring to another apartment home within the community:
a) You shall not replace or transfer your interest in the Lease Contract, or any part hereof, without our prior written consent. If you are in violation of the Lease Contract, you will not be approved for a transfer.
b) You must sign a Transfer form.
c) The criteria for qualifications of credit, income and employment, residence, and criminal must be met for residents that transfer within the lease term or at the end of the lease term.
d) You must fulfill at least 3 months of your current lease term before you will be eligible to transfer to a new apartment home.
e) If applicable, a transfer fee must be paid prior to transferring. A new security deposit may be required to secure the new apartment home. In addition, market rent, new pet deposit/fees (if applicable) and other applicable fees must be paid.
f) You are required to provide a written move-out notice according to your Lease Contract from the current apartment home. The vacated apartment home must be left in the condition described in the move-out cleaning instructions. We will inspect the apartment home and forward statements and deposit refunds to your new address.
g) If you cancel the transfer after the new apartment home has been assigned and taken off the market, you will be responsible for any economic loss sustained resulting from your failure to rent the new apartment home.
h) You shall be responsible for all moving costs including those associated with switching utilities and services to the new apartment home if a transfer is approved.

 *Felix Wyley Wyley*     *Quejzia McPherson*     *Tameka Gay*

## 16. Amenities / Facilities

| | | | | |
|---|---|---|---|---|
| Swimming Pool | BBQ Grill/Fire Pit | Spa or Hot Tub | Club Room | Dog Park/Spa |
| Sports Court | Car Cleaning Facility | Game Room/Theater | Laundry Room | |
| Tanning Facilities | Sauna | Business Center | Fitness Facilities | |
| Video Library | Nature/Hiking Trail | Playground | Roof Top Deck | |

In the event that your community hosts any of the above or other amenities, the following apply:

- In an emergency, call 911
- Attendants are not provided
- Use amenities at your own risk
- Comply with posted signs
- Use equipment in the manner it is intended
- Do not destroy any equipment/amenity
- Report any equipment needing repair or vandalism
- Do not remove any equipment
- Wear appropriate attire
- Be mindful of others when using amenities and limit time as necessary
- Only two guests are allowed and must be accompanied by you
- We are not responsible for accidents, injuries, or lost, stolen, damaged, or misplaced items
- You agree to hold us harmless from any and all claims, damages, or expenses related to the use of amenities

## 17. Amenity / Facility Safety-Related Restrictions

**17.1 Safety-Related Restrictions:** Our community contains amenities/facilities that are intended to enhance the living experience for you and your occupants. You agree that, for safety-related reasons, certain amenities/facilities may require restrictions on use. You agree to abide by posted signs. You further agree that you, your occupants or guests will be supervised, as needed, by someone possessing the proper skills to supervise the particular activity at the amenities/facilities.

**17.2 Residents Shall Exercise Their Own Prudent Judgment:** You, occupants and guests are advised to exercise their own prudent judgment with respect to the unsupervised use of the facilities located throughout the community. By establishing safety-related use restrictions, we are not in any manner representing, guaranteeing or ensuring the safety of any persons when participating in the activities or using the facilities of the community with or without supervision.

## 18. Swimming Pool and Spa / Hot Tub

In the event your community has a pool and/or hot tub for the enjoyment of all residents, the following policies apply. Please follow posted signage.
a) We do not provide, at any time, safety or supervisory personnel at the pools, hot tubs, spas, or any other common area. LIFEGUARDS ARE NOT PROVIDED. SWIM AT YOUR OWN RISK. FOR YOUR SAFETY, DO NOT SWIM ALONE.
b) No diving. Diving may result in injury or death.
c) We cannot and do not assure, guarantee or warrant your safety.
d) Assistance animals are allowed in the pool area if necessary due to a disability-related need; however, no animals will be allowed in the pool or spa water.
e) We are not responsible for accidents, injuries, or lost, stolen, damaged or misplaced items.
f) No jumping into the pool from balconies, patios, fountains, or other structures near the pool.
g) Keep gates closed at all times.
h) Respect others by covering pool furniture with a towel. Do not remove pool furniture from pool areas. Dispose of trash properly.
i) Overexposure to hot water may cause dizziness, nausea, and fainting. Hot water exposure limitations vary from person to person.
j) Check the hot tub temperature before entering the hot tub. Do not use the hot tub if the temperature is above 104 degrees. Do not operate the hot tub if the suction outlet cover is missing, broken, or loose.
k) Do not place electrical appliances (telephone, radio, TV, etc.) within five feet of the pool or hot tub.
l) Appropriate swimwear is required at all times as determined by us. Diapers are not allowed unless they are swim diapers.
m) You are limited to 2 guests to any pool/hot tub area, and you must accompany your guests at all times.

## 19. Sports Courts (Tennis, Volleyball, Basketball, etc.)

In the event your community has sports courts (tennis, volleyball, basketball, etc.) for the enjoyment of all residents, the following policies apply.
a) Motorcycles, bicycles, tricycles, roller blades, skateboards and skates are not permitted on the court surface.
b) Do not sit or lean on the net. Do not hang from or climb on the goal or nets.
c) Proper athletic shoes with rubber soles are required.

## 20. Club Room / Game Room / Theater

In the event that your community provides a club room, game room, and/or theater for the enjoyment of all residents, the following policies apply.
a) No wet clothing permitted.
b) Clubroom hours are determined by us.
c) All items must be returned, in the condition in which they were received prior to leaving.
d) Use the facility at your own risk. Use the equipment only in the manner intended by manufacturer.
e) Do not remove or damage equipment and supplies.

## 21. Tanning Bed, Tanning Dome, or Spray Tan Booth

In the event a tanning device(s) is provided for the enjoyment of all residents, the following policies apply:
a) Failure to use the eye protection may result in permanent damage to your eyes.
b) Overexposure to ultraviolet light (whether from natural or artificial sources) causes burns.
c) Repeated exposure to ultraviolet light (whether from natural or artificial sources) may result in premature aging of the skin and skin cancer.
d) Abnormal skin sensitivity or burning may be caused by reactions of ultraviolet light to certain food, cosmetics, and medications.

## 22. Video / DVD Library

In the event your community provides a video/DVD library, the following policies apply.
a) You acknowledge and agree to be fully responsible for any and all videos/DVDs borrowed by self or other occupants while using the video services provided.
b) All videos/DVDs must be returned in good working condition (except reasonable wear and tear) within 48 hours.
c) We are not responsible for persons borrowing videos/DVDs that may not be suitable for themselves or others.
d) We may charge your account the total amount owed including late charges and/or market value of all items not returned in good working condition.

## 23. Business / Computer Center

In the event your community has a business center for the enjoyment of all residents, the following policies apply:
a) The center is for use by you and occupants only.
b) We are not responsible for lost, stolen or damaged items, content viewed, viruses or loss of information.

*Felix Wyley Wyley*     *Quejzia McPherson*     *Tameka Gay*

c) Smoking, food and drinks are prohibited.
d) Please be considerate of others. Limit computer use to 30 minutes when others are waiting.
e) You must provide their own document/data storage. Do not install or download any program, file or software on the business center equipment. Data created, stored or saved on the business center equipment will not be private, may be used by us for any purpose and will likely be deleted. *Incoming faxes are prohibited.*
f) We reserve the right to monitor, intercept, review, and erase, without further notice, all content created on, transmitted to, received or printed from, or stored or recorded on the courtesy devices.
g) Users should not use the courtesy device to transmit or store personal information, including user names, passwords, addresses, driver's license numbers, social security numbers, bank information, or credit card information.
h) The courtesy device and associated access to the internet may not be used to (a) violate United States, state, or foreign laws; (b) transmit or receive material that is threatening, obscene, harassing, discriminatory, defamatory, illicit, or pornographic; or (c) interfere with or disrupt network users, services, or equipment.
i) Attempts to remove equipment from the business center will engage the alarm system.
j) Users may not alter or damage existing hardware or software. Do not modify screensavers or background images on business center equipment.
k) Violation of any or all of the above stated rules may result in termination of business center use or other remedies under the lease.

## 24. Barbecue Grill / Outdoor Kitchen / Fire Pit / Fire Place

In the event your community has barbeque grills, outdoor kitchens, fire pits, or fire places for the enjoyment of all residents, the following policies apply.
a) Barbecue grill instructions may be posted at each location or are available from us. Please contact us before attempting to use these grills.
b) Keep pets and persons requiring supervision away from open flames.
c) Your community may require a deposit or fee to use the facility. Contact us for further details.
d) Never leave a fire unattended. Do not leave until the fire is completely out.
e) Keep flammable materials away from the fire.

## 25. Laundry Room

In the event your community has laundry rooms, the following policies apply.
a) Use appropriate settings on washers and dryers. Any loss or damage to clothing is not our responsibility.
b) No dying of clothes is permitted.
c) Do not wash or dry oversized items.
d) Remove lint from dryer before and after each use. Wipe down after use. Please leave machines clean.
e) Facilities are for use by you and occupants only.

## 26. Dog Park-Spa

In the event your community has a Dog Park or Spa for the enjoyment of all residents, the following policies apply.
a) Animal owners are responsible their animal's behavior, for damage or injury inflicted to or by their animal(s). Animal owners must remain with dogs in fenced area at all times.
b) You are limited to 2 animals per person in the Dog Park or Spa
c) Dogs must be leashed when entering and exiting the park and must be leashed in the transition corridor, if applicable. You must have a visible leash for each dog at all times.
d) Animals with a known history of dangerous or aggressive behavior are prohibited. Immediately leash your dog(s) and leave the Dog Park if your dog behaves aggressively.
e) Puppies under 6 months of age and female dogs in heat are not allowed in the Dog Park.

## 27. Roof Top Deck

In the event your community has a roof top deck for the enjoyment of all residents, the following policies apply.
a) You, your occupants and guests shall not walk in any areas on the roof other than the designated walkway and roof top deck itself.
b) Nothing shall be thrown or intentionally dropped over the edge of the roof. You, upon the first infraction of this policy by you, your occupants or guests, may have use privileges revoked and/or residency terminated.

## 28. Photographs, Digital Images, Video

All residents, occupants, visitors and guests, while in common areas, give Owner, management company, their employees, agents, subsidiaries and authorized vendors the right to record their image and/or voice, and grant Owner and management company all rights to use these sound, still, or moving images in any and all media, now or hereafter known, and for any purpose whatsoever.

A release to Owner, management company, their employees, agents, subsidiaries and authorized vendors is granted for all rights to exhibit this work in all media, including electronic form, publicly or privately. The rights, claims or interest controlling the use of identity or likeness in the sound, still or moving images is waived and any uses described herein may be made without compensation or consideration.

## 29. Wildlife

**29.1 Definition of Wildlife:** Wildlife can include the presence of alligators, bears, crocodiles, snakes, opossums, raccoons, or other non-domesticated animals. In the event wildlife is found on the community, you agree to the following.

**29.2 Resident Acknowledgements:** You assume the risk with respect to having wildlife near your apartment home and acknowledge that we are not liable for any injuries, damages or losses to persons or property caused by or related to the wildlife.

**29.3 Resident Responsibilities:** You will be responsible for informing occupants, guests and invitees about the wildlife and enforcing their compliance with the following:
You, your occupants and guests will not:
a) feed, get close to, or attempt to catch the wildlife;
b) swim, wade or play near the wildlife;
c) dispose of garbage of scraps near a water source, pond, lake, or other area that may contain wildlife.

## 30. Body of Water (Lake, Pond, Water Features)

You will be responsible for informing occupants, guests and invitees about the bodies of water and enforcing their compliance with the following:
No one will
a) swim or wade in any body of water that is not designated as a swimming pool;
b) boat on any body of water unless approved by us;
c) ice skate or conduct any other type of water sport in or on the bodies of water.

## 31. Elevators

In the event your community has an elevator (s) for the enjoyment of all residents, the following policies apply.
a) Do not attempt to maneuver or stop closing doors. Wait for the next elevator car.
b) In the event of a fire or other situation that could lead to a disruption in electrical services, take the stairs.
c) When entering and exiting the elevator, watch your step as the elevator car may not be perfectly level with the floor.
d) Do not climb out of a stalled elevator. Use the alarm, help, or telephone button to call for assistance.

## 32. Construction or Renovation

 *Felix Wyley Wyley*      *Quejzia McPherson*      *Tameka Gay*

In the event your community is under construction or renovation, the following policies apply:
a) **Inform Occupants and Guests:** You will be responsible for informing occupants, guests, and invitees about these policies.
b) **Stay Away from Construction Areas:** You agree to observe all warning signs and blockades. You agree to stay away from the construction areas and shall not climb on or enter onto scaffolding or other construction equipment at any time. You acknowledge there may be construction debris, trip hazards, and uneven surfaces. Construction crews may work throughout the days to complete construction.
c) **Machinery and Equipment:** You acknowledge the construction areas will have machinery and equipment to be used by authorized personnel only and entry into those areas by you, your occupants, guests or invitees is strictly prohibited.
d) **Minor Disturbances:** You acknowledges that the construction/renovation may cause noise, dust, and minor disturbances to the egress/ingress on or about the community and minor disturbances to the quiet and enjoyment of the apartment home.
e) **Amenities May Be Unavailable:** You further agree that the amenities, including the clubhouse, pool, or other common areas, may be unavailable for use by you, your occupants, guests and invitees during the period of construction.
f) **Resident Waives Right to Withhold Rent:** Except as otherwise prohibited by law, you hereby waive any right to withhold rent due to inconvenience or disturbance of quiet enjoyment of your apartment home or the inability to use the amenities or common areas or put forward such noise or construction activity as a breach of our duty pursuant to applicable law.
g) **Move-In Date Not Guaranteed Due to Construction Delays:** You acknowledge that the move-in date cannot be guaranteed in the case of unforeseen construction delays. You acknowledge that you will not be compensated for any unforeseen occupancy delays. If you terminate the Lease Contract early for any reason other than construction delays, you will be responsible for all applicable early termination charges and procedures.

## 33. Prevention of Mold

You agree not to conduct any mold or other environmental testing of your apartment without giving us at least 72 hours advance written notice to enable us to have a representative present during testing. You agree that failure to provide such notice means the testing is not admissible in any legal proceedings.

## 34. Fire/Freezing Weather/Floods/Other Emergencies

Emergency situations may occur during your residency. Please remember that you are responsible for your own safety and the safety of your occupants, guests and invitees. You should look to the proper authorities for any assistance when needs exceed your abilities. Please note the following regarding certain emergency situations.

**34.1 Fire Hazards:**
a) Follow fire safety and fire safety regulations while in the apartment home and community.
b) No flammable or combustible objects/substances are to be stored on patios, balconies, under stairwells, in your garage or storage space and should not be within 30 inches of an item which produces heat (water heater, furnace, stove, oven, candle, curling iron, etc.).
c) Items which require an open flame to operate or which produce heat (e.g., Bunsen burners, sterno/canned heat, lighted candles, alcohol burners, heating elements, irons, curling irons, halogen bulbs, stove, oven) must be supervised at all times during use and should never be left unattended.
d) Do not obstruct or use the driveways, sidewalks, entry passages, stairs, breezeways, courtyards, or halls for any purpose other than ingress or egress.
e) Fireworks are prohibited inside the apartment home or anywhere within the community.

**34.2 Fire Alarms:** In the event residents are given procedures for fire alarms, you, your occupants, guests and invitees are required to adhere to all procedures.
a) You and your occupants, guests, and invitees must not tamper with, interfere with, or damage any alarm equipment and/or installation.
b) In the event the community has a fire sprinkler system, you acknowledge and hereby agree that it is important to be careful near fire sprinkler heads so as not to falsely trigger or activate them. If you trigger or activate the fire sprinkler system, you will be responsible for all damages caused by the activation.
c) Anyone found to falsely pull a fire alarm will be subject to criminal charges, a fine, and/or a default of the Lease Contract.
d) An extension cord must be UL approved, 16 gauges, and not exceed an un-spliced length of six feet with a polarized plug and a single outlet; it may not be placed under floor coverings or furnishings and may not be secured by penetrating the insulation.

**34.3 Freezing Weather:** You shall follow these precautions when subfreezing weather occurs.
a) Leave the heat on 24 hours a day at a temperature setting of no less than 55 degrees. Keep all windows closed.
b) Leave open the cabinet doors under the kitchen sink and bathroom sink to allow heat to get to the plumbing.
c) Drip all your water faucets 24 hours a day. If severe subfreezing weather occurs, it may be necessary to run your faucets at a steady, pencil-lead stream when you are in the apartment home and when you are gone. This includes hot and cold water in your kitchen, bathroom lavatories, bathtubs, shower, wet bar sinks, etc.
d) Leave all drains open and clear of obstacles; including lavatories, sinks and bathtubs.
e) If you notice a water leak, icy spot or other hazardous condition on the community, notify us IMMEDIATELY.

**34.4 Floods:**
a) If heavy rain, storms or flooding is forecast, you should follow the guidelines below. Do not put tape on the windows unless directed by us.
b) Unplug all appliances and televisions. Do not plug appliances back in until the water completely recedes and community personnel give you permission.

## 35. Power Outage

In the event of a power outage that lasts more than 24 hours, we have the right, but not an obligation, to dispose of the contents of the refrigerator/freezer in your apartment home. You waive any claim and hold us harmless for the disposal of such contents. You agree not to seek recovery against us for interruption of power that results in disposal, loss, or spoilage of refrigerated or frozen food.

## 36. Payments

Unless otherwise allowed at your community, we only accept electronic payments. Cash, paper checks, paper money orders or other forms of payment will not be accepted. Credit and Debit Card transactions may not be allowed.

**36.1 ACH, Credit, and Debit Cards:** Automated electronic payments include ACH and Credit and Debit Card transactions. ACH refers to the nationwide network of banking institutions that have agreed to process electronic payments automatically from your bank account to our bank accounts. Virtually all banks and credit unions participate. Credit and debit card transactions refers to credit and debit card transactions, including those cards bearing the Visa, MasterCard, Discover and American Express logos. Collectively, "automated electronic payments" are paperless transactions that occur instantly and automatically without a check being hand-processed through a local bank clearinghouse or the Federal Reserve System.

**36.2 Advantages in Paying Rent via ACH:** There are advantages for you in paying your rent via automated electronic payments, including:
a) Greater convenience since you won't have to worry each month with writing, mailing or delivering a rent check;
b) No late charges since your rent will be paid timely, assuming there are sufficient funds in your checking account;
c) Greater security since there is little chance that a check signed by you will fall into the wrong hands or get lost in the mail; and
d) Proof that you've paid since your bank statement is evidence of payment according to ACH and card network rules.

**36.3 Electronic Money Orders:** We also accept electronic money orders. Details on this payment option are available at the office.

**36.4 Check Scanner:** If your community accepts paper checks and uses a check scanner, you are hereby advised that personal checks remitted for normal payments will be scanned and the funds will be electronically withdrawn from your bank account via "Automated Clearing House" (ACH). If you wish to opt out of this process, you must choose another payment method. Standard ACH bank drafts occur after one business day.

**36.5 Electronic Check Conversion:** If your community accepts paper checks, please be aware that we may use electronic check conversion. This is a process in which your check is used as a source of information (for the check number, your account number, and the number that identifies your financial institution). The information is then used to make a one-time electronic payment from your account (an electronic fund transfer). The check itself is not the method of payment. Your electronic transaction may be processed faster than a check. Be sure you have enough money in your account at

*43* *Felix Wyley Wyley*     *93* *Quejzia McPherson*     *143* *Tameka Gay*

the time you make a purchase or payment. Your financial institution will not return any checks that are converted, even if you normally receive your original checks or images of those checks with your statement. Always review your regular account statement from your financial institution. You should immediately contact your financial institution if you see a problem. You have only 60 days (from the date your statement was sent) to tell the financial institution about a problem. Depending on the circumstances, the financial institution may take up to 45 days from the time you notify it to complete its investigation. Your checking account statement will contain information about your payment, including the date, the check number, the name of the person or company you have paid, and the amount of the payment.

### 37. Data and Communication

You understand and accept that we may collect, retain, use, transfer, and disclose personal information, such as the first name, last name, email address, and phone number of you or your occupants in the unit. We may collect, retain, and use that information, or disclose that information to third parties to, among other things, (a) operate the Property; (b) provide services consistent with the Lease; (c) refer you to third parties that provide products or services that may be of interest to you or your occupants in the unit; (d) collect debts; and (e) conduct and analyze resident surveys. Please review the privacy policy of the owner's authorized agent at the time of residence for a discussion of the treatment of information during your lease. The current policy may be viewed at https://www.greystar.com/privacy.

Providing an email address or cell phone number to us enables us to send important announcements, including notices regarding an emergency water shut off, work to be done at the Property, or changes in office hours. By providing this contact information, you and your occupants consent to receive communications regarding marketing materials, promotional offers, community messages, and service reminders via e-mail, voicemail, calls and/or text.

By providing your and your occupants' phone numbers, you acknowledge and agree that we may contact you and your occupants at the phone number(s) that you and your occupants have provided, including through an automatic telephone dialing system and/or an artificial prerecorded voice, with information and notifications about the community and for other non-marketing, informational purposes, including in connection with expiration of your lease. You further warrant to us that you or your occupants are the subscriber for any wireless number that you or your occupants have provided. You agree to immediately notify us if you or your occupants are no longer the subscriber for a wireless number, or if a wireless number changes. Text messaging and data rates may apply.

You authorize us to deliver messages regarding renewal of your lease and other offers to you at the telephone number(s) that you have provided, including through the use of an automatic telephone dialing system and/or artificial or prerecorded voice. You acknowledge and agree that this authorization is made voluntarily.

The permissions and consents granted herein apply to the owner of the community and the owner's authorized agents/representatives, including its property manager, and will continue even after your lease expires, the owner of the community sells the community, or the property manager no longer manages the community.

### 38. Subletting and Replacements

**38.1 When Allowed:** Replacing a resident, subletting, assigning, or licensing a resident's rights are allowed only when we consent in writing. Residency at your community is subject to an application and/or approval by us. Occupancy is restricted to only the named residents and occupants that are identified in your Lease Contract.

**38.2 Advertising Your Apartment:** You are not allowed to advertise your apartment homes(s) without our written consent. This prohibition on advertising includes online postings, print advertising or other formats such as craigslist, Airbnb, etc.

### 39. Conduct

You agree to communicate and conduct yourself at all times in a lawful, courteous, and reasonable manner when interacting with us; our employees, agents, independent contractors, and vendors; other residents, occupants, guests or invitees; or any other person in the community. Any acts of unlawful, discourteous, or unreasonable communication or conduct by you or your occupants, guests or invitees, shall be a material breach of this Agreement and will entitle us to exercise all of our rights and remedies for default.

You agree not to engage in any abusive behavior, either verbal or physical, or any form of intimidation or aggression directed at us; our employees, agents, independent contractors, and vendors; other residents, occupants, guests or invitees; or any other person in the community. Any acts of abusive or offensive behavior whether verbal or physical by you or your occupants, guests or invitees, shall be a material breach of this Lease and will entitle us to exercise all of our rights and remedies for default.

If requested by us, you agree to conduct all further business with us in writing.

| Summary | |
| --- | --- |
| **Section and Description** | **Charge** |
| Additional Controlled Access Device | $ |
| Damaged/Lost/Unreturned Cards/Remotes/Fobs (per device) | $ 50.00 |
| Duplicate/Lost/Unreturned Key | $ 50.00 |
| Re-keying Lock | $ 50.00 |
| Private Yard Maintenance Fine | $ |
| Lost/Stolen/Unreturned Parking Tag/Sticker (per item) | $ |
| Trash Clean-up (per bag) | $ 25 |
| Litter Fine (per incident) | $ 25 |
| Pest Control Monthly Fee | $ |

This is a binding document. Read carefully before signing.

Resident(s) Signature(s) *(18 years of age and over)*

_____  Date: _____

_____  Date: _____

_____  Date: _____

_____  Date: _____

_____  Date: _____

_____  Date: _____

Owner's Representative Signature:

_____

Community Policies/Master Addendum 8/1/2018

*44* *Felix Wyley Wyley*   *94* *Quejzia McPherson*   *144* *Tameka Gay*

## LEASE ADDENDUM
## PERSONAL LIABILITY INSURANCE REQUIRED

*In this document, the terms "you" and "your" refer to all residents signing below; the terms "we," "us," and "our" refer to the owner or owner's representative named in the Lease Contract (not to the Community Manager or anyone else).*

**1. Addendum.** This Addendum is incorporated into the Lease (referred to in this addendum as "Lease Contract" or "Lease") dated **03/27/2024** between **GBFR DEERHAVEN LLC**

_____ (the "Owner")

and **Felix Wyley Wyley, Quejzia McPherson**

(the "Resident") for the premises located at **#46, 12073 Crosswicks Road**

**2. Insurance Acknowledgment.** You acknowledge that we do not maintain insurance to protect you against personal injury, loss or damage to your personal property or to cover your own liability for injury, loss or damage you (or your occupants or guests) may cause others. You also acknowledge that you may be responsible to others (including us) for the full cost of any injury, loss or damage caused by your negligent actions or the negligent actions of your occupants or guests, including but not limited to damage caused by fire, smoke, explosion or water damage liability.

**3. Required Renters Insurance Policy.** You are required to purchase and maintain a renter's personal liability insurance policy which provides limits of liability to third parties in an amount not less than **$300000.00** per occurrence through an insurance company or insurance agent authorized to issue insurance in this state. Proof of coverage must be submitted for all leaseholders. Such insurance policies are often referred to as "renter's insurance policies or "liability-only insurance policies." Most renter's insurance policies contain personal liability coverage and also personal property coverage for your own property. You are only required to have personal liability insurance, however we highly recommend that you obtain coverage for your personal property too. Personal property coverage protects your property in the event of theft, fire or weather-related loss to your property. The required personal liability insurance policy must cover all residents in your unit. The policy must identify Insurance Tracking, **P.O. Box 100513, Florence, SC 29502**

as a "Party of Interest" or "Interested Party" where the "Party of Interest" or "Interested Party" must be notified within ten (10) days after your insurance company or agent renews, cancels or non-renews your policy. When insurance providers are paperless and only submit communications electronically, they are required to submit policy documents to greystar@assurant.com. Failure to include Insurance Tracking as the "Party or Interest" or "Interested Party" with the above-

listed address and/or greystar@assurant.com will constitute a breach of this Lease.

**4. Insurance Election.** If you choose not to purchase insurance through the carrier of your choice or are unable to secure satisfactory personal liability insurance coverage, you have the option to obtain insurance coverage under an insurance program issued by an insurance carrier we have partnered with. As a resident of this property, you automatically qualify for this coverage with our preferred insurance provider with no underwriting or lengthy application. Participation in this program allows you to conveniently pay the insurance charges with your monthly rent. Following your execution of this Lease, you will be sent a link via email or text message to an online insurance portal where you must either enroll in the insurance program offered by our preferred insurance provider or upload proof of insurance if you already have insurance or if you decide to purchase the insurance through a carrier or agency other than our preferred insurance provider.
If you choose to participate in this preferred insurance provider's program, you agree that you will be charged **$20.42** monthly with your rent to cover the costs of securing personal liability coverage in an amount of **$300000.00** and personal property coverage in an amount of **$20000.00**. The insurance company will issue a certificate of insurance to you that will describe the limits, conditions and terms of the coverage provided. A description of the insurance coverage and the insurance carrier are available by visiting the online insurance portal. If you have questions regarding the insurance program, including other available options, please call **(800) 249-1104**.

If you decide not to enroll in the preferred insurance provider's program described above, you will be required to upload proof of insurance coverage via the link you receive by email from donotreply.pol@assurant.com to meet the Lease's insurance requirement. If you do not have access to upload your proof of insurance, you must contact the leasing office and the on-site staff may be able to provide you with an alternative method (e.g. business center computer, iPad, etc.).

**5. Freedom of Choice.** At all times, you are able to purchase insurance through the carrier or agency of your choice and are not required to purchase insurance through a particular carrier or agency, including the preferred provider. However, the insurance you purchase must meet the Lease's minimum requirements at all times. By signing this Addendum you consent to the sharing of information with our preferred insurance provider, which includes, but is not limited to, your name, address, lease status/expiration, current renter's insurance policy information, email address and telephone number(s).

**6. Subrogation Allowed.** You acknowledge that subrogation is allowed by all parties and that this Addendum supersedes any language to the contrary in the Lease. Accordingly, our commercial insurance carrier may make a claim against you for losses it pays as a result of your negligence, and your insurance carrier may make a claim against us for losses it

*Felix Wyley Wyley*     *Quejzia McPherson*     *Tameka Gay*

pays as a result of our negligence. We retain the right to hold you responsible for any loss in excess of your insurance coverage.

**7. Your Insurance Coverage.** By signing this Addendum, you acknowledge that you have purchased (or agree to purchase) the insurance described above or you have agreed to participate in the insurance program. If you purchase insurance through a carrier or agency other than the preferred insurance provider, you must provide proof of insurance via the online insurance portal prior to taking possession of the apartment. You further acknowledge that you will keep your insurance policy in-force for the entire term of the Lease. If any material terms of your insurance policy change, you agree to promptly provide proof of the modified policy terms to greystar@assurant.com.

**8. Default.** Unless otherwise prohibited by law, and subject to any right to cure a default under the Lease, any default under the terms of this Addendum shall be deemed a material default of the Lease, and we are entitled to exercise all rights and remedies under the law. If you fail to obtain and maintain personal liability insurance as required by this Addendum, you will be in violation of your Lease. In such event, we may send a written notice to you demanding that you cure the violation by purchasing the required insurance and providing evidence of coverage to us. If you fail to supply evidence of such insurance to us on or before the specified date set forth in your notice, we reserve the right to obtain personal liability insurance coverage on your behalf, and to charge you monthly for the amount of the insurance charges $14.17_____. This is an insurance program provided to us by an insurance company we have partnered with and provides $300000.00 _____ in personal liability insurance to you but **does not include any personal property coverage to protect your property from any loss or damage, including but not limited to from theft, fire or weather**. You may cancel your participation in this insurance program at any time if you purchase your own personal liability insurance policy or renter's insurance policy and provide proof of coverage to greystar@assurant.com. Upon your enrollment in the insurance program set forth in this paragraph, the insurance company will deliver you an insurance certificate evidencing and describing the coverage.

**9. Miscellaneous.**

a. Except as specifically stated in this Addendum, all other terms and conditions of the Lease shall remain unchanged.

b. The insurance required by the Lease Contract is not required by any law. Your obligation to provide insurance stems solely from the Lease Contract.

c. In the event of any conflict between the terms of this Addendum and the terms of the Lease, the terms of this Addendum shall control.

d. The insurance required by the Lease is not an attempt to limit our liability for our own negligence or your liability for your own negligence.

e. CAS Insurance Agency, LLC, a licensed insurance agency and affiliate of property manager, may receive compensation on policies issued by the preferred insurance provider for administrative, brokerage or marketing support. Owner may be receiving compensation or other payments from CAS Insurance Agency, LLC or one of its affiliates where permitted by law.

f. The insurance required by the Lease is not in lieu of, or in any way a component of, any security deposit required by the Lease.

g. **You understand that the personal liability insurance coverage set forth in paragraph 8 may cost more than similar insurance you can purchase on your own and will only cover you for your own liability for injury, loss or damage caused by you (or, in some cases, your occupants or guests) to others and DOES NOT INCLUDE COVERAGE FOR PERSONAL INJURY OR LOSS OR DAMAGE TO YOU OR YOUR PERSONAL PROPERTY. THE PERSONAL LIABILITY INSURANCE DESCRIBED IN PARAGRAPH 8 IS LIMITED IN SCOPE AND MAY NOT FULLY PROTECT YOUR INTERESTS.**

h. You agree that you have not received any oral representations from Owner or any representative of Owner which are inconsistent with or not contained in the Lease Contract, the addenda attached to the Lease Contract, or in the Rules and Regulations. If you have received any such oral representations, you agree that you did not rely on them to decide to enter in the Lease Contract or this Addendum.

i. You must refer to the actual insurance policy or certificate for a complete description of the coverage, as this Addendum only provides a general summary. If you have an annual renter's insurance policy and decide to switch to the insurance program offered by our preferred insurance provider, please compare the terms of coverage between the two policies, as not all policies are the same and coverage may differ.

j. By signing this Addendum, you consent to receive communications from the insurance company via email, text, or other electronic means with respect to insurance related matters.

**By signing below, you acknowledge and agree to be bound to the terms of this Addendum.**

**Resident**
[All residents must sign here]

_____
_____
_____
_____
_____

**Landlord/Property Manager**

_____
Signature

_____
Date

*Felix Wyley Wyley*     *Quejzia McPherson*     *Tameka Gay*

**GREYSTAR**

## WASHER DRYER ADDENDUM

This is an Addendum to the Lease dated **03/27/2024** (the "Lease"), by and between **GBFR DEERHAVEN LLC** (hereinafter "Owner") of the Apartment Community known as **Summerwell Deerhaven** and **Felix Wyley Wyley, Quejzia McPherson** collectively hereinafter "Resident"), for the premises known as **12073 Crosswicks Road #46, Union City, GA 30291** County of _____, ("Premises").

*Check Yes or No Below for Supplied Equipment*

**Yes [x] No [ ] Community Supplied Equipment**

Owner agrees to lease to Resident a washer and dryer for the sum of $_____ per month, beginning on _____ and expiring concurrently with the above referenced Lease, including any month-to-month periods.  Resident agrees to pay Owner $_____ per month to lease the washer and dryer.  Resident shall pay the monthly rental amount in advance, as additional rent, at the beginning of each month.

The WASHER SERIAL # IS _____ and the DRYER SERIAL # IS _____.  The washer/dryer set will hereinafter collectively be referred to as the "equipment".  Resident acknowledges that the equipment is for Resident's use and in consideration of Resident's agreement to pay washer and dryer rent.  Owner is the owner of the equipment, and Resident shall not remove the equipment from the Premises.

Resident agrees to allow Owner's agents access to the Premises and the equipment for the purpose of delivery, repair, maintenance, replacement or removal of equipment.  Resident agrees to make any necessary preparations, including clearing a path to the laundry closet and securing all pets.

Once the equipment is installed and prior to Resident's first use, Owner's onsite agent must come into Resident's apartment to verify that there are no leaks.  Such an inspection does not create any liability on Owner's party. Resident is responsible for any damage caused by a leaking washer, and will be billed by Owner for such damage.  Owner is not liable for any damage caused by the equipment.  Resident agrees to waive any and all claims, liabilities and actions of whatever nature Resident may ever have against Owner and Owner's agents for the delivery, repair, maintenance or removal of equipment.  Resident agrees to indemnify Owner and Owner's agents for any and all damages of whatever nature or kind arising from Resident's willful or negligent misuse of the equipment.

Resident agrees to use the equipment for normal household purposes, to use diligence in using the equipment, and to take proper care of the equipment.  Resident is liable to Owner for all damages to the equipment beyond normal wear and tear including, but not limited to, scratches, dents, dings and costs for mechanical repairs.  During occupancy, Resident must pay Owner all damages to the equipment upon demand.  Owner will deduct damages to the equipment from Resident's security deposit upon move-out.  If Resident removes the equipment from the Premises, Resident shall pay Owner $800 or the actual cost of the equipment whichever is greater.

If any monthly rent is not paid on or before the due date _____**Summerwell Deerhaven**_____ reserves the right to remove the equipment without prior notice.

Resident agrees that sums and charges owed under this Addendum are additional rent.  Violation of this Addendum including, but not limited to, Resident's failure to pay monthly equipment rent is a breach of the Lease, and Owner shall have all remedies including eviction.  In addition, upon Resident's failure to pay equipment rent, Owner shall have the right to remove the equipment without notice.

Resident shall remain liable for all amounts under this Addendum until Resident vacates, including holding over or month-to-month periods, and all provisions of this Addendum will remain in effect during such periods.

14_02 W/D ADD                                                                                          Page 1 of 2

*Felix Wyley Wyley*          *Quejzia McPherson*          *Tameka Gay*

GREYSTAR

**Yes [ ] No [X] Resident Supplied Equipment**

Resident has permission from Owner to install and use a washer/dryer set ("equipment") in the Premises.

If Resident's equipment leaks or floods, it may cause a lot of problems and a lot of damage to the Premises and other adjoining units, as well as damage to Resident's personal property and personal property of residents in other units. For these reasons, Resident's right to install and use the equipment is subject to the following conditions and Resident agrees to these conditions:

1. Resident agrees to be especially careful in Resident's selection of equipment and in its installation, maintenance and use. Please remember that Owner does not select, install or maintain Resident equipment. Resident and Resident's occupants and guests must follow the manufacturer's instructions for the equipment installation, maintenance and use. Owner strongly recommends that Resident have the equipment professionally installed.

2. Upon installation of the equipment, Resident must use new hoses. Bursting or leaking hoses are the most common cause of water damage. Stainless braided water hoses are recommended.

3. Once the equipment is installed and prior to Resident's first use, Owner's onsite agent must come into Resident's apartment to verify that there are no leaks. Such inspection does create any liability on Owner and does not release Resident from liability in the event of damage from Resident's equipment.

4. Resident agrees to assume strict liability for all damages to the Premises and to other units and to personal property in the Premises and other units caused by the equipment, including but not limited to leaks and floods, and will be billed by Owner for such damage. Owner is not liable for any damage caused by the equipment and Owner's insurance will not cover such damages. Resident agrees to indemnify Owner and Owner's agents for any and all damages of whatever nature or kind arising from Resident's equipment. Resident must carry renter's insurance until Resident vacates the Premises. Resident's policy must provide insurance coverage for damage to Resident's personal property from accidental water discharge. It must also provide coverage for any potential liability due to the equipment damaging, including but not limited to, the Premises, other units and personal property of others.

**Resident(s) Signature(s)**                    *(18 years of age and over)*

_____        Date: _____

_____        Date: _____

_____        Date: _____

_____        Date: _____

Apartment Number: ____46____

**Owner's Representative Signature:**

_____

**Title:**_____ **Date:**_____

14_02 W/D ADD                                                    Page 2 of 2

*⁴⁸ Felix Wyley Wyley*    *⁹⁸ Quejzia McPherson*    *¹⁴⁸ Tameka Gay*

# Yard Addendum

This Yard Addendum ("Addendum") is incorporated into the Residential Lease (the "Lease") dated _____ **March 27, 2024** _____ between **GBFR DEERHAVEN LLC** _____

(the "Owner") and **Felix Wyley Wyley, Quejzia McPherson** _____

(the "Resident") for Unit No. _____ **46** _____ located at **12073 Crosswicks Road** _____
_____ (street address) in
_____ **Union City, GA 30291** _____ (city, state, zip code).
Where the terms or conditions found in this Addendum vary from the Lease, this Addendum shall control.

1. Landlord shall provide basic yard care throughout the year, including but not limited to mowing, pruning, fertilizing, leaf removal, and snow removal, as needed at Landlord's discretion. Resident shall permit Landlord, and their authorized agents, access to the property to complete yard maintenance. Resident agrees not to use profane, offensive, or threatening language or conduct at Landlord or their authorized agents, or allow any of their household members, guests, or invitees, to do so. Resident acknowledges that Resident's use, or their household members, guests, or invitees use of profane, offensive or threatening language or conduct at Landlord or Landlord's agent conducting maintenance will be considered denial of entry.

2. Resident shall not damage, destroy, remove, prune, or break any shrubs, plants, trees, lawn or bushes, and/or allow the same to occur. Resident agrees to pay for any damages caused or allowed by Resident, Resident's household members, or Resident's guests or invitees.

3. Resident shall not dig into the ground, plant any trees, bushes, shrubs, flowers, vegetables, or other foliage, or install rods, stakes, posts, fences or pipes. Resident shall not install gate locks. Resident is liable for any damage caused or allowed by Resident, Resident's household members, or Resident's guests or invitees, including but not limited to damage to underground utilities.

4. Any areas under the rental unit are to be kept clean, and no combustible material, debris or any other storage is to be present.

5. Resident may not store any items or personal property in the yard. All items, with the exception of patio furniture and grills, shall be stored away inside the rental unit, or any other authorized storage location. Folding furniture is to be stored when not in use. Clothes lines are not permitted. No towels, rugs, wearing apparel or other forms of laundry may be hung outside. Only furniture and grills specifically designed for outdoor use may be placed on decks and patios. Resident shall maintain all outdoor furniture and grills in a safe and attractive condition.

6. Swing sets, swimming pools and/or wading pools, climbing/sliding structures, trampolines, etc. are not permitted. Portable and/or private basketball hoops are not permitted. Open ground fires and portable fireplaces are not allowed except for charcoal or gas grills, or outdoor propane fire pit tables. Hot tubs are not permitted. Skateboard ramps and rails are not permitted.

Page 1 of 2

*Felix Wyley Wyley*      *Quejzia McPherson*      *Tameka Gay*

7. Resident acknowledges that Landlord, or Landlord's authorized agents will need to gain access to the yard for regular maintenance, including but not limited to mowing, pruning, fertilizing, leaf removal, and snow removal. This is Resident's notice that maintenance is typically scheduled for the following dates and times: **Thursday**

Resident acknowledges these dates and times are subject to change and may be dependent on weather and the availability of third-party services. If there is a change in services dates, Landlord will make a good faith effort to give Resident advanced, reasonable notice as may be required by law, unless otherwise agreed to between the parties.

8. Resident agrees that notice may be delivered by email, mail, or that notices may be delivered to the property. Resident is responsible for ensuring their email address is updated with Landlord. Landlord shall have the discretion to select a notice method. Notices are effective upon delivery to Resident, regardless of the time Resident actually receives such notice. Notice to one Resident shall be considered proper notice to all Residents.

9. Resident's violation of this addendum is considered a material breach of the lease and cause for termination, eviction, and/or non-renewal. Resident may be responsible for fees, fines, costs, damages, and attorney's fees if attorney's fees are allowed by the Lease Agreement (subject to any cap imposed in the lease agreement) if Landlord is fined or is a party in a court action due to Resident's failure to allow access to the property to perform maintenance required by state/local law.

By signing below, you acknowledge and agree to be bound to the terms of this Addendum.

| | |
|---|---|
| Resident | Date |
| Resident | Date |
| Resident | Date |
| Resident | Date |
| Resident | Date |
| Resident | Date |
| Owner's Representative | Date |

Page 2 of 2

*Felix Wyley Wyley*      *Quejzia McPherson*      *Tameka Gay*

# Blue Moon Lease-Summerwell Deerhaven

## Signature Details

| | Signer | IP Address | Date Signed |
|---|---|---|---|
| | **Blue Moon Lease-Summerwell Deerhaven** | | |
| 1 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 2 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 3 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 4 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 5 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 6 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 7 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 8 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 9 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 10 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 11 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 12 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 13 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 14 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 15 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 16 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 17 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 18 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 19 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 20 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 21 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 22 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 23 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 24 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |

| | | | |
|---|---|---|---|
| 25 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 26 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 27 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 28 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 29 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 30 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 31 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 32 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 33 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 34 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 35 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 36 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 37 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 38 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 39 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 40 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 41 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 42 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 43 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 44 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 45 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 46 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 47 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 48 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 49 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 50 | **Felix Wyley**<br>Primary (15257647) | 172.58.0.146 | 03/27/2024 06:17:23 PM |
| 51 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |

| 52 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 53 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 54 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 55 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 56 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 57 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 58 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 59 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 60 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 61 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 62 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 63 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 64 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 65 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 66 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 67 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 68 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 69 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 70 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 71 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 72 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 73 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 74 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 75 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 76 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 77 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 78 | **Quejzia McPherson** Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |

| | | | |
|---|---|---|---|
| 79 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 80 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 81 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 82 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 83 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 84 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 85 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 86 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 87 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 88 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 89 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 90 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 91 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 92 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 93 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 94 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 95 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 96 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 97 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 98 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 99 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 100 | **Quejzia McPherson**<br>Co-Applicant (15320419) | 172.56.67.163 | 04/10/2024 02:15:36 PM |
| 101 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 102 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 103 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 104 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 105 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |

| | | | |
|---|---|---|---|
| 106 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 107 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 108 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 109 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 110 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 111 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 112 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 113 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 114 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 115 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 116 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 117 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 118 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 119 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 120 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 121 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 122 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 123 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 124 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 125 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 126 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 127 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 128 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 129 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 130 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 131 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 132 | Tameka Gay<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |

| 133 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
|---|---|---|---|
| 134 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 135 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 136 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 137 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 138 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 139 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 140 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 141 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 142 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 143 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 144 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 145 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 146 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 147 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 148 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 149 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |
| 150 | **Tameka Gay**<br>Greystar Agent | 2600:1700:9a9e:5800:bc7 | 04/10/2024 05:07:34 PM |

10/1/24, 12:28 PM

## Summerwell Deerhaven

**EXHIBIT 2**

| Summary |
|---|
| Statement Date: Oct 01, 2024 |
| **Outstanding Balance: $10,531.68** |

**Resident:  Wyley Wyley, Felix**
12073 Crosswicks Road
Union City GA 30291

**Unit:** 46
**Lease Id:** 14109076
**Lease Start Date:** 04/19/2024
**Lease End Date:** 04/18/2025
**Move-out Date:**

## FULL LEDGER

| | Post Date | Due Date | Trans Id | Charge Code | Memo | Charges | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| ☐ | Oct 01, 2024 | Oct 01, 2024 | Details | Base Rent | **Base Rent** | $2,325.00 | | $10,531.68 |
| ☐ | Oct 01, 2024 | Oct 01, 2024 | 1310499910 | Smart Bundle | **Monthly Smart Bundle - Posted from 10/01/2024 to 10/31/2024 - Smart Bundle** | $125.00 | | $8,206.68 |
| ☐ | Oct 01, 2024 | Sep 30, 2024 | 1309293425 | Premium Due to CAS Ins. - POL | **Premium Due to CAS Ins. - POL - 09/19/24 - 10/19/24** | $20.42 | | $8,081.68 |
| ☐ | Sep 04, 2024 | Sep 04, 2024 | 1300575978 | Late Charge | **Late Charge** | $50.00 | | $8,061.26 |
| ☐ | Sep 01, 2024 | Sep 01, 2024 | Details | Base Rent | **Base Rent** | $2,325.00 | | $8,011.26 |
| ☐ | Sep 01, 2024 | Sep 01, 2024 | 1297678006 | Smart Bundle | **Monthly Smart Bundle - Posted from 09/01/2024 to 09/30/2024 - Smart Bundle** | $125.00 | | $5,686.26 |
| ☐ | Sep 01, 2024 | Aug 31, 2024 | 1296780840 | Premium Due to CAS Ins. - POL | **Premium Due to CAS Ins. - POL - 08/19/24 - 09/19/24** | $20.42 | | $5,561.26 |

1/4

10/1/24, 12:28 PM
Print

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | Aug 04, 2024 | Aug 04, 2024 | 1287108805 | Late Charge | **Late Charge** | $50.00 | $5,540.84 |
| ☐ | Aug 01, 2024 | Aug 01, 2024 | Details | Base Rent | **Base Rent** | $2,325.00 | $5,490.84 |
| ☐ | Aug 01, 2024 | Aug 01, 2024 | 1283746536 | Smart Bundle | **Monthly Smart Bundle - Posted from 08/01/2024 to 08/31/2024 - Smart Bundle** | $125.00 | $3,165.84 |
| ☐ | Aug 01, 2024 | Jul 31, 2024 | 1282347510 | Premium Due to CAS Ins. - POL | **Premium Due to CAS Ins. - POL - 07/19/24 - 08/19/24** | $20.42 | $3,040.84 |
| ☐ | Jul 29, 2024 | Jul 29, 2024 | 1281714119 | Eviction Fees | **Eviction Fees** | $500.00 | $3,020.42 |
| ☐ | Jul 04, 2024 | Jul 04, 2024 | 1272476008 | Late Charge | **Late Charge** | $50.00 | $2,520.42 |
| ☐ | Jul 01, 2024 | Jul 01, 2024 | Details | Base Rent | **Base Rent** | $2,325.00 | $2,470.42 |
| ☐ | Jul 01, 2024 | Jul 01, 2024 | 1268426031 | Smart Bundle | **Monthly Smart Bundle - Posted from 07/01/2024 to 07/31/2024 - Smart Bundle** | $125.00 | $145.42 |
| ☐ | Jul 01, 2024 | Jun 30, 2024 | 1267362266 | Premium Due to CAS Ins. - POL | **Premium Due to CAS Ins. - POL - 06/19/24 - 07/19/24** | $20.42 | $20.42 |
| ☐ | Jun 11, 2024 | Jun 11, 2024 | 1260985551 | Payment | **Visa Payment ID 1608615709 - Captured** | ($145.42) | $0.00 |
| ☐ | Jun 01, 2024 | Jun 01, 2024 | 1252631815 | One-Time Concessions | **One Time One-Time Concessions - Posted** | ($2,325.00) | $145.42 |
| ☐ | Jun 01, 2024 | Jun 01, 2024 | Details | Base Rent | **Base Rent** | $2,325.00 | $2,470.42 |
| ☐ | Jun 01, | Jun 01, | 1252631661 | Smart Bundle | **Monthly Smart Bundle - Posted** | $125.00 | $145.42 |

| | | Date 1 | Date 2 | Reference | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | 2024 | 2024 | | | from 06/01/2024 to 06/30/2024 - Smart Bundle | | | |
| ☐ | | Jun 01, 2024 | May 31, 2024 | 1250942489 | Premium Due to CAS Ins. - POL | Premium Due to CAS Ins. - POL - 05/19/24 - 06/19/24 | $20.42 | | $20.42 |
| ☐ | | May 02, 2024 | May 02, 2024 | 1238925372 | Payment | eCheck Payment ID 1603962894 - Captured | | ($2,470.42) | $0.00 |
| ☐ | | May 01, 2024 | May 01, 2024 | Details | Base Rent | Base Rent | $2,325.00 | | $2,470.42 |
| ☐ | | May 01, 2024 | May 01, 2024 | 1236266494 | Smart Bundle | Monthly Smart Bundle - Posted from 05/01/2024 to 05/31/2024 - Smart Bundle | $125.00 | | $145.42 |
| ☐ | | May 01, 2024 | Apr 30, 2024 | 1234813416 | Premium Due to CAS Ins. - POL | Premium Due to CAS Ins. - POL - 04/19/24 - 05/19/24 | $20.42 | | $20.42 |
| ☐ | | Apr 19, 2024 | Apr 19, 2024 | 1231511252 | Payment | Check 21 Payment CK# 5303074692 - Captured | | ($980.00) | $0.00 |
| ☐ | | Apr 19, 2024 | Apr 19, 2024 | 1231506141 | Smart Bundle | Monthly Smart Bundle - Posted from 04/19/2024 to 04/30/2024 - Smart Bundle | $50.00 | | $980.00 |
| ☐ | | Apr 19, 2024 | Apr 19, 2024 | Details | Base Rent | Base Rent | $930.00 | | $930.00 |
| ☐ | | Mar 06, 2024 | Mar 06, 2024 | 1212393865 | Application Fees | McPherson, Quejzia - Application Fees | $35.00 | | $0.00 |
| ☐ | | Mar 06, 2024 | Mar 06, 2024 | 1212393864 | Payment | Visa Payment ID 1598049223 - Captured | | ($35.00) | ($35.00) |
| ☐ | | Mar 06, 2024 | Mar 06, 2024 | 1212253394 | Application Fees | Wyley, Felix - Application Fees | $35.00 | | $0.00 |
| ☐ | | Mar 06, | Mar 06, | 1212253393 | Payment | Visa Payment ID 1598029823 - | | ($35.00) | ($35.00) |

Print

2024    2024                                        **Captured**