**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In      Debtor(s)
Re:    **Quejzia McPherson**                                    Case No.: **24–59580–bem**
                                                               Chapter:  **13**
        **Felix Wyley**

# Order Dismissing Case For Failure Of Debtor
# To Correct Filing Deficiency

The above referenced case was filed on September 11, 2024. An Order was entered by the Court on September 12, 2024 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Order, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by October 23, 2024.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on October 9, 2024.

Barbara Ellis–Monro
United States Bankruptcy Judge

**Clerk, United States Bankruptcy Court**
**Atlanta Division**
**1340 United States Courthouse**
**75 Ted Turner Drive SW**
**Atlanta, GA 30303**

Dated: 10/9/24

Form 522

United States Bankruptcy Court

Northern District of Georgia

| In re: | Case No. 24-59580-bem |
|---|---|
| Quejzia McPherson | Chapter 13 |
| Felix Wyley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 522 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Quejzia McPherson, Felix Wyley, 12073 Crosswicks Rd, Union City, GA 30291-1175 |
| 24945729 | + | Rent-Debt Auto Col, 304 Northcreek Blvd, Goodlettsville, TN 37072-2096 |
| 24933355 | + | Summerwell Deerhaven, 12076 Crosswicks Rd., Union City, GA 30291-1175 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 09 2024 20:14:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| 24945725 | + | Email/Text: bankruptcy@acacceptance.com | Oct 09 2024 20:14:00 | American Credit Acceptance, 961 E. Main St., Spartanburg, SC 29302-2149 |
| 24945724 | + | Email/Text: bankruptcy@acacceptance.com | Oct 09 2024 20:14:00 | American Credit Assurance, 5486 Old Dixie Hwy, Forest Park, GA 30297-2615 |
| 24945726 | + | EDI: CAPITALONE.COM | Oct 09 2024 23:59:00 | Capital One, 1680 Capital One Dr., McLean VA 22102-3407 |
| 24945728 | + | Email/Text: bankruptcy@credencerm.com | Oct 09 2024 20:14:00 | Credence Resource Mana, 17000 Dallas Pkwy, Ste 20, Dallas, TX 75248-1940 |
| 24945727 | + | EDI: AMINFOFP.COM | Oct 09 2024 23:59:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 24936260 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 20:26:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 24942339 | | Email/Text: EDBKNotices@ecmc.org | Oct 09 2024 20:12:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 24945730 | | Greystone Power Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 113E-9                                      User: bncadmin                                                    Page 2 of 2

Date Rcvd: Oct 09, 2024                                   Form ID: 522                                                   Total Noticed: 11

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                       Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Mike Williams | on behalf of Creditor GBFR Deerhaven LLC  d/b/a Summerwell Deerhaven mwilliams@apartmentlaw.com, jmike@apartmentlaw.com |
| K. Edward Safir | info@atlch13tt.com |
| Sonya Buckley Gordon | on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com |

TOTAL: 3