**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

December 15, 2024

**Quejzia McPherson**
12073 Crosswicks Rd
Union City, GA 30291

**Felix Wyley**
12073 Crosswicks Rd
Union City, GA 30291

RE:   Chapter:  13 Payment of Filing Fees
        Case No.: 24–59580–bem

Dear Quejzia McPherson and Felix Wyley ,

  A review of the Court's financial records disclosed that there is an outstanding filing fee of $235.00 for the bankruptcy case filed by you on September 11, 2024. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

  For payments by mail, remit using cashier's check or money order made payable to "***Clerk, United States Bankruptcy Court***" to the address listed below:

> United States Bankruptcy Court
> 1340 Richard Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303

  For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check or money order.

  Payments may also be made online at: https://www.ganb.uscourts.gov/online–payments

  If you have questions, or require additional information, please email GANBFinance@ganb.uscourts.gov.

Sincerely,

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

cc:  Office of the United States Trustee

Form nff
Revised January 2022