**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**

December 15, 2024

**Quejzia McPherson**
12073 Crosswicks Rd
Union City, GA 30291

**Felix Wyley**
12073 Crosswicks Rd
Union City, GA 30291

RE:   Chapter:  13 Payment of Filing Fees
      Case No.: 24−59580−bem

Dear Quejzia McPherson and Felix Wyley ,

    A review of the Court's financial records disclosed that there is an outstanding filing fee of $235.00 for the bankruptcy case filed by you on September 11, 2024. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

    For payments by mail, remit using cashier's check or money order made payable to "***Clerk, United States Bankruptcy Court***" to the address listed below:

        United States Bankruptcy Court
        1340 Richard Russell Building
        75 Ted Turner Drive, SW
        Atlanta, GA 30303

    For payments made by hand delivery to a divisional office in Atlanta, Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check or money order.

    Payments may also be made online at: https://www.ganb.uscourts.gov/online−payments

    If you have questions, or require additional information, please email GANBFinance@ganb.uscourts.gov.

        Sincerely,

        *Vania S. Allen*

        Vania S. Allen
        Clerk of Court
        U.S. Bankruptcy Court

cc:  Office of the United States Trustee

Form nff
Revised January 2022

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 24-59580-bem

Quejzia McPherson                                                          Chapter 13

Felix Wyley

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 16, 2024 | Form ID: nff | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jtdb | + Quejzia McPherson, Felix Wyley, 12073 Crosswicks Rd, Union City, GA 30291-1175 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 16 2024 20:38:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 0 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 113E-9                         User: admin                                      Page 2 of 2
Date Rcvd: Dec 16, 2024                      Form ID: nff                                Total Noticed: 2

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2024                    Signature:        /s/Gustava Winters